# STATE OF NEW YORK
_____

                               9407--B

# IN SENATE

                            May 24, 2022
                          _____

   Introduced by Sens. KAVANAGH, KENNEDY -- read twice and ordered printed,
     and  when printed to be committed to the Committee on Codes -- commit-
     tee discharged, bill amended, ordered reprinted as amended and  recom-
     mitted  to  said  committee  --  committee  discharged, bill amended,
     ordered reprinted as amended and recommitted to said committee

   AN ACT to amend the penal law, the general business law and  the  execu-
     tive  law,  in  relation to the unlawful purchase and unlawful sale or
     delivery  of a body vest

     *The People of the State of New York, represented in Senate and  Assem-*
   *bly, do enact as follows:*

 1   Section  1. The penal law is amended by adding two new sections 270.21
 2  and 270.22 to read as follows:
 3   *§ 270.21 Unlawful purchase of a body vest.*
 4   *A person is guilty of the unlawful purchase of a body vest  when,  not*
 5  *being  engaged  or  employed  in  an eligible profession, they knowingly*
 6  *purchase or take possession of a body vest, as such term is  defined  in*
 7  *subdivision  two  of  section 270.20 of this article. This section shall*
 8  *not apply to individuals or entities engaged  or  employed  in  eligible*
 9  *professions,  which  shall include police officers as defined in section*
10  *1.20 of the criminal procedure law, peace officers as defined in section*
11  *2.10 of the criminal procedure law, persons in military service  in  the*
12  *state  of  New  York or military or other service for the United States,*
13  *and such other professions designated by  the  department  of  state  in*
14  *accordance with section one hundred forty-four-a of the executive law.*
15   *Unlawful  purchase of a body vest is a class A misdemeanor for a first*
16  *offense and a class E felony for any subsequent offense.*
17   *§ 270.22 Unlawful sale of a body vest.*
18   *A person is guilty of the unlawful sale of a body vest when they sell,*
19  *exchange, give or dispose of a body vest, as such  term  is  defined  in*
20  *subdivision two of section 270.20 of this article, to an individual whom*
21  *they  know or reasonably should have known is not engaged or employed in*
22  *an eligible profession, as such term is defined  in  section  270.21  of*
23  *this article.*

            EXPLANATION--Matter in **italics** (underscored) is new; matter in brackets
                                 [-] is old law to be omitted.
                                                             LBD15910-08-2

```
 1    Unlawful  sale  of  a body vest is a class A misdemeanor for the first
 2  offense and a class E felony for any subsequent offense.
 3    § 2. The general business law is amended by adding a new section 396-
 4  eee to read as follows:
 5    § 396-eee. Unlawful sale or delivery of body vests. 1. No person, firm
 6  or corporation shall sell or deliver body vests  to  any  individual  or
 7  entity not engaged or employed in an eligible profession, and  except as
 8  provided  in subdivision three of this section, no such sale or delivery
 9  shall be permitted unless  the  transferee  meets  in  person  with  the
10  transferor to accomplish such sale or delivery.
11    2.  The  provisions  of  subdivision  one of this section regarding in
12  person sale or delivery shall not apply to purchases made  by  state  or
13  local  government agencies for the purpose of furnishing such body vests
14  to employees in eligible professions.
15    3. For the purposes of this section, "body vest" shall have  the  same
16  meaning  as  defined  in  subdivision two of section 270.20 of the penal
17  law.
18    4. Any person, firm or corporation that violate the provisions of this
19  section shall be guilty of a violation punishable by a fine in an amount
20  not to exceed five thousand dollars for the  first  offense  and  in  an
21  amount not to exceed ten thousand dollars for any subsequent offense.
22    §  3.  The  executive  law is amended by adding a new section 144-a to
23  read as follows:
24    § 144-a. Eligible professions for the purchase, sale, and use of  body
25  vests. The secretary of state in consultation with the division of crim-
26  inal  justice  services, the division of homeland security and emergency
27  services, the department of corrections and community  supervision,  the
28  division  of  the state police, and the office of general services shall
29  promulgate rules and regulations  to  establish  criteria  for  eligible
30  professions requiring the use of a body vest, as such term is defined in
31  subdivision  two  of  section  270.20 of the penal law. Such professions
32  shall include those in which the duties may  expose  the  individual  to
33  serious  physical  injury that may be prevented or mitigated by the wear-
34  ing of a body vest. Such rules and  regulations  shall  also  include  a
35  process by which an individual or entity may request that the profession
36  in  which  they  engage  be added to the list of eligible professions, a
37  process by which the department shall approve such  professions,  and  a
38  process  by  which individuals and entities may present proof of engage-
39  ment in eligible professions when purchasing a body vest.
40    § 4. This act shall take effect on the thirtieth day  after  it  shall
41  have become a law.
```