## Pay.gov Payment Confirmation: NEW YORK NORTHERN DISTRICT COURT

From: do_not_reply@psc.uscourts.gov

To: pcapanna@yahoo.com

Date: Tuesday, November 1, 2022 at 12:38 PM EDT

Your payment has been successfully processed and the details are below. If you have any questions or you wish to cancel this payment, please contact: U.S. District Court - Northern District of New York at 833-771-4945.

  Account Number: 6836606
  Court: NEW YORK NORTHERN DISTRICT COURT
  Amount: $402.00
  Tracking Id: ANYNDC-6086517
  Approval Code: 04942D
  Card Number: ************2735
  Date/Time: 11/01/2022 12:38:31 ET

NOTE: This is an automated message. Please do not reply