IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

---

**Nadine Gazzola**, individually, and as co-owner, President, and as BATFE Federal Firearms Licensee Responsible Person for **Zero Tolerance Manufacturing, Inc.**; *et al.*

    **Plaintiffs**

  *v.*

**KATHLEEN HOCHUL**, in her Official Capacity as Governor of the State of New York; *et al.*

    **Defendants**

---

<u>Civ. No.:  1:22-cv-1134 (BKS/DJS)</u>

**PLAINTIFFS' MOTION FOR TEMPORARY RELIEF**

**EXHIBIT LIST**

**(November 9, 2022)**

<u>Defendant Materials Relating to New Laws</u>

1. NYS Police website page, begins with "Pistol/Revolver Permit Recertification – Frequently Asked Questions" and includes hyperlinks to next three documents (as downloaded November 2, 2022) [2-pages downloaded, balance of website page irrelevant to action].

2. NYS Police/DCJS, "Minimum Standards for New York State Concealed Carry Firearm Safety Training" (August 23, 2022) [4-pages].

3. NYS Police/DCJS, "Frequently Asked Questions Regarding Recent Changes to New York State Firearm Laws" (August 27, 2022) [9-pages].

4. NYS Police, "Pistol/Revolver License Amendment – Semi-Automatic Rifle License Amendment," Form PPB-5 (rev. 08/22) [2-pages].

5. NYS Attorney General, "New York's Gun Laws: Gun Dealer Regulations, Legal Standards & Procedures for Gun Dealers in NY State" (undated) [3-pages].

6. NYS Attorney General, "Understanding Recent Changes to New York's Gun Laws" (Internet download October 5, 2022, as shown on print-out) [3-pages].

Other NYS Government Materials Relating to New Laws

7. NYS Police, "Press Release: Keeseville, NY male arretsed (*sic*) for Failure to Safely Store firearms" (October 26, 2022) [1-page].[1]

8. NYS DEC, "Frequently Asked Questions Regarding Recent Changes to New York State Firearm Laws" (September 1, 2022) [1-page].

9. NYS DEC, "Frequently Asked Questions and Answers on Hunting-Related Activities in response to Recent Changes to New York State Firearm Laws" (September 1, 2022) [8-pages].

10. NYS DEC, "Remove or "Take" Nuisance Animals Legally – Identify if you Need a Permit or License" (downloaded November 9, 2022) [4-pages].

Exhibits – Other NYS

11. NYS Police, "Application for License as Gunsmith – Dealer in Firearms," Form PPB-6 (03/2011) [2-pages].

Exhibits – BATFE, FBI, and US DOJ

12. U.S. Department of Justice/BATFE, "Firearms Transaction Record" (ATF Form 4473, rev. May 2020) [6-pages].

13. FBI, "NICS Firearm Background Checks: Month/Year (November 30, 1998 – September 30, 2022)" [1-page].

14. FBI, "NICS Firearm Background Checks: Month/Year by State" (YTD 09/30/2022 and Year 2021) [2-pages].

15. FBI – Criminal Justice Information Services Division, "Active Records in the NICS Indices as of December 31, 2021" [7-pages].

16. ATF, "Interstate Firearms Shipment Theft/Loss Report" (ATF Form 3310.6, rev. 12/2019) [1-page].

17. ATF, "Federal Firearms Licensee Firearms Inventory/Firearms in Transit Theft/Loss Report" (ATF Form 3310.11, rev. 10/2020) [3-pages].

---

[1] *N.B.:* Counsel was unable to prepare this website page as an Internet download and, instead, copied and pasted it into Word, then created a .pdf. The Internet address for this PR is https://www.nyspnews.com/keeseville-ny-male-arretsed-for-failure-to-safely-store-firearms.htm. The page remains visible on this date of November 9, 2022.

18. U.S. Department of Justice, Bureau of Justice Statistics, "Awards: Listing of Funded Projects" – Data for NYS Division of Criminal Justice Services (Internet download October 29, 2022, as shown on print-out) [6-pages].

19. U.S. Department of Justice/BATFE, "Application for Federal Firearms License" (ATF Form 7, rev. 10/2020) [12-pages].

20. ATF, "Report of Active Firearms Licenses – License Type by State Statistics" (December 10, 2021) [2-pages].

21. ATF, "Important Notice to FFLs and Other Participants at Gun Shows" (ATF Information 5300.23A, rev. 06/2021) [2-pages].

Exhibits – County-Level

22. Albany County Sheriff's Office, "A brief guide to firearms licensing in Albany County & some of the recent changes to state firearms laws in 2022" (undated, download September 7, 2022) [2-pages].

23. Columbia County Legislature, "Resolution No. 396-2022" (September 15, 2022) [3-pages].

24. Columbia County Sheriff's Office, "Pistol License – Pistol License Application Information" (website download October 24, 2022) [4-pages].

25. Jefferson County Legislature, "Resolution No. 270" (October 5, 2022) [2-pages].

26. Jefferson County, "Firearms Instructors" (ver. 10/22) [1-page].

27. Onondaga County Sheriff's Office, Pistol License Unit page (downloaded November 9, 2022) [2-pages].

28. Onondaga County Sheriff's Office, list of instructors, see "Carry Concealed Safety Course Certified Instructors" (dated October 24, 2022) [1-page].

29. Schenectady County, "Firearm License Application Instructions" (undated, downloaded October 26, 2022) [4-pages].

30. Schenectady County, "Semi-Automatic Rifle Endorsement Instructions" (undated, downloaded October 26, 2022) [1-page].

31. Wayne County, "Pistol Permit Filing Instructions" (undated, downloaded November 9, 2022) [2-pages].

Exhibits – Other

32. "Memorandum of Understanding Regarding the Statewide License and Record Database Utilization for Eligibility to Purchase Ammunition" (signed July 10, 2015) [2-pages].

33. U.S. House of Representatives, Resolution 1436, "Expressing the sense of the House of Representatives that New York State's Concealed Carry Improvement Act is unconstitutional" (introduced October 13, 2022) [4-pages].