

 Translate

**New York State Police (/)**

**Pistol/Revolver Permit Recertification -- Frequently Asked Questions**

The State Police has developed FAQs regarding changes to the Pistol/Revolver License recertification laws that take effect on Thursday, Sept. 1, 2022.

FAQs Regarding Changes to Pistol/Revolver Recertification  (/pistolrevolver-permit-recertification-faqs-82022)

**New Gun Laws -- Frequently Asked Questions**

The Division of Criminal Justice Services and New York State Police have developed FAQs regarding recent changes to New York State firearm laws that take effect Thursday, Sept. 1, 2022.

FAQs Regarding Recent Changes to New York State Firearm Laws (/frequently-asked-questions-regarding-recent-changes-nys-gun-laws)

**Minimum Standards for Firearm Safety Training**

In consultation with local licensing officials and law enforcement agencies, the Division of Criminal Justice Services and New York State Police have developed minimum standards for firearm safety training that take effect Friday, Sept. 1, 2022.

Minimum Standards for Firearms Safety Training (/minimum-standards-new-york-state-concealed-carry-firearm-safety-training)



# New York State Police

## SERVING NEW YORKERS SINCE 1917

Since 1917, the New York State Police have served the people of New York State with the highest degree of fairness, professionalism and integrity.

## STATE POLICE AT WORK



The New York State Police have been serving the public since 1917.