PPB-5 (REV. 08/22)

## STATE OF NEW YORK
### PISTOL / REVOLVER LICENSE AMENDMENT
### SEMI-AUTOMATIC RIFLE LICENSE AMENDMENT

NYSID # _____          Date: _____

Amendment form for (check one):

☐ _____ County License      OR      ☐ New York State Police License

| Name | Date of Birth | NY Driver's License No. (or NY Non-Driver ID No.) |
|---|---|---|
| | | |
| Physical Address (street, city, state, zip) | | |
| Mailing Address (if different) | | |

Pistol/Semi-Automatic Rifle License Number _____ Date Issued _____
Duplicate License Number _____ Date Issued _____
Transfer License Number _____ Date Issued _____
Transferred From _____ Transferred to _____

### TRANSACTION TYPE(S) *(Check all that apply)*:

☐ Acquired  ☐ Address Change  ☐ Deceased  ☐ Disposed  ☐ Duplicate  ☐ Lost / Stolen Firearm  ☐ Name Change

☐ Revoked  ☐ Surrendered  ☐Suspended  ☐ Transfer  ☐ Email Address  ☐ Other _____

Semi-Automatic Rifle License  ☐ Add  ☐ Remove
Pistol/Revolver License  ☐ Add  ☐ Remove

License Type  ☐ Carry Concealed  ☐  Possess on Premises  ☐ Possess/Carry During Employment

### AMEND LICENSE FOR THE FOLLOWING

1. New Name _____

2. New Physical Address _____

3. New Mailing Address (If different) _____

4. New Email Address _____

5. Following Weapon(s) Acquired From: (Name, Address) _____
   ***Numbers 5, 6, and 7 DO NOT APPLY TO SEMI-AUTOMATIC RIFLES***

| Manufacturer | Pistol / Revolver / Single Shot | Model | Frame Only | Caliber(s) | Serial Number |
|---|---|---|---|---|---|
| | | | ☐ | | |
| | | | ☐ | | |

6. Following Weapon(s) Disposed to: (Name, Address) _____

| Manufacturer | Pistol / Revolver / Single Shot | Model | Frame Only | Caliber(s) | Serial Number |
|---|---|---|---|---|---|
| | | | ☐ | | |
| | | | ☐ | | |

7. Following Weapons(s) has been:  ☐ Lost  ☐ Stolen  ☐ Destroyed
   Law Enforcement Agency Reported To: _____

| Manufacturer | Pistol / Revolver / Single Shot | Model | Frame Only | Caliber(s) | Serial Number |
|---|---|---|---|---|---|
| | | | ☐ | | |

Have you been arrested, indicted, or convicted of any criminal offense, been the subject of an order of protection, or been a patient at any mental institution since the above license was issued? ☐ Yes  ☐ No  If **Yes**, give details on reverse.

_____          _____
Licensing Officer                              Signature of Licensee

Use the boxes below if additional space is needed.

| Acquired, Disposed, Lost, Stolen or Destroyed | Manufacturer | Pistol / Revolver / Single Shot | Model | Frame Only | Caliber(s) | Serial Number |
|---|---|---|---|---|---|---|
| | | | | ☐ | | |
| | | | | ☐ | | |
| | | | | ☐ | | |
| | | | | ☐ | | |
| | | | | ☐ | | |
| | | | | ☐ | | |
| | | | | ☐ | | |
| | | | | ☐ | | |
| | | | | ☐ | | |
| | | | | ☐ | | |
| | | | | ☐ | | |
| | | | | ☐ | | |