# Keeseville, NY male arretsed for Failure to Safely Store firearms

26 October 2022



**NEW YORK STATE POLICE**
Major Ruben A. Oliver
Troop B Commander

PRESS RELEASE

On October 25, 2022, Troopers arrested Charles J. Duffany, 77 of Keeseville, NY for Failure to Safely Store Firearms 1st.

On October 25, 2022, around 1:41 p.m., Troopers responded to Ausable Street in the town of Ausable for a weapon investigation. An investigation determined Duffany was in possession of three long guns, unsecured, and in plain sight. The guns were taken and secured from the residence.

Duffany was placed under arrest and transported to SP Plattsburgh for processing. He was released on an appearance ticket returnable to the Town of Ausable Court for November 4, 2022.