*In accordance with the Federal Privacy Act of 1974, you are hereby notified that your Social Security Number is not mandated by law. It is required by the Pistol Permit Bureau as part of the standard for recording Firearms. Failure to disclose your Social Security Number will prohibit your transaction from being recorded. The State Police will release your Social Security Number only for reasons required by law or with your written consent.*

**INSTRUCTIONS:** Print or Type in black ink only

| NYSID NUMBER | | PPB-6 (REV. 03/11) | STATE OF NEW YORK | ORIGINAL APPLICATION ☐ | RENEWAL ☐ |
|---|---|---|---|---|---|
| LICENSE NUMBER | | | APPLICATION FOR LICENSE AS GUNSMITH – DEALER IN FIREARMS | COUNTY OF ISSUE | CODE |
| DATE OF ISSUE | MONTH   DAY   YEAR | | | EXPIRATION DATE | MONTH   DAY   YEAR |

| LAST NAME | FIRST NAME | MI | MONTH   DAY   YEAR   SEX |
|---|---|---|---|
| | | | DATE OF BIRTH |

| RESIDENCE ADDRESS | CITY/VILLAGE/TOWN AND STATE IF OTHER THAN NEW YORK | ZIP CODE |
|---|---|---|

| HGT (ins) | WGT (lbs) | EYES | HAIR | RACE | SOCIAL SECURITY NUMBER | PRESENT OCCUPATION | CITIZEN OF U.S.A. ☐ YES  ☐ NO |
|---|---|---|---|---|---|---|---|

| EMPLOYED BY | NATURE OF BUSINESS | BUSINESS ADDRESS |
|---|---|---|

**I HEREBY APPLY FOR A LICENSE AS:** GUNSMITH ☐   DEALER IN FIREARMS ☐   CHECK ONE OR BOTH AS APPLICABLE   TO CONDUCT BUSINESS AT

| STREET ADDRESS OR OTHER LOCATION | CITY, VILLAGE, TOWN | ZIP CODE | BUSINESS TELEPHONE |
|---|---|---|---|

IS THIS APPLICATION FOR:   INDIVIDUAL ☐   FIRM ☐   COMPANY ☐   CORPORATION ☐   PARTNERSHIP ☐   NAME OF FIRM, COMPANY, CORPORATION OR PARTNERSHIP:

**GIVE FOUR CHARACTER REFERENCES WHO BY THEIR SIGNATURE ATTEST TO YOUR GOOD MORAL CHARACTER**

| LAST, FIRST, MI | STREET ADDRESS | CITY, VILLAGE, TOWN | SIGNATURE |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

**HAVE YOU EVER BEEN ARRESTED, SUMMONED, CHARGED OR INDICTED ANYWHERE FOR ANY OFFENSE, INCLUDING DWI (EXCEPT TRAFFIC INFRACTIONS)?**   ☐ YES   ☐ NO   IF YES, FURNISH THE FOLLOWING INFORMATION:

| DATE | POLICE AGENCY | CHARGE | DISPOSITION - COURT AND DATE |
|---|---|---|---|
| | | | |
| | | | |

| | | |
|---|---|---|
| HAVE YOU EVER BEEN TERMINATED/ DISCHARGED FROM ANY EMPLOYMENT OR THE ARMED FORCES FOR CAUSE? | ☐ YES | ☐ NO |
| HAVE YOU EVER UNDERGONE TREATMENT FOR ALCOHOLISM OR DRUG USE? | ☐ YES | ☐ NO |
| HAVE YOU EVER SUFFERED ANY MENTAL ILLNESS, OR BEEN CONFINED TO ANY HOSPITAL, PUBLIC OR PRIVATE INSTITUTION, FOR MENTAL ILLNESS? | ☐ YES | ☐ NO |
| HAVE YOU EVER HAD A PISTOL LICENSE, DEALER'S LICENSE, GUNSMITH LICENSE, OR ANY APPLICATION FOR SUCH A LICENSE DISAPPROVED, OR HAD SUCH A LICENSE REVOKED OR CANCELLED? | ☐ YES | ☐ NO |
| DO YOU HAVE ANY PHYSICAL CONDITION WHICH COULD INTERFERE WITH THE SAFE AND PROPER HANDLING OF A FIREARM? | ☐ YES | ☐ NO |
| HAVE YOU EVER BEEN CHARGED, PETITIONED AGAINST, A RESPONDENT, OR OTHERWISE BEEN A SUBJECT OF A PROCEEDING IN FAMILY COURT? | ☐ YES | ☐ NO |

**IF ANSWER TO ANY QUESTION IS YES, EXPLAIN HERE:**

---

**PHOTOGRAPH OF APPLICANT TAKEN WITHIN 30 DAYS**

**FULL FACE ONLY**

**ANY OMISSION OF FACT OR ANY FALSE STATEMENT WILL BE SUFFICIENT CAUSE TO DENY THIS APPLICATION AND CONSTITUTES A CRIME PUNISHABLE BY FINE, IMPRISONMENT, OR BOTH.**

**I AM AWARE THAT THE FOLLOWING CONDITIONS AFFECT ANY LICENSE WHICH MAY BE ISSUED TO ME:**

1. NO LICENSE ISSUED AS A RESULT OF THIS APPLICATION IS TRANSFERABLE TO ANOTHER PREMISE, EXCEPT IN ACCORANCE WITH PENAL LAW SECION 400.00 SUBD. 8.
2. ANY LICENSE ISSUED AS A RESULT OF THIS APPLICATION MAY REMAIN VALID DURING ITS TERM PROVIDING THE APPLICANT RETAINS A VALID LICENSE ISSUED PURSUANT TO APPLICABLE FEDERAL LAWS GOVERNING COMMERCE IN FIREARMS.
3. ANY LICENSE ISSUED AS A RESULT OF THIS APPLICATION IS SUBJECT TO REVOCATION AT ANY TIME BY THE LICENSING OFFICER OR ANY JUDGE OR JUSTICE OF A COURT OF RECORD.
4. NO LICENSE ISSUED AS A RESULT OF THIS APPLICATION AUTHORIZES POSSESSION OF FIREARMS OFF OF THE BUSINESS PREMISES INDICATED HEREIN, EXCEPT IN ACCORDANCE WITH PENAL LAW SECTION 400.00. SUBD 8.

**JURAT:**

**SIGNED AND SWORN TO BEFORE ME**

THIS _____ DAY OF _____, 20 ____

AT _____, NEW YORK

**SIGNATURE OF APPLICANT**

**SIGNATURE OF OFFICER ADMINISTERING OATH**

THIS FORM APPROVED BY SUPERINTENDENT OF STATE POLICE AS REQUIRED BY PENAL LAW SECTION 400.00, SUBD. 3.

**TITLE OF OFFICER**

**APPLICATION NOT VALID UNLESS SWORN**

PPB6/PPB6A

**IF APPLICANT IS A FIRM OR PARTNERSHIP, THE APPLICATION MUST BE SIGNED AND VERIFIED BY EACH INDIVIDUAL COMPOSING OR INTENDING TO COMPOSE SUCH FIRM OR PARTNERSHIP.**

| NAME | TITLE | NAME | TITLE |
|---|---|---|---|
| NAME | TITLE | NAME | TITLE |

**IF THE APPLICANT IS A CORPORATION, THE FOLLOWING INFORMATION IS NECESSARY:**

SIGNATURE OF PRESIDENT _____

SIGNATURE OF SECRETARY _____

SIGNATURE OF TREASURER _____

NAME OF CORPORATION _____ DATE AND PLACE OF INCORPORATION _____

LOCATION OF PRINCIPAL PLACE OF BUSINESS _____

STREET | CITY | COUNTY | STATE

| 1. RIGHT THUMB | 2. RIGHT FOREFINGER | 3. RIGHT MIDDLE FINGER | 4. RIGHT RING FINGER | 5. RIGHT LITTLE FINGER |
|---|---|---|---|---|
| 6. LEFT THUMB | 7. LEFT FOREFINGER | 8. LEFT MIDDLE FINGER | 9. LEFT RING FINGER | 10. LEFT LITTLE FINGER |

**PLAIN IMPRESSIONS TAKEN SIMULTANEOUSLY**

| LEFT FOUR FINGERS | THUMBS TAKEN TOGETHER | RIGHT FOUR FINGERS |
|---|---|---|

**IMPRESSIONS TAKEN BY:** NAME _____ RANK _____ SHIELD _____ DATE _____

**APPLICANT'S SIGNATURE AND ADDRESS:**

**INVESTIGATION REPORT – ALL INFORMATION PROVIDED BY THIS APPLICANT HAS BEEN VERIFIED:**

NAME _____ RANK _____ ORGANIZATION _____

SIGNATURE OF INVESTIGATING OFFICER

**THIS APPLICATION IS APPROVED – DISAPPROVED (STRIKE OUT ONE)**

DUPLICATE OF THIS APPLICATION MUST BE FILED WITH THE SUPERINTENDENT OF STATE POLICE WITHIN TEN DAYS OF DATE OF ISSUANCE AS REQUIRED BY SECTION 400.00, SUBDIVISION 5, PENAL LAW.

**TITLE AND SIGNATURE OF LICENSING OFFICER**