# NICS Firearm Background Checks:
## Month/Year

**November 30, 1998 - September 30, 2022**

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Totals |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1998 | | | | | | | | | | | 21,196 | 871,644 | 892,840 |
| 1999 | 591,355 | 696,323 | 753,083 | 646,712 | 576,272 | 569,493 | 589,476 | 703,394 | 808,627 | 945,701 | 1,004,333 | 1,253,354 | 9,138,123 |
| 2000 | 639,972 | 707,070 | 736,543 | 617,689 | 538,648 | 550,561 | 542,520 | 682,501 | 782,087 | 845,886 | 898,598 | 1,000,962 | 8,543,037 |
| 2001 | 640,528 | 675,156 | 729,532 | 594,723 | 543,501 | 540,491 | 539,498 | 707,288 | 864,038 | 1,029,691 | 983,186 | 1,062,559 | 8,910,191 |
| 2002 | 665,803 | 694,668 | 714,665 | 627,745 | 569,247 | 518,351 | 535,594 | 693,139 | 724,123 | 849,281 | 887,647 | 974,059 | 8,454,322 |
| 2003 | 653,751 | 708,281 | 736,864 | 622,832 | 567,436 | 529,334 | 533,289 | 683,517 | 738,371 | 856,863 | 842,932 | 1,008,118 | 8,481,588 |
| 2004 | 695,000 | 723,654 | 738,298 | 642,589 | 542,456 | 546,847 | 561,773 | 666,598 | 740,260 | 865,741 | 890,754 | 1,073,701 | 8,687,671 |
| 2005 | 685,811 | 743,070 | 768,290 | 658,954 | 557,058 | 555,560 | 561,358 | 687,012 | 791,353 | 852,478 | 927,419 | 1,164,582 | 8,952,945 |
| 2006 | 775,518 | 820,679 | 845,219 | 700,373 | 626,270 | 616,097 | 631,156 | 833,070 | 919,487 | 970,030 | 1,045,194 | 1,253,840 | 10,036,933 |
| 2007 | 894,608 | 914,954 | 975,806 | 840,271 | 803,051 | 792,943 | 757,884 | 917,358 | 944,889 | 1,025,123 | 1,079,923 | 1,230,525 | 11,177,335 |
| 2008 | 942,556 | 1,021,130 | 1,040,863 | 940,961 | 886,183 | 819,891 | 891,224 | 956,872 | 973,003 | 1,183,279 | 1,529,635 | 1,523,426 | 12,709,023 |
| 2009 | 1,213,885 | 1,259,078 | 1,345,096 | 1,225,980 | 1,023,102 | 968,145 | 966,162 | 1,074,757 | 1,093,230 | 1,233,982 | 1,223,252 | 1,407,155 | 14,033,824 |
| 2010 | 1,119,229 | 1,243,211 | 1,300,100 | 1,233,761 | 1,016,876 | 1,005,876 | 1,069,792 | 1,089,374 | 1,145,798 | 1,368,184 | 1,296,223 | 1,521,192 | 14,409,616 |
| 2011 | 1,323,336 | 1,473,513 | 1,449,724 | 1,351,255 | 1,230,953 | 1,168,322 | 1,157,041 | 1,310,041 | 1,253,752 | 1,340,273 | 1,534,414 | 1,862,327 | 16,454,951 |
| 2012 | 1,377,301 | 1,749,903 | 1,727,881 | 1,427,343 | 1,316,226 | 1,302,660 | 1,300,704 | 1,526,206 | 1,459,363 | 1,614,032 | 2,006,919 | 2,783,765 | 19,592,303 |
| 2013 | 2,495,440 | 2,309,393 | 2,209,407 | 1,714,433 | 1,435,917 | 1,281,351 | 1,283,912 | 1,419,088 | 1,401,562 | 1,687,599 | 1,813,643 | 2,041,528 | 21,093,273 |
| 2014 | 1,660,355 | 2,086,863 | 2,488,842 | 1,742,946 | 1,485,259 | 1,382,975 | 1,402,228 | 1,546,497 | 1,456,032 | 1,603,469 | 1,803,397 | 2,309,684 | 20,968,547 |
| 2015 | 1,772,794 | 1,859,584 | 2,012,488 | 1,711,340 | 1,580,980 | 1,529,057 | 1,600,832 | 1,745,410 | 1,795,102 | 1,976,759 | 2,243,030 | 3,314,594 | 23,141,970 |
| 2016 | 2,545,802 | 2,613,074 | 2,523,265 | 2,145,865 | 1,870,000 | 2,131,485 | 2,197,169 | 1,853,815 | 1,992,219 | 2,333,539 | 2,561,281 | 2,771,159 | 27,538,673 |
| 2017 | 2,043,184 | 2,234,817 | 2,433,092 | 2,045,564 | 1,942,677 | 1,901,768 | 1,742,546 | 1,925,146 | 1,967,104 | 2,030,391 | 2,382,788 | 2,586,138 | 25,235,215 |
| 2018 | 2,030,530 | 2,333,193 | 2,767,699 | 2,223,213 | 2,002,992 | 1,935,691 | 1,835,318 | 2,073,296 | 1,956,681 | 2,086,895 | 2,393,043 | 2,543,385 | 26,181,936 |
| 2019 | 2,165,094 | 2,053,886 | 2,644,851 | 2,334,249 | 2,349,309 | 2,312,309 | 2,030,661 | 2,366,824 | 2,207,312 | 2,393,609 | 2,574,752 | 2,936,894 | 28,369,750 |
| 2020 | 2,702,702 | 2,802,467 | 3,740,688 | 2,911,128 | 3,091,455 | 3,931,607 | 3,639,224 | 3,115,063 | 2,892,115 | 3,305,465 | 3,626,335 | 3,937,066 | 39,695,315 |
| 2021 | 4,317,804 | 3,442,777 | 4,691,738 | 3,514,070 | 3,222,105 | 3,054,726 | 2,882,676 | 2,715,223 | 2,626,389 | 2,593,168 | 2,717,458 | 3,098,539 | 38,876,673 |
| 2022 | 2,591,588 | 2,554,912 | 3,081,724 | 2,728,802 | 2,340,383 | 2,570,608 | 2,404,332 | 2,518,132 | 2,470,462 | | | | 23,260,943 |

TOTAL: 434,836,997

**NOTE:** These statistics represent the number of firearm background checks initiated through the NICS. They do not represent the number of firearms sold. Based on varying state laws and purchase scenarios, a one-to-one correlation cannot be made between a firearm background check and a firearm sale.