# NICS Firearm Background Checks: Month/Year by State

## Year 2022
January 1, 2022 - September 30, 2022

| State / Territory | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Totals |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Alabama | 62,764 | 69,098 | 76,494 | 54,956 | 51,735 | 59,049 | 54,307 | 58,549 | 55,587 | | | | 542,539 |
| Alaska | 4,986 | 5,916 | 7,786 | 7,589 | 6,661 | 6,821 | 6,632 | 7,400 | 9,008 | | | | 62,799 |
| Arizona | 34,855 | 38,149 | 49,474 | 61,899 | 42,163 | 47,044 | 42,434 | 43,789 | 40,472 | | | | 400,279 |
| Arkansas | 17,487 | 19,002 | 24,412 | 18,222 | 15,854 | 18,337 | 16,395 | 18,508 | 18,927 | | | | 167,144 |
| California | 104,282 | 106,295 | 129,391 | 116,208 | 111,612 | 123,930 | 120,932 | 138,358 | 126,521 | | | | 1,077,529 |
| Colorado | 40,897 | 42,694 | 52,984 | 44,201 | 40,505 | 45,272 | 41,071 | 45,130 | 41,857 | | | | 394,611 |
| Connecticut | 18,473 | 20,654 | 27,188 | 23,781 | 18,914 | 17,258 | 17,455 | 18,930 | 16,655 | | | | 179,308 |
| Delaware | 4,596 | 5,088 | 5,828 | 4,877 | 4,322 | 9,891 | 3,639 | 3,654 | 3,555 | | | | 45,450 |
| District of Columbia | 1,418 | 1,108 | 1,569 | 1,194 | 878 | 928 | 1,273 | 1,644 | 1,335 | | | | 11,347 |
| Florida | 112,827 | 121,578 | 141,042 | 124,153 | 111,723 | 137,336 | 120,328 | 119,576 | 109,209 | | | | 1,097,772 |
| Georgia | 48,062 | 54,210 | 63,697 | 47,352 | 42,352 | 46,597 | 41,696 | 44,081 | 46,131 | | | | 434,178 |
| Guam | 275 | 285 | 341 | 312 | 288 | 305 | 303 | 320 | 357 | | | | 2,786 |
| Hawaii | 1,358 | 1,332 | 1,780 | 1,452 | 1,334 | 1,860 | 1,834 | 1,719 | 1,571 | | | | 14,240 |
| Idaho | 15,947 | 20,046 | 24,376 | 19,580 | 18,711 | 20,831 | 18,373 | 18,669 | 17,593 | | | | 174,126 |
| Illinois | 473,953 | 308,269 | 385,030 | 302,986 | 279,089 | 315,073 | 327,083 | 380,262 | 370,928 | | | | 3,142,673 |
| Indiana | 111,333 | 106,776 | 134,911 | 102,886 | 86,916 | 82,538 | 82,999 | 81,433 | 78,652 | | | | 868,444 |
| Iowa | 22,011 | 23,831 | 30,460 | 19,809 | 15,142 | 16,595 | 12,819 | 15,041 | 14,316 | | | | 170,024 |
| Kansas | 14,630 | 16,737 | 19,692 | 15,128 | 13,118 | 15,830 | 14,134 | 14,728 | 13,861 | | | | 137,858 |
| Kentucky | 354,595 | 357,772 | 358,839 | 347,125 | 338,283 | 338,173 | 325,084 | 261,153 | 330,999 | | | | 3,012,023 |
| Louisiana | 27,768 | 30,836 | 36,323 | 25,869 | 22,810 | 26,521 | 24,081 | 27,443 | 27,064 | | | | 248,715 |
| Maine | 7,239 | 8,429 | 11,521 | 9,349 | 7,573 | 9,676 | 8,719 | 9,102 | 10,288 | | | | 81,896 |
| Mariana Islands | 43 | 30 | 30 | 31 | 47 | 31 | 20 | 20 | 35 | | | | 287 |
| Maryland | 17,340 | 18,871 | 22,132 | 19,346 | 17,641 | 19,042 | 21,625 | 35,102 | 35,282 | | | | 206,381 |
| Massachusetts | 17,297 | 18,136 | 23,708 | 18,518 | 17,306 | 18,507 | 19,054 | 20,080 | 17,567 | | | | 170,173 |
| Michigan | 62,731 | 62,456 | 83,801 | 71,095 | 58,616 | 64,312 | 58,259 | 62,907 | 61,390 | | | | 585,567 |
| Minnesota | 65,564 | 69,674 | 95,934 | 88,959 | 71,729 | 66,708 | 66,314 | 73,198 | 72,322 | | | | 670,402 |
| Mississippi | 19,312 | 26,603 | 29,300 | 21,215 | 18,066 | 20,146 | 18,667 | 25,074 | 21,612 | | | | 199,995 |
| Missouri | 38,691 | 44,174 | 56,698 | 44,583 | 36,382 | 40,871 | 39,442 | 39,913 | 39,962 | | | | 380,716 |
| Montana | 9,052 | 10,924 | 14,175 | 12,719 | 11,440 | 12,242 | 10,568 | 11,157 | 12,144 | | | | 104,421 |
| Nebraska | 5,904 | 6,697 | 8,080 | 6,598 | 5,353 | 5,677 | 4,849 | 5,930 | 5,209 | | | | 54,297 |
| Nevada | 13,648 | 11,353 | 15,865 | 11,689 | 12,230 | 15,925 | 12,130 | 12,221 | 10,883 | | | | 115,944 |
| New Hampshire | 9,481 | 10,201 | 13,482 | 11,858 | 9,454 | 11,537 | 10,418 | 10,841 | 10,681 | | | | 97,953 |
| New Jersey | 13,063 | 12,695 | 17,168 | 13,713 | 11,608 | 12,962 | 14,488 | 15,435 | 13,917 | | | | 125,049 |
| New Mexico | 12,417 | 14,428 | 18,396 | 14,255 | 12,566 | 14,260 | 13,027 | 15,005 | 13,903 | | | | 128,257 |
| New York | 29,536 | 32,626 | 42,755 | 36,967 | 31,346 | 48,349 | 37,743 | 49,734 | 36,178 | | | | 345,234 |
| North Carolina | 50,952 | 56,914 | 66,464 | 47,034 | 44,641 | 50,992 | 44,513 | 49,063 | 43,920 | | | | 454,493 |
| North Dakota | 5,064 | 5,558 | 7,803 | 6,155 | 5,419 | 5,733 | 5,617 | 5,914 | 6,170 | | | | 53,433 |
| Ohio | 50,625 | 54,960 | 74,436 | 57,067 | 45,371 | 54,522 | 49,066 | 48,026 | 46,512 | | | | 480,585 |
| Oklahoma | 27,273 | 29,655 | 36,821 | 30,183 | 25,287 | 31,123 | 27,849 | 29,595 | 27,404 | | | | 265,190 |
| Oregon | 30,035 | 32,115 | 39,596 | 33,864 | 30,641 | 34,771 | 30,614 | 30,272 | 30,973 | | | | 292,881 |
| Pennsylvania | 93,298 | 105,057 | 124,456 | 102,997 | 88,898 | 104,824 | 93,961 | 97,000 | 95,909 | | | | 906,400 |
| Puerto Rico | 5,778 | 6,349 | 7,802 | 6,012 | 7,305 | 7,050 | 5,993 | 6,238 | 4,580 | | | | 57,107 |
| Rhode Island | 2,139 | 2,433 | 3,160 | 2,406 | 2,136 | 2,883 | 1,940 | 2,143 | 1,914 | | | | 21,154 |
| South Carolina | 29,123 | 38,534 | 42,803 | 33,686 | 29,978 | 35,719 | 29,866 | 32,827 | 34,562 | | | | 307,098 |
| South Dakota | 6,536 | 7,322 | 8,903 | 7,373 | 5,639 | 5,999 | 6,236 | 7,158 | 7,293 | | | | 62,459 |
| Tennessee | 62,111 | 76,335 | 85,646 | 67,877 | 61,194 | 67,036 | 63,453 | 65,344 | 63,911 | | | | 612,907 |
| Texas | 127,737 | 140,141 | 170,171 | 138,869 | 128,523 | 150,464 | 135,854 | 138,829 | 137,483 | | | | 1,268,071 |
| Utah | 80,486 | 77,580 | 90,977 | 86,869 | 83,437 | 87,018 | 85,909 | 85,962 | 84,042 | | | | 762,280 |
| Vermont | 3,184 | 3,716 | 4,878 | 3,955 | 2,894 | 3,570 | 3,333 | 3,401 | 3,832 | | | | 32,763 |
| Virgin Islands | 95 | 212 | 175 | 154 | 186 | 302 | 189 | 312 | 137 | | | | 1,762 |
| Virginia | 42,218 | 48,021 | 54,961 | 46,010 | 40,599 | 47,169 | 43,959 | 42,790 | 43,065 | | | | 408,792 |
| Washington | 52,914 | 55,807 | 79,291 | 67,149 | 63,908 | 80,189 | 56,721 | 50,695 | 47,101 | | | | 553,775 |
| West Virginia | 13,050 | 16,718 | 19,951 | 15,280 | 13,069 | 14,473 | 13,743 | 14,241 | 14,483 | | | | 135,008 |
| Wisconsin | 51,816 | 54,653 | 64,537 | 54,798 | 43,611 | 46,961 | 45,916 | 49,282 | 52,391 | | | | 463,965 |
| Wyoming | 4,827 | 5,765 | 6,972 | 5,845 | 5,684 | 6,076 | 5,223 | 5,418 | 5,910 | | | | 51,720 |

**NOTE:** These statistics represent the number of firearm background checks initiated through the NICS. They do not represent the number of firearms sold. Based on varying state laws and purchase scenarios, a one-to-one correlation cannot be made between a firearm background check and a firearm sale.

# NICS Firearm Background Checks: Month/Year by State

## Year 2021
January 1, 2021 - December 31, 2021

| State / Territory | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Totals |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Alabama | 105,602 | 74,710 | 107,474 | 88,232 | 66,937 | 72,284 | 66,051 | 66,233 | 65,900 | 66,499 | 74,158 | 92,191 | 946,271 |
| Alaska | 9,018 | 6,667 | 10,170 | 9,078 | 7,145 | 6,415 | 6,620 | 7,020 | 6,520 | 7,572 | 7,342 | 7,640 | 91,207 |
| Arizona | 60,548 | 45,496 | 65,805 | 55,830 | 56,581 | 38,539 | 38,125 | 37,365 | 40,033 | 38,523 | 38,933 | 47,985 | 563,763 |
| Arkansas | 30,085 | 18,916 | 34,134 | 26,952 | 24,206 | 21,231 | 18,454 | 19,683 | 20,536 | 21,518 | 23,744 | 29,247 | 288,706 |
| California | 134,432 | 119,784 | 143,742 | 126,285 | 119,739 | 125,609 | 116,701 | 120,959 | 116,704 | 114,144 | 112,977 | 124,997 | 1,476,073 |
| Colorado | 65,051 | 50,485 | 69,757 | 60,918 | 50,079 | 44,970 | 44,778 | 46,385 | 45,908 | 46,964 | 48,728 | 54,788 | 628,811 |
| Connecticut | 25,606 | 19,748 | 28,021 | 33,213 | 31,313 | 25,840 | 16,773 | 17,890 | 17,742 | 20,467 | 20,566 | 20,071 | 277,250 |
| Delaware | 7,408 | 5,245 | 7,280 | 7,514 | 5,308 | 5,009 | 5,141 | 4,978 | 4,469 | 5,221 | 5,334 | 6,161 | 69,068 |
| District of Columbia | 1,076 | 920 | 1,035 | 1,050 | 768 | 976 | 1,059 | 1,070 | 1,076 | 1,342 | 1,288 | 1,250 | 12,910 |
| Florida | 190,817 | 138,892 | 178,247 | 162,912 | 133,237 | 129,351 | 125,688 | 121,803 | 124,186 | 125,938 | 129,708 | 150,928 | 1,711,685 |
| Georgia | 92,903 | 73,120 | 95,449 | 78,993 | 61,003 | 60,489 | 57,185 | 55,189 | 52,797 | 54,202 | 56,981 | 68,601 | 806,912 |
| Guam | 304 | 301 | 404 | 363 | 379 | 391 | 405 | 410 | 392 | 403 | 386 | 380 | 4,518 |
| Hawaii | 1,504 | 1,507 | 1,770 | 1,357 | 1,169 | 1,319 | 1,135 | 1,672 | 1,674 | 1,570 | 1,568 | 1,462 | 17,707 |
| Idaho | 28,243 | 21,223 | 34,839 | 26,291 | 18,674 | 18,741 | 19,461 | 19,548 | 18,890 | 20,322 | 22,754 | 24,776 | 273,762 |
| Illinois | 1,002,118 | 902,020 | 1,427,917 | 955,439 | 998,326 | 764,884 | 656,778 | 426,563 | 347,462 | 251,681 | 303,670 | 437,647 | 8,474,505 |
| Indiana | 262,684 | 195,162 | 206,884 | 186,853 | 165,454 | 120,670 | 106,359 | 119,061 | 105,065 | 112,228 | 117,778 | 117,333 | 1,815,531 |
| Iowa | 34,313 | 30,572 | 32,870 | 24,056 | 16,280 | 16,152 | 20,275 | 17,734 | 16,929 | 18,119 | 18,495 | 20,883 | 266,678 |
| Kansas | 26,195 | 17,528 | 26,915 | 20,588 | 15,534 | 15,021 | 15,630 | 16,276 | 16,789 | 17,529 | 19,934 | 22,229 | 230,168 |
| Kentucky | 421,790 | 378,499 | 330,476 | 38,414 | 158,983 | 323,280 | 332,946 | 375,270 | 370,706 | 370,434 | 372,237 | 375,026 | 3,848,061 |
| Louisiana | 40,266 | 26,669 | 46,633 | 37,415 | 29,406 | 31,317 | 29,811 | 25,498 | 27,258 | 31,793 | 34,641 | 40,638 | 401,345 |
| Maine | 13,693 | 8,985 | 14,536 | 11,564 | 8,326 | 8,012 | 8,988 | 9,094 | 11,473 | 12,019 | 10,571 | 11,932 | 129,193 |
| Mariana Islands | 27 | 16 | 29 | 17 | 22 | 30 | 28 | 29 | 56 | 31 | 38 | 41 | 364 |
| Maryland | 31,014 | 23,931 | 30,754 | 25,666 | 20,904 | 19,155 | 18,623 | 19,019 | 17,893 | 18,940 | 20,191 | 21,663 | 267,753 |
| Massachusetts | 29,570 | 23,711 | 28,257 | 22,964 | 19,639 | 18,490 | 20,756 | 20,836 | 18,819 | 19,178 | 18,318 | 18,710 | 259,248 |
| Michigan | 120,227 | 80,944 | 112,066 | 92,922 | 71,704 | 67,663 | 64,503 | 67,496 | 71,059 | 71,295 | 73,622 | 77,489 | 970,990 |
| Minnesota | 87,583 | 75,898 | 105,224 | 95,577 | 72,677 | 64,977 | 66,916 | 75,595 | 74,716 | 84,006 | 70,470 | 71,660 | 945,299 |
| Mississippi | 34,093 | 20,971 | 38,031 | 30,960 | 22,302 | 21,165 | 20,536 | 23,812 | 21,872 | 23,487 | 29,567 | 36,523 | 323,319 |
| Missouri | 72,234 | 48,646 | 77,617 | 58,530 | 46,842 | 42,011 | 42,119 | 42,099 | 43,082 | 47,730 | 51,965 | 61,316 | 634,191 |
| Montana | 18,154 | 11,876 | 18,329 | 14,996 | 11,537 | 10,195 | 10,260 | 11,364 | 12,450 | 13,967 | 12,714 | 14,798 | 160,640 |
| Nebraska | 10,509 | 7,870 | 10,860 | 8,798 | 6,096 | 5,385 | 6,213 | 6,598 | 6,264 | 6,555 | 7,416 | 8,112 | 90,676 |
| Nevada | 19,266 | 15,615 | 21,101 | 19,013 | 15,840 | 14,049 | 13,659 | 15,001 | 13,084 | 13,143 | 12,209 | 14,598 | 186,578 |
| New Hampshire | 19,214 | 12,651 | 17,186 | 14,643 | 10,959 | 9,633 | 10,441 | 10,786 | 11,013 | 11,369 | 10,798 | 13,160 | 151,853 |
| New Jersey | 28,230 | 20,242 | 24,563 | 25,086 | 19,911 | 17,559 | 15,550 | 16,100 | 14,237 | 13,908 | 14,453 | 13,598 | 223,437 |
| New Mexico | 19,689 | 15,609 | 23,024 | 19,471 | 14,349 | 13,679 | 13,935 | 14,287 | 14,497 | 14,055 | 14,427 | 17,967 | 194,989 |
| New York | 49,184 | 36,115 | 49,158 | 42,226 | 34,892 | 33,448 | 33,235 | 34,819 | 38,177 | 38,053 | 36,471 | 38,797 | 464,575 |
| North Carolina | 86,017 | 72,430 | 90,090 | 75,043 | 58,045 | 59,187 | 56,487 | 53,133 | 53,482 | 53,753 | 58,875 | 65,191 | 781,733 |
| North Dakota | 8,662 | 6,057 | 9,200 | 7,571 | 5,581 | 5,350 | 5,435 | 6,074 | 6,432 | 7,361 | 6,273 | 6,550 | 80,546 |
| Ohio | 98,651 | 68,106 | 98,474 | 83,165 | 63,051 | 60,907 | 58,041 | 57,745 | 56,777 | 61,404 | 70,492 | 75,074 | 851,887 |
| Oklahoma | 48,278 | 29,006 | 48,568 | 38,393 | 29,379 | 27,597 | 28,287 | 27,611 | 28,779 | 30,359 | 36,936 | 43,321 | 416,514 |
| Oregon | 49,755 | 34,957 | 49,752 | 41,443 | 35,296 | 33,011 | 30,975 | 33,854 | 34,563 | 35,098 | 36,231 | 39,198 | 454,133 |
| Pennsylvania | 160,116 | 114,482 | 154,301 | 132,512 | 102,373 | 100,422 | 99,708 | 103,036 | 101,592 | 110,047 | 109,089 | 120,487 | 1,408,165 |
| Puerto Rico | 4,377 | 4,339 | 5,475 | 6,732 | 7,164 | 6,969 | 6,340 | 5,953 | 6,031 | 7,089 | 7,020 | 6,892 | 74,381 |
| Rhode Island | 5,190 | 3,998 | 4,957 | 3,633 | 2,648 | 2,427 | 2,408 | 2,326 | 2,433 | 2,418 | 2,706 | 2,792 | 37,936 |
| South Carolina | 52,622 | 40,032 | 55,773 | 43,879 | 37,018 | 36,050 | 34,420 | 35,795 | 35,025 | 35,878 | 36,603 | 42,392 | 485,487 |
| South Dakota | 12,571 | 9,208 | 12,430 | 9,516 | 7,275 | 5,973 | 6,744 | 7,440 | 7,924 | 10,049 | 8,717 | 9,034 | 106,881 |
| Tennessee | 94,262 | 62,346 | 93,979 | 77,525 | 63,517 | 109,743 | 89,125 | 68,672 | 64,531 | 69,638 | 78,252 | 92,922 | 964,512 |
| Texas | 212,208 | 134,310 | 222,409 | 187,843 | 158,526 | 147,120 | 135,551 | 144,254 | 154,778 | 146,593 | 150,809 | 186,352 | 1,980,753 |
| Utah | 101,167 | 89,891 | 112,572 | 119,014 | 113,089 | 96,829 | 101,228 | 95,834 | 86,418 | 88,155 | 85,831 | 91,536 | 1,181,564 |
| Vermont | 6,012 | 3,874 | 5,909 | 5,031 | 3,551 | 3,301 | 3,662 | 3,650 | 3,993 | 4,300 | 3,683 | 4,583 | 51,549 |
| Virgin Islands | 154 | 159 | 206 | 171 | 118 | 315 | 210 | 129 | 153 | 169 | 181 | 180 | 2,145 |
| Virginia | 72,451 | 53,222 | 72,438 | 59,893 | 46,767 | 47,216 | 45,531 | 45,911 | 44,779 | 49,467 | 54,909 | 62,755 | 655,339 |
| Washington | 73,369 | 61,409 | 74,860 | 68,676 | 56,038 | 53,104 | 50,887 | 53,524 | 58,393 | 61,127 | 56,444 | 69,015 | 736,846 |
| West Virginia | 26,626 | 17,914 | 27,426 | 20,522 | 14,022 | 13,096 | 14,625 | 14,672 | 15,034 | 16,759 | 20,461 | 23,083 | 224,240 |
| Wisconsin | 73,836 | 52,251 | 76,885 | 72,407 | 60,229 | 59,860 | 59,969 | 64,208 | 65,312 | 68,017 | 66,983 | 65,899 | 785,856 |
| Wyoming | 9,266 | 6,382 | 9,348 | 7,861 | 6,381 | 5,963 | 5,706 | 5,871 | 6,136 | 6,027 | 7,241 | 8,442 | 84,624 |

**NOTE:** These statistics represent the number of firearm background checks initiated through the NICS. They do not represent the number of firearms sold. Based on varying state laws and purchase scenarios, a one-to-one correlation cannot be made between a firearm background check and a firearm sale.