FBI Criminal Justice Information Services Division
National Instant Criminal Background Check System (NICS) Section
Active Records in the NICS Indices as of December 31, 2021

**Quick Reference Information**

The NICS Indices contains information provided by federal, state, local, and tribal agencies of persons prohibited from receiving firearms under federal or state law.  If the information is available in the National Crime Information Center (NCIC) or the Interstate Identification Index (III), entry into the NICS Indices is not always necessary; **therefore, certain categories within the NICS Indices may show minimal or no participation by a federal or state agency.**

NICS Indices Categories and Participation

1. Felony—the number of entries in this category **might be low or nonexistent**, because the best location for the information is III.  A NICS Indices entry would be ideal if the felony conviction information is not available in III.

2. Under Indictment/Information—the number of entries in this category **might be low or nonexistent** because this information may be found in III.

3. Fugitive from Justice—the number of entries in this category **might be low or nonexistent** because, ideally, warrants are contained in NCIC.

4. Unlawful User/Addicted to a Controlled Substance—this information may be found in III; however, if a qualifying conviction does not exist, but the prohibition has been established, the NICS Indices is an alternative.

5. Adjudicated Mental Health—since most information for this prohibition is not available in III, there is the expectation for the number of entries in this category to be elevated.

6. Illegal/Unlawful Alien—the U.S. Immigration and Customs Enforcement (ICE) makes the majority of the entries; therefore, the number of entries in this category by other federal agencies or the states **should be low or nonexistent**.

7. Dishonorable Discharge—the U.S. Department of Defense (DoD) makes entries; therefore, the number of entries in this category by other federal agencies or the states **should be low or nonexistent.**

8. Renounced U.S. Citizenship—the U.S. Department of State (DOS) makes entries; therefore, the number of entries in this category by other federal agencies or the states **should be low or nonexistent**.

9. Protection/Restraining Order for Domestic Violence—the number of entries in this category **might be low or nonexistent** because protection order information ideally is contained in NCIC.

10. Misdemeanor Crimes of Domestic Violence (MCDV)—this information may be found in III; however, if the information is unable to be updated to III, the NICS Indices is an alternative.

11. State Prohibitor or Court-Ordered Firearm Restriction—these prohibitors include individuals who are prohibited based on state law or court-ordered firearm restriction only.  This category is unique to each state/territory and dependent upon state law.

Active Records in the NICS Indices
As of December 31, 2021

| State/Territory | Felony | Under Indictment Information | Fugitive from Justice | Unlawful User/Addicted to a Controlled Substance | Adjudicated Mental Health | Illegal/Unlawful Alien | Dishonorable Discharge | Renounced U.S. Citizenship | Protection/Restraining Order for Domestic Violence | Misdemeanor Crime of Domestic Violence | State Prohibitor or Court-Ordered Firearm Restriction | Totals |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Alabama | 1 | 1 | 0 | 0 | 14,702 | 0 | 0 | 0 | 0 | 1 | 0 | 14,705 |
| Alaska | 3,460 | 0 | 0 | 5 | 944 | 0 | 0 | 0 | 1,815 | 481 | 17 | 6,722 |
| American Samoa | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Arizona | 1,024 | 0 | 0 | 2 | 52,399 | 0 | 0 | 0 | 0 | 3 | 2 | 53,430 |
| Arkansas | 14,190 | 0 | 0 | 2 | 5,447 | 5 | 0 | 0 | 5 | 3,748 | 0 | 23,397 |
| California | 9,920 | 3 | 1 | 1 | 1,117,476 | 16 | 2 | 0 | 12 | 15,136 | 870,301 | 2,012,868 |
| Colorado | 21 | 2 | 0 | 0 | 118,560 | 1 | 0 | 0 | 361 | 502 | 33 | 119,480 |
| Connecticut | 399,046 | 39 | 23 | 1,527 | 89,130 | 3 | 0 | 0 | 3 | 33,617 | 158,845 | 682,233 |
| Delaware | 0 | 0 | 0 | 172 | 17,544 | 0 | 0 | 0 | 0 | 0 | 28 | 17,744 |
| Florida | 69,032 | 32 | 1 | 114 | 200,663 | 3 | 0 | 0 | 8 | 318 | 12,516 | 282,687 |
| Georgia | 0 | 0 | 0 | 55 | 17,051 | 2 | 0 | 0 | 0 | 1 | 0 | 17,109 |
| Guam | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Hawaii | 6 | 0 | 0 | 28 | 9,555 | 0 | 0 | 0 | 0 | 14 | 76 | 9,679 |
| Idaho | 0 | 0 | 0 | 0 | 40,789 | 0 | 0 | 0 | 0 | 1 | 1 | 40,791 |
| Illinois | 33,896 | 8,908 | 67 | 1,467 | 64,454 | 101 | 67 | 25 | 572 | 4,770 | 45,720 | 160,047 |
| Indiana | 527,765 | 7 | 0 | 3 | 15,738 | 1 | 0 | 0 | 5 | 15,661 | 4,948 | 564,128 |
| Iowa | 166 | 23 | 1 | 26 | 60,441 | 8 | 4 | 0 | 78 | 230 | 5,590 | 66,567 |
| Kansas | 0 | 0 | 0 | 0 | 8,143 | 0 | 0 | 0 | 2 | 9,111 | 408 | 21,732 |
| Kentucky | 4,535 | 6 | 0 | 0 | 50,876 | 0 | 0 | 0 | 0 | 764 | 0 | 56,181 |
| Louisiana | 578,644 | 134,727 | 1 | 14,865 | 11,480 | 1 | 0 | 0 | 4,851 | 39,527 | 10,209 | 794,305 |
| Maine | 77,248 | 2,771 | 0 | 587 | 5,920 | 0 | 0 | 0 | 0 | 3,647 | 2,805 | 92,978 |
| Mariana Islands | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Maryland | 27 | 0 | 0 | 10 | 19,342 | 0 | 0 | 0 | 1 | 0 | 10,954 | 30,334 |
| Massachusetts | 266,688 | 100 | 0 | 33 | 63,282 | 0 | 0 | 0 | 0 | 2,441 | 499,815 | 832,359 |
| Michigan | 418 | 23 | 10 | 1,059 | 171,660 | 1 | 2 | 0 | 250 | 73 | 879 | 174,375 |
| Minnesota | 93 | 2 | 6 | 1,007 | 86,729 | 0 | 0 | 0 | 53 | 96 | 3,749 | 91,735 |
| Mississippi | 0 | 1 | 0 | 1 | 26,245 | 0 | 0 | 0 | 0 | 0 | 0 | 26,247 |
| Missouri | 1 | 0 | 0 | 10 | 58,010 | 0 | 0 | 0 | 0 | 0 | 0 | 58,021 |
| Montana | 1 | 0 | 0 | 0 | 36 | 0 | 0 | 0 | 0 | 0 | 0 | 38 |
| Nebraska | 13 | 2 | 0 | 0 | 33,941 | 1 | 0 | 0 | 0 | 2,727 | 3,548 | 40,232 |
| Nevada | 2,094 | 0 | 0 | 39 | 11,389 | 0 | 0 | 0 | 38 | 3,413 | 11 | 16,984 |
| New Hampshire | 159,704 | 0 | 0 | 998 | 657 | 0 | 0 | 0 | 0 | 15,469 | 1 | 176,829 |
| New Jersey | 38 | 0 | 0 | 0 | 523,840 | 26 | 0 | 0 | 27 | 45 | 0 | 523,976 |
| New Mexico | 224,611 | 0 | 0 | 0 | 36,755 | 0 | 0 | 0 | 4,330 | 28,206 | 6,920 | 300,822 |
| New York | 1 | 1 | 0 | 0 | 860,454 | 0 | 0 | 0 | 58,817 | 374 | 389,944 | 1,309,591 |
| North Carolina | 315,417 | 32 | 13 | 14 | 452,878 | 13 | 36 | 2 | 319 | 2,174 | 502 | 771,400 |
| North Dakota | 0 | 0 | 0 | 0 | 7,114 | 0 | 0 | 0 | 0 | 1 | 0 | 7,115 |
| Ohio | 2 | 0 | 0 | 128 | 74,518 | 0 | 0 | 0 | 3 | 2 | 281 | 74,934 |
| Oklahoma | 2,576 | 0 | 0 | 0 | 8,775 | 0 | 0 | 0 | 1 | 193 | 0 | 11,545 |
| Oregon | 0 | 1 | 0 | 9 | 41,001 | 0 | 0 | 0 | 0 | 0 | 1 | 41,012 |
| Pennsylvania | 346,577 | 2 | 0 | 1,007 | 984,371 | 1 | 2 | 0 | 0 | 65 | 121,988 | 1,454,013 |
| Puerto Rico | 26,047 | 1,765 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 27,812 |
| Rhode Island | 0 | 0 | 0 | 4 | 2,256 | 0 | 0 | 0 | 0 | 0 | 0 | 2,260 |
| South Carolina | 2,502 | 7,230 | 0 | 3,328 | 108,699 | 0 | 1 | 0 | 21 | 7 | 3,395 | 125,183 |
| South Dakota | 2 | 0 | 0 | 0 | 2,005 | 0 | 0 | 0 | 0 | 0 | 0 | 2,007 |
| Tennessee | 15 | 0 | 0 | 2 | 72,344 | 0 | 0 | 0 | 1 | 9 | 0 | 72,371 |
| Texas | 100,879 | 0 | 0 | 1 | 332,382 | 14 | 1 | 0 | 0 | 44 | 20 | 433,341 |
| Utah | 43 | 220 | 0 | 176 | 15,992 | 0 | 0 | 0 | 1,025 | 452 | 1,278 | 19,186 |
| Vermont | 32,055 | 0 | 0 | 13 | 2,786 | 0 | 0 | 0 | 0 | 2 | 658 | 35,514 |
| Virgin Islands | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Virginia | 142,979 | 31 | 0 | 228 | 323,011 | 0 | 0 | 0 | 4 | 3,394 | 61,643 | 531,290 |
| Washington | 1,611 | 46 | 48 | 79 | 163,855 | 53 | 4 | 3 | 265 | 618 | 3,332 | 169,914 |
| West Virginia | 2 | 2 | 0 | 2 | 77,424 | 3 | 0 | 0 | 0 | 0 | 1 | 77,434 |
| Wisconsin | 138 | 2 | 0 | 462 | 47,383 | 0 | 0 | 1 | 4 | 374 | 0 | 48,364 |
| Wyoming | 31 | 1 | 0 | 69 | 17 | 0 | 0 | 0 | 0 | 4 | 124 | 246 |
| Totals | 3,343,519 | 155,980 | 171 | 31,601 | 6,510,463 | 253 | 119 | 31 | 72,875 | 187,836 | 2,220,419 | 12,523,267 |

| Active Records in the NICS Indices As of December 31, 2021 | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Federal Agencies** | Felony | Under Indictment Information | Fugitive from Justice | Unlawful User/Addicted to a Controlled Substance | Adjudicated Mental Health | Illegal/Unlawful Alien | Dishonorable Discharge | Renounced U.S. Citizenship | Protection/Restraining Order for Domestic Violence | Misdemeanor Crime of Domestic Violence | State Prohibitor or Court-Ordered Firearm Restriction | Totals |
| Amtrak Railroad Police | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 10 | 10 |
| Department of Agriculture, U.S. | 275 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 275 |
| **Department of Defense** | | | | | | | | | | | | |
| Air Force Office of Special Investigations, U.S. | 7,454 | 299 | 1 | 9,356 | 34 | 0 | 1,237 | 0 | 1 | 388 | 0 | 18,770 |
| Army, U.S. | 20,266 | 281 | 64 | 11,521 | 14 | 0 | 6,765 | 0 | 0 | 838 | 0 | 39,749 |
| Department of Defense, U.S. | 227 | 73 | 0 | 0 | 1 | 0 | 5,103 | 0 | 0 | 0 | 0 | 5,404 |
| Marines, U.S. | 1,745 | 34 | 0 | 631 | 6 | 3 | 1,536 | 0 | 7 | 140 | 0 | 4,102 |
| National Security Agency, U.S. | 0 | 0 | 0 | 3 | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 3 |
| Naval Criminal Investigative Service, U.S. | 5,660 | 40 | 0 | 1,121 | 23 | 0 | 4,418 | 0 | 3 | 376 | 0 | 11,641 |
| Navy, U.S. | 0 | 0 | 0 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 2 |
| Pentagon Force Protection Agency | 2 | 1 | 0 | 6 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 10 |
| Department of Education, U.S. | 52 | 2 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 55 |
| Department of Energy, U.S. | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 |
| Department of Health and Human Services, U.S. | 1,065 | 25 | 0 | 0 | 17 | 3 | 0 | 0 | 0 | 0 | 68 | 1,178 |
| **Department of Homeland Security** | | | | | | | | | | | | |
| Coast Guard, U.S. | 45 | 3 | 0 | 161 | 0 | 1 | 28 | 0 | 1 | 4 | 0 | 243 |
| Customs and Border Protection, U.S. | 0 | 0 | 0 | 0 | 0 | 1,860,606 | 0 | 0 | 0 | 0 | 0 | 1,860,606 |
| Immigration and Customs Enforcement, U.S. | 0 | 0 | 0 | 0 | 0 | 8,977,512 | 0 | 0 | 0 | 0 | 0 | 8,977,512 |
| Secret Service, U.S. | 4 | 0 | 0 | 269 | 723 | 0 | 0 | 0 | 1 | 1 | 1 | 999 |
| Department of Housing and Urban Development, U.S. | 89 | 28 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 117 |
| Department of Interior, U.S. | 2 | 1 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 4 |
| **Department of Justice** | | | | | | | | | | | | |
| Bureau of Alcohol, Tobacco, Firearms and Explosives, U.S. | 49 | 8 | 0 | 80 | 104 | 58 | 1 | 0 | 3 | 40 | 3 | 346 |
| Department of Justice, U.S. | 1 | 0 | 0 | 0 | 0 | 4 | 0 | 0 | 0 | 2 | 0 | 7 |
| Drug Enforcement Administration, U.S. | 0 | 0 | 0 | 0 | 0 | 108 | 0 | 0 | 0 | 0 | 0 | 108 |
| Federal Bureau of Investigation, U.S. | 11,731 | 4,101 | 4 | 2,272 | 1,624 | 9,016 | 41 | 0 | 493 | 48,038 | 17,993 | 95,313 |
| Federal Prosecuting Attorneys | 1,411,210 | 52,381 | 0 | 239 | 1,105 | 44,626 | 0 | 0 | 0 | 162 | 0 | 1,509,723 |
| Department of Labor, U.S. | 14 | 27 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 41 |
| Department of State, U.S. | 1 | 0 | 0 | 0 | 8 | 18 | 0 | 56,456 | 0 | 0 | 0 | 56,483 |
| Department of Transportation, U.S. | 1 | 0 | 0 | 0 | 2 | 2 | 0 | 0 | 0 | 0 | 0 | 5 |
| Department of the Treasury, U.S. | 3 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 4 |
| **District of Columbia** | | | | | | | | | | | | |
| Court Services & Offender Supervision Agency for the D.C., U.S. | 0 | 0 | 0 | 1,537 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1,537 |
| District of Columbia | 1 | 0 | 0 | 0 | 1,691 | 0 | 3 | 0 | 0 | 0 | 0 | 1,695 |
| Export-Import Bank of the U.S. | 4 | 0 | 0 | 0 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 6 |
| Federal Deposit Insurance Corporation | 67 | 22 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 89 |
| Federal Housing Finance Agency | 371 | 165 | 6 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 542 |
| General Services Administration | 47 | 9 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 56 |
| Internal Revenue Service | 56,549 | 0 | 0 | 0 | 0 | 7 | 0 | 0 | 0 | 0 | 0 | 56,556 |
| Postal Service, U.S. | 1,158 | 979 | 2 | 0 | 0 | 7 | 0 | 0 | 0 | 0 | 10 | 2,156 |
| Railroad Retirement Board, U.S. | 102 | 1 | 0 | 0 | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 106 |
| Small Business Administration | 4 | 10 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 14 |
| Social Security Administration, U.S. | 486 | 46 | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 18 | 552 |
| Veterans Affairs Department, U.S. | 0 | 0 | 0 | 0 | 260,219 | 0 | 0 | 0 | 0 | 0 | 16 | 260,235 |
| Totals | 1,518,685 | 58,537 | 77 | 27,196 | 265,581 | 10,891,974 | 19,132 | 56,456 | 509 | 49,989 | 18,119 | 12,906,255 |

| Others | Felony | Under Indictment/Information | Fugitive from Justice | Unlawful User/Addicted to a Controlled Substance | Adjudicated Mental Health | Illegal/Unlawful Alien | Dishonorable Discharge | Renounced U.S. Citizenship | Protection/Restraining Order for Domestic Violence | Misdemeanor Crime of Domestic Violence | State Prohibitor or Court-Ordered Firearm Restriction | Totals |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Active Records in the NICS Indices — As of December 31, 2021** | | | | | | | | | | | | |
| American Indian or Alaska Native Tribe | 35 | 0 | 0 | 0 | 13 | 0 | 0 | 0 | 35 | 175 | 43 | 301 |
| District Court, U.S. | 0 | 0 | 0 | 0 | 25 | 0 | 0 | 0 | 0 | 0 | 0 | 25 |
| Pretrial Services for the D.C., U.S. | 0 | 0 | 0 | 111 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 111 |
| Totals | 35 | 0 | 0 | 111 | 38 | 0 | 0 | 0 | 35 | 175 | 43 | 437 |

| Total Records | Felony | Under Indictment/Information | Fugitive from Justice | Unlawful User/Addicted to a Controlled Substance | Adjudicated Mental Health | Illegal/Unlawful Alien | Dishonorable Discharge | Renounced U.S. Citizenship | Protection/Restraining Order for Domestic Violence | Misdemeanor Crime of Domestic Violence | State Prohibitor or Court-Ordered Firearm Restriction | Totals |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Active Records in the NICS Indices — As of December 31, 2021** | | | | | | | | | | | | |
| State/Territory | 3,343,519 | 155,980 | 171 | 31,601 | 6,510,463 | 253 | 119 | 31 | 72,875 | 187,836 | 2,220,419 | 12,523,267 |
| Federal Agencies | 1,518,685 | 58,537 | 77 | 27,196 | 265,581 | 10,891,974 | 19,132 | 56,456 | 509 | 49,989 | 18,119 | 12,906,255 |
| Others | 35 | 0 | 0 | 111 | 38 | 0 | 0 | 0 | 35 | 175 | 43 | 437 |
| Grand Totals | 4,862,239 | 214,517 | 248 | 58,908 | 6,776,082 | 10,892,227 | 19,251 | 56,487 | 73,419 | 238,000 | 2,238,581 | 25,429,959 |

<u>Active Records in the NICS Indices as of December 31, 2021</u>

The Brady Handgun Violence Prevention Act of 1993, Public Law 103-159, requires federal firearms licensees to request background checks on prospective firearm transferees. In 1998, the FBI established NICS to process these background checks. NICS queries three national databases for possible matches when conducting a NICS check. These databases are: (1) NCIC which contains records of wanted persons, subjects of protection orders, and others who pose a threat to officer and public safety; (2) III, which provides access to criminal history records; and (3) the NICS Indices, which contains information on prohibited persons as defined by Title 18, United States Code (U.S.C.), Section 922(g) or (n) or state law. The NICS Indices contains information provided by federal, state, local, and tribal agencies. If the information is available in NCIC or III, entry into NICS Indices is not always necessary. Therefore, certain categories within the NICS Indices may show minimal or no participation by a federal agency or a state.

In March 2018, Congress passed the Fix NICS Act (the Act), Pub. L. 115-141, tit. VI, which aims to improve NICS by imposing two primary requirements with regard to making records available. First, the Act requires federal departments and agencies to submit semi-annual certifications to the Attorney General indicating whether the agency is in compliance with NICS record submission requirements. Second, the federal departments and agencies and the state governments were requested to establish four-year implementation plans, which are meant "to ensure maximum coordination and automated reporting or making available of records to the Attorney General, and the verification of the accuracy of those records." The plans must include annual benchmarks for a number of metrics. The basics of the implementation plans included reporting or making appropriate records available to NICS, identifying any gaps in record reporting, and verifying the accuracy of relevant records over the four-year period.

Federal departments and agencies are expected to make all records available, which are used in background checks performed by NICS, and are relevant to the determination of whether a person is disqualified from possessing or receiving a firearm under 18 U.S.C. § 922(g) or (n). This can be accomplished through adding information to NCIC, III, or the NICS Indices. For state governments, making information available to the NICS Indices remain optional.

The categories in the NICS Indices mirror the prohibitions under 18 U.S.C. § 922(g) and (n) and include state prohibitions. It is critical to note that the NICS Indices is ever-changing. Contributors add, cancel, and modify NICS Indices entries with frequency. In addition, certain prohibitive categories contain an expiration date, which could necessitate the related information's removal from the NICS Indices. Each contributor to the NICS Indices is responsible for the accuracy and validity of its own NICS Indices entries. It is important to note, not all federal agencies possess relevant records pursuant to the Act. Therefore, some federal agencies may have no submissions to the NICS Indices.

The following describes the cases in which an individual would be prohibited from possessing or receiving a firearm based on information contained in the NICS Indices:

**Felony**—Persons who have been convicted in any court of a crime punishable by imprisonment for a term exceeding one year; or any state offense classified by the laws of the state as a misdemeanor and

is punishable by imprisonment for a term exceeding two years should be submitted to III to update the identity history summary with the disposition or the level of conviction.  In the event fingerprints are not captured at the time of arrest, entry into the NICS Indices is an alternative.  If the arrest includes the submission of fingerprints, this information should be contained in III; therefore, there may be a low number or no entries in this category.  The Department of Justice (DOJ) is undertaking the administrative burden for federal agencies by submitting convictions processed/prosecuted at the federal level to the NICS Indices.

**Under Indictment/Information—**Persons under indictment or information for a crime punishable by imprisonment for a term exceeding one year may be found in III or entered into the NICS Indices.  However, information regarding individuals under indictment or information is not often found in III.  Therefore, the NICS Indices is an alternative.  Although this is a prohibitor, some states may have limited resources to make and maintain NICS Indices entries for this temporary prohibition.  The DOJ is undertaking the administrative burden for federal agencies by submitting indictments and informations processed/prosecuted to the NICS Indices.

**Fugitive from Justice—**The 18 U.S.C. § 922 (g)(2) prohibition refers to persons who are fugitives from justice and includes active misdemeanor or felony criminal warrants.  All warrants should be entered into NCIC, but when NCIC requirements are not met, and a wanted person has met the fugitive from justice criteria, entry into the NICS Indices is an alternative.  Therefore, there may be a low number or no entries in this category.  The DOJ is undertaking the administrative burden for federal agencies by submitting felony warrants processed to the NICS Indices.

**Unlawful User/Addicted to a Controlled Substance—**Persons who are unlawful users of or addicted to any controlled substance are potential candidates for the NICS Indices.  This prohibitor may be found in III when there is a qualifying conviction.  For controlled substance charges without a qualifying conviction, it must be established that the substance was a controlled substance (positive drug test or self-admitted use).  This information (such as an incident/arrest report showing drug test results) often not found within III, may necessitate an entry into the NICS Indices.  Since this is a temporary prohibition (one year), an expiration date is required to be established in the NICS Indices.

**Adjudicated Mental Health—**Information on persons adjudicated as a mental defective or involuntarily committed to a mental institution for treatment may be entered into the NICS Indices.  Criminal cases with "not guilty by reason of insanity" qualify for entry into III.  If this information is not made available on III, entry into the NICS Indices is an alternative.  Civil cases would not be available on III and would qualify for entry into the NICS Indices.  Documents relevant to this prohibitor include judgment and commitment orders, sentencing orders, and court agency records of adjudications of the individual's inability to manage his or her own affairs if such adjudication is based on marked subnormal intelligence or mental illness, incompetency, condition, or disease.  Medical records containing mental health information are not required for this prohibitor.

**Illegal/Unlawful Alien—**Illegal and Unlawful Alien entries into the NICS Indices are typically made by ICE.  Therefore, entry by other federal agencies or the states would be minimal to nonexistent in this category, unless additional information was discovered during research.

**Dishonorable Discharge—**Dishonorable discharge is a military disqualification and is either found on III or typically entered into the NICS Indices by the DoD or the appropriate branch of the military. Therefore, entry by other federal agencies or the states would be minimal to nonexistent in this category, unless additional information was discovered during research.

**Renounced U.S. Citizenship—**Renounced citizenship submissions into the NICS Indices are typically made by the DOS. Therefore, entry by other federal agencies or the states would be minimal to nonexistent in this category.

**Protection/Restraining Order for Domestic Violence—**Protection or restraining order information is to be entered into NCIC; however, if all NCIC requirements are unable to be met, entry into the NICS Indices is an alternative and may include an expiration date. If a state submits Protection/Restraining Order information to NCIC, the NICS Indices entry is not necessary; therefore, there may be a low number or no entries in this category.

**MCDV—**In order to determine the prohibition for MCDV, the convicting statute, subsection, and qualifying relationship of the individual to the victim are required. This information may be posted to III. When the information is unable to be posted to III, entry into the NICS Indices is an alternative. If an agency posts the final disposition and relationship information to III, there may be a low number or no entries in the NICS Indices category. However, if it is difficult to post this information (especially the relationship) to III, the NICS Indices is an alternative, which in turn may increase the number of entries in this category.

**State Prohibitor or Court-Ordered Firearm Restriction—**These prohibitors include individuals who are prohibited based on state law or court-ordered firearm restriction only. This category is unique to each state/territory and dependent upon state law.