10/29/22, 4:00 PM
Case 1:22-cv-01134-BKS-DJS   Document 16-5   Filed 11/09/22   Page 1 of 6
Awards : Listing of Funded Projects | Bureau of Justice Statistics



🇺🇸 An official website of the United States government, Department of Justice.

> Here's how you know

# Awards: Listing of Funded Projects

## Find Fiscal Year 2020 Awards 🔗

The data presented on this page is updated through September 23, 2020. On October 15, 2020 the Office of Justice Programs (OJP) transitioned to the Justice Grants System (JustGrants) for all grants management activities.

As part of accomplishing its mission, the Bureau of Justice Statistics funds programs for criminal justice statistics, assistance to state, local, and tribal governments, and the Intergovernmental Personnel Act (IPA) Mobility Program.

## Finding Grant Awards 🔗

Use the search filters to narrow your search by fiscal year, keyword search, awardee, city or state, and more.

**Looking for awards for a specific solicitation?** Enter the solicitation title in the keywords filter or visit the Expired Funding page to see a list of past funding opportunities.

## Awards Listing 🔗

## Showing Results For:

**Awardee Name:** NYS DIVISION OF CRIMINAL JUSTICE SERVICES

**Number of Awards:** 10
**Total Amount Awarded:** $19,474,822

---

### Use Search Filters

---

| Funded Awards |
|---|
| FY |
| Title |
| Original Solicitation |
| Recipient |
| State |
| Award Number |
| Amount |
| Status |

2020

**FFY 2020 New York State NCHIP Livescan Project**

NYS DIVISION OF CRIMINAL JUSTICE SERVICES

NY

2020-RU-BX-K008

$1,700,000

Open

2019

**2018 New York State Justice Statistics Program**

10/29/22, 4:00 PM
Case 1:22-cv-01134-BKS-DJS Document 16-5 Filed 11/09/22 Page 3 of 6
Awards: Listing of Funded Projects | Bureau of Justice Statistics

State Justice Statistics Program for Statistical Analysis Centers, 2018

NYS DIVISION OF CRIMINAL JUSTICE SERVICES

NY

2018-86-CX-K008

$33,276

Past Project Period End Date

---

2019

**FY 2019 New York State National Criminal History Improvement Program**

FY 2019 National Criminal History Improvement Program (NCHIP)

NYS DIVISION OF CRIMINAL JUSTICE SERVICES

NY

2019-RU-BX-K028

$4,064,604

Open

---

2019

**FY 2019 New York State NICS Act Record Improvement Program**

FY 2019 NICS Act Record Improvement Program (NARIP)

NYS DIVISION OF CRIMINAL JUSTICE SERVICES

NY

2019-NS-BX-K018

$1,458,904

Open

---

2019

**New York SAC: Pretrial Outcome Project**

State Justice Statistics Program for Statistical Analysis Centers, 2019

NYS DIVISION OF CRIMINAL JUSTICE SERVICES

NY

2019-86-CX-K007

$202,904

Open

2019

**New York State's FY 2018 NICS Act Record Improvement Program (NARIP)**

FY 2018 NICS Act Record Improvement Program (NARIP)

NYS DIVISION OF CRIMINAL JUSTICE SERVICES

NY

2018-NS-BX-K008

$6,307,342

Open

2019

**NYS Criminal History Record Improvement Program**

FY 2017 National Criminal History Improvement Program (NCHIP)

NYS DIVISION OF CRIMINAL JUSTICE SERVICES

NY

2017-RU-BX-K006

$644,912

Past Project Period End Date

2017

**FY 2017 NICS Act Record Improvement Program (NARIP)**

10/29/22, 4:00 PM
Case 1:22-cv-01134-BKS-DJS   Document 16-5   Filed 11/09/22   Page 5 of 6
Awards: List of Funded Projects | Bureau of Justice Statistics

FY 2017 NICS Act Record Improvement Program (NARIP)

NYS DIVISION OF CRIMINAL JUSTICE SERVICES

NY

2017-NS-BX-K004

$1,655,375

Past Project Period End Date

---

2016

**Court Administration and State Repository Criminal History Record Improvement and Improving Data Quality and Reporting Compliance for Mental Health Record Submissions to NICS**

FY 2016 NICS Act Record Improvement Program (NARIP)

NYS DIVISION OF CRIMINAL JUSTICE SERVICES

NY

2016-NS-BX-K014

$2,481,605

Past Project Period End Date

---

2015

**Converting New York State Incident Based Reporting (NYSIBR) to NIBRS Compliance**

BJS FY 15 2015 National Crime Statistics Exchange (NCS-X) Implementation Assistance Program: Phase 1 Support for State Programs

NYS DIVISION OF CRIMINAL JUSTICE SERVICES

NY

2015-VF-GX-K047

$925,900

Closed

