**BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES**

Date: December 10, 2021

Report of Active Firearms Licenses - License Type by State Statistics

Page: 1 of 2

| State | PA | 01 | 02 | 03 | 06 | 07 | 08 | 09 | 10 | 11 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| AK | 17 | 495 | 27 | 170 | 19 | 108 | 7 | 2 | 1 | 0 | **829** |
| AL | 18 | 869 | 240 | 681 | 40 | 286 | 31 | 3 | 16 | 9 | **2,175** |
| AR | 12 | 843 | 319 | 350 | 51 | 286 | 16 | 4 | 14 | 2 | **1,885** |
| AZ | 56 | 1,294 | 164 | 1,003 | 73 | 971 | 71 | 6 | 34 | 22 | **3,638** |
| CA | 131 | 1,817 | 90 | 6,486 | 78 | 559 | 103 | 9 | 16 | 9 | **9,167** |
| CO | 46 | 1,472 | 172 | 797 | 51 | 523 | 43 | 1 | 7 | 4 | **3,070** |
| CT | 19 | 412 | 16 | 1,114 | 11 | 189 | 27 | 1 | 5 | 2 | **1,777** |
| DC | 0 | 5 | 0 | 27 | 0 | 0 | 0 | 0 | 0 | 1 | **33** |
| DE | 5 | 126 | 5 | 171 | 5 | 11 | 2 | 3 | 0 | 0 | **323** |
| FL | 175 | 2,235 | 594 | 3,067 | 98 | 1,052 | 204 | 16 | 50 | 44 | **7,360** |
| GA | 57 | 1,358 | 480 | 1,123 | 73 | 542 | 47 | 3 | 11 | 8 | **3,645** |
| GU | 1 | 15 | 0 | 0 | 1 | 0 | 2 | 0 | 0 | 0 | **18** |
| HI | 4 | 95 | 0 | 120 | 1 | 14 | 1 | 0 | 0 | 0 | **231** |
| IA | 37 | 1,196 | 53 | 516 | 42 | 207 | 15 | 1 | 2 | 2 | **2,034** |
| ID | 43 | 721 | 119 | 307 | 46 | 373 | 21 | 1 | 4 | 2 | **1,594** |
| IL | 37 | 1,285 | 49 | 2,671 | 53 | 254 | 37 | 4 | 11 | 6 | **4,370** |
| IN | 62 | 1,286 | 89 | 1,014 | 40 | 283 | 21 | 2 | 6 | 3 | **2,744** |
| KS | 23 | 952 | 88 | 469 | 44 | 237 | 15 | 2 | 3 | 4 | **1,814** |
| KY | 34 | 1,062 | 288 | 590 | 27 | 233 | 18 | 3 | 7 | 5 | **2,233** |
| LA | 21 | 934 | 170 | 503 | 38 | 245 | 16 | 2 | 1 | 2 | **1,911** |
| MA | 21 | 326 | 0 | 3,314 | 10 | 268 | 14 | 1 | 10 | 4 | **3,947** |
| MD | 50 | 519 | 31 | 2,107 | 13 | 161 | 20 | 4 | 12 | 9 | **2,876** |
| ME | 6 | 426 | 49 | 304 | 15 | 110 | 7 | 0 | 5 | 3 | **919** |
| MI | 62 | 1,913 | 70 | 1,360 | 79 | 421 | 45 | 1 | 16 | 10 | **3,915** |
| MN | 43 | 1,276 | 82 | 742 | 22 | 255 | 20 | 1 | 7 | 8 | **2,413** |
| MO | 37 | 1,794 | 260 | 1,582 | 69 | 386 | 39 | 0 | 16 | 10 | **4,156** |
| MP | 1 | 4 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | **5** |
| MS | 21 | 713 | 178 | 336 | 32 | 180 | 8 | 0 | 8 | 5 | **1,460** |
| MT | 28 | 830 | 96 | 251 | 52 | 233 | 29 | 1 | 6 | 0 | **1,498** |
| NC | 69 | 1,839 | 381 | 1,598 | 64 | 655 | 45 | 6 | 12 | 3 | **4,603** |
| ND | 11 | 458 | 21 | 160 | 10 | 53 | 9 | 0 | 0 | 0 | **711** |
| NE | 22 | 643 | 44 | 284 | 29 | 98 | 6 | 0 | 1 | 0 | **1,105** |
| NH | 12 | 373 | 7 | 585 | 18 | 174 | 22 | 0 | 8 | 5 | **1,192** |
| NJ | 21 | 307 | 0 | 111 | 13 | 29 | 13 | 1 | 3 | 1 | **478** |

# BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES
## Report of Active Firearms Licenses - License Type by State Statistics

Date: December 10, 2021

Page: 2 of 2

| State | PA | 01 | 02 | 03 | 06 | 07 | 08 | 09 | 10 | 11 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| NM | 22 | 486 | 58 | 272 | 22 | 185 | 10 | 0 | 7 | 2 | **1,042** |
| NV | 35 | 409 | 70 | 529 | 12 | 270 | 38 | 3 | 12 | 8 | **1,351** |
| NY | 54 | 1,782 | 9 | 1,691 | 45 | 329 | 31 | 2 | 8 | 3 | **3,900** |
| OH | 36 | 2,054 | 167 | 1,520 | 77 | 670 | 45 | 2 | 11 | 2 | **4,548** |
| OK | 32 | 1,086 | 232 | 439 | 52 | 410 | 16 | 1 | 3 | 1 | **2,240** |
| OR | 48 | 1,194 | 67 | 616 | 42 | 238 | 11 | 2 | 3 | 1 | **2,174** |
| PA | 60 | 2,489 | 1 | 2,988 | 105 | 562 | 72 | 9 | 26 | 15 | **6,267** |
| PR | 2 | 43 | 0 | 21 | 2 | 13 | 8 | 1 | 0 | 0 | **88** |
| RI | 4 | 73 | 2 | 462 | 4 | 24 | 5 | 0 | 0 | 0 | **570** |
| SC | 43 | 896 | 153 | 782 | 33 | 321 | 31 | 0 | 5 | 7 | **2,228** |
| SD | 13 | 474 | 38 | 153 | 16 | 97 | 6 | 0 | 2 | 0 | **786** |
| TN | 44 | 1,168 | 238 | 1,270 | 42 | 388 | 42 | 2 | 16 | 3 | **3,169** |
| TX | 262 | 4,967 | 1,047 | 2,693 | 224 | 2,107 | 196 | 9 | 40 | 17 | **11,300** |
| UT | 39 | 677 | 90 | 278 | 47 | 488 | 42 | 8 | 11 | 6 | **1,647** |
| VA | 84 | 1,422 | 167 | 1,940 | 43 | 431 | 61 | 16 | 15 | 23 | **4,118** |
| VI | 0 | 11 | 0 | 1 | 0 | 2 | 1 | 0 | 0 | 0 | **15** |
| VT | 2 | 286 | 1 | 161 | 3 | 87 | 9 | 0 | 1 | 3 | **551** |
| WA | 96 | 911 | 139 | 1,779 | 25 | 379 | 39 | 3 | 3 | 3 | **3,281** |
| WI | 55 | 1,358 | 41 | 1,024 | 61 | 319 | 11 | 4 | 7 | 4 | **2,829** |
| WV | 18 | 681 | 186 | 335 | 23 | 126 | 15 | 1 | 3 | 4 | **1,374** |
| WY | 23 | 527 | 36 | 148 | 24 | 157 | 10 | 1 | 4 | 2 | **909** |
| **Total** | **2,174** | **52,887** | **6,924** | **53,015** | **2,119** | **17,000** | **1,673** | **142** | **469** | **287** | **134,516** |

Note: "PA"(Pending Application) column counts are for informational purposes only and are NOT included in the report "TOTAL" column.