**Legal Citations:** 18 U.S.C. 922(a)(1), 922(a)(3), 922(a)(5), 922(b)(3), 922(e), 922(f), 923(a), 923(g)(1)(A), 923(h), and 923(j); 27 CFR 478.50, 478.91, 478.99(a), 478.100, 478.102, 478.121, 478.122, 478.123, 478.124(c)(3)(iv), and 478.125(e).

## How to Contact Us

If you have any questions relating to your Gun Show responsibilities, please contact:

Bureau of Alcohol, Tobacco, Firearms and Explosives

Firearms Industry Programs Branch

    99 New York Avenue, NE

    Washington, DC 20226

    Telephone: (202) 648-7190

    Fax: (202) 648-9601

    fipb@atf.gov

To contact your local ATF office, go to: https://www.atf.gov/contact/atf-field-divisions

To report suspected illegal firearms activities, please call 1-800-ATF-GUNS (1-800-283-4867).

**Notice:** The contents of this document do not have the force and effect of law and are not meant to bind the public in any way. This document is intended only to provide clarity to the public regarding existing requirements under the law or Department policies.



PROTECTING THE PUBLIC
SERVING OUR NATION

U.S. Department of Justice
Bureau of Alcohol, Tobacco, Firearms and Explosives
Firearms Industry Programs Branch
99 New York Avenue, NE
Washington, DC 20226

www.atf.gov

ATF Information 5300.23A
Revised June 2021

U.S. Department of Justice
Bureau of Alcohol, Tobacco, Firearms and Explosives
*Enforcement Programs and Services*

# ATF
Important Notice to FFLs and Other Participants at Gun Shows



# GUN SHOW GUIDELINES

This notice applies to activities permitted at qualifying gun shows, as defined in Title 27, Code of Federal Regulations, Section 478.100. Federal firearms licensees ("FFLs" or "Dealers") may only sell firearms at gun shows within the State in which their licensed premises is located. Furthermore, all activities must be in compliance with Federal, State, and local laws/ordinances.

## FFLs Licensed Within the State

**Must** display license.

**Must** comply with all recordkeeping requirements of ATF regulations concerning acquisitions and dispositions of firearms, including the recording of the place of sale.

**May** dispose of handguns (pistol or revolver) to residents of the State only, provided that the purchaser is at least 21 years of age and all background check and recordkeeping requirements have been met.

**May** dispose of long guns (rifle or shotgun) to residents of any State, provided that the purchaser is at least 18 years of age, the laws of both States are complied with, and all background check and recordkeeping requirements have been met.

**May** dispose of frame, receiver, or firearm having a pistol grip that expels a shotgun shell to residents within the State only, provided that the purchaser is at least 21 years of age and all background check and recordkeeping requirements have been met.

**May** dispose of firearms to any FFL as long as all applicable recordkeeping requirements have been met.

**May** acquire firearms from any FFL licensed within the State and from any non-licensed individual, provided the laws within the States and all recordkeeping requirements have been met.

**May** take orders for any firearm from a non-licensee and ship the same to a licensee within the purchaser's State of residence from whom the purchaser can then take possession if all record- keeping requirements have been met.
**Note:** The licensee within the purchaser's State of residence must comply with all background check and recordkeeping requirements.

## FFLs Not Licensed Within the State

**Must** comply with all ATF recordkeeping requirements concerning the acquisition of firearms.

**May** acquire firearms from any FFL licensed within the State and from any non-licensed individual, provided all recordkeeping requirements are met.

**May** make a transfer of a firearm only when the firearm is a curio or relic and the transferee is an FFL licensed in any State, as long as there is compliance with the laws of both States, and all recordkeeping requirements are met.

**May** ship curio or relic firearms to any other FFL.

**May** display and take orders.

**Cannot** transfer a firearm to an unlicensed person.

## Non-Licensed Residents Within the State

**May** acquire long guns (rifle or shotgun), hand-guns (pistol or revolver), frames, receivers, or firearms having a pistol grip that expels a shotgun shell from FFLs licensed within the State, provided all age, background checks and recordkeeping requirements have been met.

**May** dispose of personal firearms to any FFL.

**May** acquire from and dispose of personal firearms to non-licensed residents of the State. However, non-licensed individuals may not be engaged in the business of dealing in firearms without a Federal firearms license.

**Cannot** acquire from or dispose of firearms to non-licensed residents of any other State.

**Cannot** ship in interstate commerce, except to themselves or an FFL, a firearm that has otherwise been lawfully acquired; must, when shipping to themselves, declare the firearm to the commercial or contract carrier.
**Note:** Carriers may have additional requirements.

## Non-Licensed Residents from Another State

**May** dispose of personal firearms to any FFL.

**May** acquire long guns (rifle or shotgun) only from FFLs licensed within the State, provided the laws of both States are complied with, and all age, background checks, and recordkeeping requirements have been met.

**May** order firearms from any FFL and have them shipped to an FFL in their State of residence in accordance with State and Federal law.
**Note:** Carriers may have additional requirements.

**Cannot** acquire handguns (pistol or revolver).

**Cannot** acquire frames, receivers, or firearms having a pistol grip that expel a shotgun shell.

**Cannot** acquire from or dispose of firearms to non-licensed individuals.