

Resolution
Board of Supervisors
County of Columbia
New York

## Resolution No. 396-2022

Sponsored by Supervisor _Jann Dyy_

A RESOLUTION OPPOSING THE RECENTLY ENACTED NYS SENATE BILL S.51001 & NYS ASSEMBLY BILL A.41001 REGULATING LEGALLY AUTHORIZED CONCEALED CARRY GUN PERMITS AND BANNING CONCEALED CARRY IN PUBLIC AS BEING AN UNCONSTITUTIONAL ATTACK UPON THE RIGHTS OF LAW ABIDING CITIZENS

UPON, recommendation of the Finance Committee at a special meeting held on the 14th day of September, 2022;

WHEREAS, the New York State Legislature recently enacted Senate Bill S.51001 and Assembly Bill A.41001, which among other things, makes obtaining and retaining a concealed carry gun permit an overly involved lengthy burdensome process, requiring citizens to divulge their social media accounts; and

WHEREAS, among the most onerous of its provisions, is it makes it a felony for any individual who has a valid concealed carry permit to bring a handgun into ANY New York State Park, house of worship and restaurants, where residents, businesses and municipalities operate, live, work, socialize, worship and pay taxes; and

WHEREAS, this legislation is the result of a knee-jerk, unvetted and political reaction to the recent Supreme Court decision, *New York State Rifle and Pistol Association, Inc., v. Bruen,* and was surreptitiously rushed through the legislature without public discussion, input, or knowledge; and

WHEREAS, the Columbia County Board of Supervisors (BOS) considers this law to be an unconstitutional infringement upon our Second Amendment right for law abiding citizen's right to bear arms and an overt infringement upon freedom and liberty in New York State, which is devoid of common sense and does nothing to deal with the problems of crime and illegal firearms; and

WHEREAS, the Columbia County BOS is strongly against and requests the repeal of the new gun control Legislation changes requiring both New York State citizens and various permit issuing agencies to navigate new regulations that are riddled with cumbersome, confusing, and redundant barriers of compliance, and that requires multiple processes of recertification that will lead to further confusion and create additional record sharing between agencies;

NOW, THEREFORE BE IT

RESOLVED, that the Columbia County Board of Supervisors opposes this new concealed carry law (S.51001/A.41001) and demands that the provision relative to the prohibition of concealed carry pistol permit holders be subject to a felony if brought into New York State Parks, houses of worship and restaurants be repealed; and be it further

RESOLVED, that the Columbia County BOS opposes the new concealed carry law's (S.51001/A.41001) remaining provisions as they are also unconstitutional and violate United States law as stated in *New York State Rifle and Pistol Association, Inc., v. Bruen,* and are a veiled and poor attempt to skirt Bruen falling woefully short of any rational constitutional basis; and be it

# Resolution No. 396-2022 (page2)

**RESOLVED**, that the Columbia County BOS calls upon all other municipalities within the State of New York, and the American Civil Liberties Union, the American Center for Law and Justice, and any and all advocates who claim to protect freedom and liberty in the United States, to immediately challenge this law in court as it is most clearly unconstitutional; and be it further

**RESOLVED,** that certified copies of this resolution be forwarded to the Columbia County Attorney and the Columbia County Treasurer, to New York State Governor Kathy Hochul, Senator Daphne Jordan, Assemblyman Christopher Tague, Assemblyman Jake Ashby, Assemblyperson Didi Barrett, the New York State Association of Counties and all others deemed necessary and proper.

Approved:

Robert J. Fitzsimmons, County Attorney

Resolution Committee

*STATE OF NEW YORK}*
*COUNTY OF COLUMBIA} ss:*

This is to certify that I, undersigned Clerk of the Board of Supervisors of the County of Columbia, have compared the foregoing resolution with the original resolution, now on file in the office of said clerk, and which was **adopted by said Board of Supervisors on the 14th day of September, 2022,** and that the same is true and correct transcript of such original resolution and of the whole thereof.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of said Board of Supervisors this 15th day of September, 2022.

Kelly S. Baccaro, Clerk of the Board

Date: 9/15/22

**Simple Majority Vote 2022**

Regular: _____
Special: _____
Resolution #: 396-2022

| Supervisor | S. Maj. | #AYE | #NAYE | #Abstain | #AYE | #NAYE | #Abstain | Town |
|---|---|---|---|---|---|---|---|---|
| Bassin | 91 | | | ✓ | 0 | 0 | 0 | Ancram |
| Weigelt | 331 | ✓ | | | 0 | 0 | 0 | Claverack |
| Ooms | 442 | ✓ | | | 0 | 0 | 0 | Kinderhook |
| Simmons | 301 | ✓ | | | 0 | 0 | 0 | Ghent |
| Staats | 114 | ✓ | | | 0 | 0 | 0 | Clermont |
| Adams | 98 | | | ✓ | 0 | 0 | 0 | Canaan |
| Mettler | 207 | | ✓ | | 0 | 0 | 0 | Copake |
| Collins | 233 | | ✓ | | 0 | 0 | 0 | Chatham |
| Reilly | 96 | | ✓ | | 0 | 0 | 0 | Gallatin |
| Eldridge | 236 | | ✓ | | 0 | 0 | 0 | Greenport |
| Helsley | 113 | ✓ | | | 0 | 0 | 0 | Germantown |
| Kersten | 112 | | | ✓ | 0 | 0 | 0 | Hillsdale |
| Lagonia | 95 | ✓ | | | 0 | 0 | 0 | Austerlitz |
| Cousin | 74 | | | ✓ | 0 | 0 | 0 | Hudson 1st |
| Miah | 74 | | | ✓ | 0 | 0 | 0 | Hudson 2nd |
| Chameides | 74 | | ✓ | | 0 | 0 | 0 | Hudson 3rd |
| Mussmann | 74 | | | ✓ | 0 | 0 | 0 | Hudson 4th |
| Scalera | 74 | | | ✓ | 0 | 0 | 0 | Hudson 5th |
| Guzzi | 208 | ✓ | | | 0 | 0 | 0 | Livingston |
| Houghtling | 134 | | | ✓ | 0 | 0 | 0 | New Lebanon |
| Murell | 162 | ✓ | | | 0 | 0 | 0 | Stockport |
| Knott | 117 | ✓ | | | 0 | 0 | 0 | Stuyvesant |
| Skoda | 75 | ✓ | | | 0 | 0 | 0 | Taghkanic |
| **Total** | **3535** | 1958 | 846 | 731 | **0** | **0** | **0** | |

Simple Majority 1958
1768 Adoption/Quorum

Kelly S Baccaro
Clerk of the Board