## APPENDIX B - JEFFERSON COUNTY, NY FIREARM PERMIT PACKET
### FIREARMS INSTRUCTORS

The Jefferson County Sheriff's Office does not endorse, suggest, promote, or advise on any specific instructor. It is the responsibility of the applicant to determine the qualifications of any specific "Duly Authorized Instructor." The list provided below is for your convenience. *If you receive your training from an instructor not listed here, please provide a copy of their certification which should be issued by one of the defined authorities listed below as well as the instructors name, address, phone number, and email.* There may be delays in processing your application to confirm the validity of your instructor and their curriculum if they are not listed here. This list will be updated regularly upon confirmation of additional certified instructors and their materials. Your safety course certification is valid for five years.

**NYS Penal Law 400.00(19) states:** Prior to the issuance or renewal of a license under paragraph (f) of subdivision two of this section, issued or renewed on or after the effective date of this subdivision, an applicant shall complete an in-person live firearms safety course conducted by a duly authorized instructor with curriculum approved by the division of criminal justice services and the superintendent of state police, and meeting the following requirements: (a) a minimum of sixteen hours of in-person live curriculum approved by the division of criminal justice services and the superintendent of state police, conducted by a duly authorized instructor approved by the division of criminal justice services, and shall include but not be limited to the following topics: (i) general firearm safety; (ii) safe storage requirements and general secure storage best practices; (iii) state and federal gun laws; (iv) situational awareness; (v) conflict de-escalation; (vi) best practices when encountering law enforcement; (vii) the statutorily defined sensitive places in subdivision two of section 265.01-e of this chapter and the restrictions on possession on restricted places under section 265.01-d of this chapter; (viii) conflict management; (ix) use of deadly force; (x) suicide prevention; and (xi) the basic principles of marksmanship; and (b) a minimum of two hours of a live-fire range training course. The applicant shall be required to demonstrate proficiency by scoring a minimum of eighty percent correct answers on a written test for the curriculum under paragraph (a) of this subdivision and the proficiency level determined by the rules and regulations promulgated by the division of criminal justice serves and the superintendent of state police for the live-fire range training under paragraph (b) of this subdivision. Upon demonstration of such proficiency, a certificate of completion shall be issued to such applicant in the applicant's name and endorsed and affirmed under the penalties of perjury by such duly authorized instructor. An applicant required to complete the training required herein prior to renewal of a license issued prior to the effective date of this subdivision shall only be required to complete such training for the first renewal of such license after such effective date.

**\*\*NYS Penal Law 265.00(19) defines a Duly Authorized Instructor as:** (a) a duly commissioned officer of the United States army, navy, marine corps or coast guard, or of the national guard of the state of New York; or (b) a duly qualified adult citizen of the United States who has been granted a certificate as an instructor in small arms practice issued by the United States army, navy or marine corps, or by the adjutant general of this state, or by the national rifle association of America, a not-for-profit corporation duly organized under the laws of this states; (c) by a person duly qualified and designated by the department of environmental conservation under paragraph c of subdivision three of section 11-0713 of the environmental conservation law as its agent in the giving of instruction and the making of certifications of qualification in responsible hunting practices; or (d) a New York state 4-H certified shooting sports instructor. *\*\*Effective until July 15, 2023*

| Instructor's Name | Phone Number | Email/Website | Authorized Certification |
|---|---|---|---|
| Lisa Clemons | 315-796-4640 | ladyinstructorcny@yahoo.com | NRA Certified |
| David Colburn | 315-751-5559 | dcolburn@shootershaven.com | NRA Certified |
| David Jenkins | 585-406-6758 | info@safeinrochester.com<br>www.safeinrochester.com | NRA Certified |
| Bryan Leonard | 315-559-1081 | bryan@cnypistolclass.com<br>www.cnypistolclass.com | NRA Certified |
| Patrick Morse | 315-376-2820 | patrick@no4tactical.com | NRA Certified |
| Chris Zarkovich | 716-275-9988 | chris@ftwny.com | NRA Certified |