# Pistol License Unit

**Due to the timeline in the approval process (i.e. application submittal, investigator review & judge/licensing officer review for approval/denial), effective immediately if you apply for a Firearms license and want a "Carry Concealed" License you are required to have completed a NYS DCJS Minimum Standards 18 hour Concealed Carry Firearm Safety Training course otherwise your application will be reviewed for a "Possess on Premise" License.**

**For applications approved/issued a "Possess on Premise" License on September 1, 2022 or later, the individual would be required to take the NYS DCJS Minimum Standards 18 hour Concealed Carry Firearm Safety Training course and once completed can write to the judge/licensing officer to request an upgrade to a "Carry Concealed" License providing the course certificate, etc.**

**The current 4 hour course is still required for consideration of all license applications at this time.**

**Informational Links:**

**Firearm Storage Warning Effective 9/2022**

**Carry Concealed Restricted Locations Effective 9/2022**

**Carry Concealed Sensitive Locations Effective 9/2022**

**Visit the New York State Police website for additional information:**

**https://troopers.ny.gov/**

**PLEASE CHECK BACK FOR UPDATES.**

**The Pistol License Unit will only be open for prescheduled appointments; walk-in service is no longer available.**

The Pistol License Unit is responsible for maintaining pistol license files, issuing new NYS pistol licenses, processing license holder's amendments, process pistol license suspensions & revocations, conduct criminal investigation of pistol licensees when warranted and conduct deceased pistol licensee investigations.

Office Hours Monday – Friday 8:00 am to 3:30 pm.

**Appointments are required for the following:**

All Paper License (green paper) holders who have ANY transaction to complete will be issued a new plastic card via an appointment. (Duplicate License Processing – see below FAQs)

All blue overlay card holders who have ANY transaction to complete will be issued a new plastic card via an appointment. (Blue overlay plastic card with the NYS Seal, the following will be in blue "State of New York, County of Onondaga".) Call for appointment (315) 435 2037.

**New Applications** click here for scheduling

**New & Renewal Gunsmith/Dealer Applications** click here for scheduling

Out of County Transfer into Onondaga County Licensee issuance, (Please do not contact the Pistol License Unit, you will be contacted upon receipt of your file).

All Amendments will be processed via the USPS Mail, see FAQs for additional information.

For further inquiries, please email **PistolLicenseUnit@ongov.net**

- **Downloadable Forms**
  NYS Pistol License Application

Arrest Information Supplemental Form
Character Reference Supplemental Form
Character Reference Form
Handgun Safety Course Certified Instructor List
Rules and Regulations
New York State Firearms License Amendment Form
NYS Gunsmith – Dealer License Application

Safe Act  |  NYS  Pistol Permit Re-Certification

## FAQs

+ 1) Paper License holders – How to process ANY transaction

+ 2) Blue overlay plastic card holders - How to process ANY transaction

+ 3) How to process a NYS Firearms License Amendment to Acquire a Weapon.

+ 4) How to have Joint Use of a Weapon.

+ 5) How to process a NYS Firearms License Amendment to Dispose a Weapon.

+ 6) How to separate Joint Use of a Weapon.

+ 7) How to process a NYS Firearms License Amendment to do an Address Change within Onondaga County.

+ 8) How to Request a Pistol License "Upgrade".

+ 9) How to Transfer your License to another NYS County - Required when moving outside of Onondaga County.

+ 10) How to Replace a Lost or Stolen License.

+ 11) How to do a Private Sale of a Weapon between immediate family members.

+ 12) How to close out a deceased person's Pistol License file.

+ 13) How to Acquire a Weapon from a deceased immediate family member.

+ 14) How to Acquire a Weapon from a deceased other relationship than immediate family member.

+ 15) How to legally acquire a weapon (pistol and/or revolver) from a state other than NY.

+ 16) How to request an Exemption from Public Records.

+ 17) How to obtain a Semi-Automatic License for existing Pistol License Holders