# Onondaga County Sheriff's Office - Pistol License Unit

## Basic Handgun Safety Course Certified Instructors – Possess on Premise

| | |
|---|---|
| Central New York Police Academy (OCC) | (315) 498-6046 |
| Bennie Mc Donald (BMD Armed Security, Inc.) | (315) 459-1415 |
| Bryan Leonard | (315) 559-1081 |
| Clayton Holland | (315) 288-5300 |
| Corey Monroe | (315) 413-1427 |
| Daniel Cecile | (315) 521-7751 |
| Daniel Lebron Jr. | (315) 443-2224 or (315) 748-3006 |
| David Colburn (Shooters Haven) | (315) 751-5559 or (315) 780-0100 |
| John Drapikowski | (315) 727-7534 |
| John Bianco/Carol Polachek (Lions Pride) | (315) 303-8131 |
| Juan Morales | (607) 280-7143 |
| Kenneth Isyk | (315) 395-9545 |
| Kevin Dix | (315) 695-1209 or (315) 592-8724 |
| Laura Purdy | (315) 857-8465 |
| Matt Mallory (PS&Ed) | (315) 567-9268 |
| Pat Sacco (IPI) | (315) 453-3660 |
| Sara Sheerin | (315) 532-7964 |
| Warren Abbott | (315) 727-8347 |

## Carry Concealed Safety Course Certified Instructors *

| | |
|---|---|
| Bennie Mc Donald (BMD Armed Security, Inc.) | (315) 459-1415 |
| Bryan Leonard | (315) 559-1081 |
| David Colburn (Shooters Haven) | (315) 751-5559 or (315) 780-0100 |
| John Bianco/Carol Polachek (Lions Pride) | (315) 303-8131 |
| Kenneth Isyk | (315) 395-9545 |
| Matt Mallory (PS&Ed) | (315) 567-9268 |
| Pat Sacco (IPI) | (315) 453-3660 |

\*   Please note that Carry Concealed Course instructors may not accept the Basic Handgun Safety Certificate from another instructor/company, you will want to confirm this prior to taking a Carry Concealed Course.

\*\* Check the Onondaga County Sheriff's Office for the most current listing.\*\*
http://sheriff.ongov.net/pistol-license-unit/

10/24/2022