# Schenectady County Firearm License
# Application Instructions

**Handgun Permit Requirements**

Penal law §400.00 requires basic criteria to be established in order for a license to be issued, including but not limited to the following: The applicant must demonstrate:

- Good moral character, which shall mean having the essential character, temperament and judgment necessary to be entrusted with a weapon and to use it only in a manner that does not endanger oneself or others.
- Have no **felony convictions**, nor other **convictions of a serious offense** including, but not limited, to any conviction within five years for assault in the third degree, misdemeanor driving while intoxicated or menacing.
- Absence of any mental illness or confinement to any hospital/institution for mental illness. A mental Health Background check will be conducted by the Schenectady County Sheriff's Office. **WARNING: Failure to disclose your mental health history on your application may result in your application being DENIED.**

In addition, you must:

- Be 21 years of age or older. You may apply earlier if you have been honorably discharged from the United States Army, Navy, Marine Corps., Air Force or Coast Guard, or the NY National Guard.
- Have been a resident, principally employed, or have a principal and physical place of business within Schenectady County for at least six months before applying. **A Schenectady County mailing address does not make you a resident. Your home must be in Schenectady County.**

**Please read the instructions carefully, they will guide you through the entire process. Your application MUST be filled out in BLACK INK. Do not use white out. If your application is incomplete or illegible it can be rejected and will cause delays.**

**Printing the Application**: THREE original applications (PPB-3 Rev 08/22) must be printed <u>double sided</u>. To request more than four handguns be added to your permit, print THREE single sided copies of third page PPB-3A.

**Completing the Application**:

- The application must be completed in triplicate, starting with the Last Name line. DO NOT write above that line as those boxes are for office use only.
- It must be typewritten or neatly printed in BLACK INK; all signatures must be original.
- Answer all questions; do not leave any blanks.
- If you do not have a middle initial please indicate such by writing NMI (No Middle Initial) anywhere the middle initial is requested in the application and character references.
- Enter your physical home and business address – no PO boxes.
- Enter your height in feet and inches; enter your weight in pounds.
- **Identify the type of Pistol License (PREMISES-RESTRICTED OR CARRY CONCEALED-UNRESTRICTED) being applied for by the applicant.**
- List your four references and their addresses. Have all four references sign all three applications in the space provided.

- **Disclose ALL arrests and convictions of offenses, regardless of when or where the arrest occurred, including sealed criminal cases. You will need a certificate of disposition on each offense. You will be asked for additional information on each offense.**
- Answer all yes and no questions.
- **Provide a complete explanation for all arrests and convictions listed, and anything you answered "yes" to. Use separate paper if necessary.**
- Purchasing a pistol prior to submitting your application is NOT required. If you have purchased a pistol or are co-owning, complete the firearm information at the bottom of page 4 of form PPB-3 (Rev 08/22). The required firearm information (Manufacturer, Caliber, Serial Number, etc.) can be found on your receipt. Write the name of the dealer or name of co-registrant in "Property of" column. Please write LEGIBLY.
- You must submit three non-blurry, original passport-type photos measuring 2"x2". Photos must have been taken within 30 days, facing front, with a plain white background- NO hats or glasses.
- Photocopied images, poorly printed images, and selfies are NOT acceptable.
- Photos must be attached with GLUE, not staples.
- You must sign all three applications in the presence of a notary. Your notary must have you swear that the information is truthful, complete the full jurat, sign and provide notary information.
- **The sheriff's office will contact you when you are eligible to be fingerprinted. Keep your applications and supporting documents safe and <u>wait to be contacted.</u>** You will submit your applications and all supporting documentation when you are fingerprinted.

<u>**Required with your Application:**</u>

1. **A notarized letter to the Judge** with a full detailed explanation of your REASON(S) and PURPOSE(S) for requesting a pistol permit, specific information on how handguns will be stored and secured while not in use, a paragraph stating where you have been employed and where you have resided for the past five years, and include a daytime phone number.

2. **In a SEPARATE notarized letter to the judge** you must disclose:
   a. **ALL arrests, indictments, and convictions, INCLUDING dismissals, Youthful Offender Status and Adjournments in Contemplation of Dismissal, sealed criminal cases.**
   b. **Provide certificates of disposition and complete explanations of any and all arrests.**
   c. <u>**WARNING**</u>**: Failure to disclose your criminal history on your application, in your letter and/or to your character references may result in your application being DENIED. You must wait one year before reapplying and will have to submit all new paperwork and repay the fees.**

3. **RESTRICTED PISTOL PERMIT APPLICANTS (Premises/Employment)--An original safety course certificate** showing you have completed a Schenectady County approved handgun safety course within one year of the date of submission of your application to the Sheriff's Department.

4. **UNRESTRICTED CARRY CONCEALED APPLICANTS---**
   a. **An ORIGINAL SAFETY *AND* LIVE FIRE COURSE** showing you have completed a 16-hour in-person live firearms safety course conducted by a duly authorized instructor approved by the Division of Criminal Justice Services and the superintendent of state police, and a minimum of two hours of a live-fire range training course. (An applicant may be in possession of a pistol or revolver while undergoing live-fire range training supervised by a duly authorized instructor.)
   b. Supply the names and contact information for the applicant's current spouse, or domestic partner, any other adults residing in the applicant's home, including any adult children of the

applicant, and whether or not there are minors residing, full time or part time, in the applicant's home on page 2 of your application (form PPB-3 (Rev 08/22)).

c. Provide a list of former and current social media accounts of the applicant from the past three years on page 2 of your application (form PPB-3 (Rev 08/22)).

5. **CHARACTER REFERENCES ([Form](Form))**

- You must have four character references who have known you for at least one year.
- References must reside in New York State but are not limited to Schenectady County.
- Download the Character Reference form on the Schenectady County Clerk's website. Form must be on a single sheet, double sided (do not send a two page form).
- All four references must sign your three applications.
- **References must fill out their own forms.** In order for them to complete all questions you **must disclose all arrests, indictments, and convictions** regardless of when or where the arrest occurred. This includes arrests that did not result in conviction, including but not limited to dismissals, Youthful Offender Status and Adjournments in Contemplation of Dismissal.
- Their signature must be witnessed, not notarized.
- It is a blind reference – you MAY NOT see the reference, it cannot be submitted by you.
- While not required, it is suggested that your spouse be a reference as they will be directly impacted by the presence of a handgun in your home. If you do not have or live with a spouse, you may use one relative you currently live with as a reference.
- You may not use any other relatives or elected officials.
- You may have a law enforcement official be a character reference.
- References may be personally contacted as part of the investigation process.
- Your references will mail their own reference directly to the Sheriff's Office as instructed on the form.

**Fingerprinting**: The applicant MUST be fingerprinted at the Schenectady County Sheriff's Office. All references must be received before you can be fingerprinted. **YOU WILL BE NOTIFIED BY MAIL when** all four character references are received and you are eligible for fingerprinting.

Fingerprinting is done on Tuesdays and Wednesdays from 12:00 to 2:00 PM and Thursdays from 6:00 to 8:00 PM. Bring your applications, letters to the Judge, safety course certificate and any certificates of disposition.

**The fee for this service is $116.50** and may only be paid with a MONEY ORDER payable to Schenectady County. The Sheriff is not authorized to accept checks, credit cards, or cash. NO CHILDREN are allowed to accompany you while you are fingerprinted.

**What Happens Next**:

- You will receive written notification from the Sheriff's Department when your background check is complete. As the Sheriff's letter will state, "*the remainder of the process may take from 6 to 12 months. There is no further action required of you.*"
- **RESTRICTED PISTOL PERMIT APPLICANTS:** When the Judge completes his evaluation of your application, **YOU WILL BE NOTIFIED BY MAIL**. If approved, you will receive an appointment notice to come to the County Clerk's Office. At this appointment you will be issued your Restricted Permit and pay any appropriate fees.

- **UNRESTRICTED CARRY CONCEALED APPLICANTS MUST PERSONALLY MEET WITH THE JUDGE.** When the Judge completes his evaluation of your application, <u>**YOU WILL BE NOTIFIED BY MAIL**</u> of the **date and time** you will personally meet with the judge.
- After meeting with the judge, **APPROVED UNRESTRICTED CARRY CONCEALED APPLICANTS** will be mailed an appointment notice to come to the County Clerk's Office. At this appointment you will be issued your Unrestricted Permit and pay any appropriate fees.
- **There is a $10 fee due at the time of permit issuance.** If you are adding more than one handgun, there is an additional fee of $3.00 per handgun. Information on additional handguns must have been submitted with your original application – **any guns acquired after submitting your application will require an additional appointment.**
- Payment can be made by cash or personal check payable to the Schenectady County Clerk.