# Schenectady County Semi-Automatic Rifle Endorsement Instructions

Applicants **who possess a NYS Pistol Permit** and wish to apply for a semi-automatic rifle endorsement:

**BY EMAIL (Fastest Processing)**

1. Email [CountyClerk@schenectadycounty.com](mailto:CountyClerk@schenectadycounty.com) with your:
   a. Name
   b. Schenectady County Pistol Permit ID number
   c. Indicate that you would like to add the semi-automatic rifle endorsement (NO other changes or amendments can be made by email)
2. You will receive a response from County Clerk staff that your request has been received, and **we will notify you of the day/date** in which you can stop in. No appointment is required for these endorsements, you can arrive any time during the appropriate date. We will be processing amendments on a first come, first served basis.
3. Stop into the Clerk's Office at any time on the appropriate date to sign your amendment forms and receive a new permit indicating your endorsement.

**BY APPOINTMENT**

1. Call the Pistol Permit Desk at (518)388-4225 to schedule an appointment. If you have any additional changes to make to your permit, you MUST schedule an appointment to do so.

Applicants **who DO NOT possess a NYS Pistol Permit** and wish to apply for a semi-automatic rifle endorsement:

Please follow the "New Applicant Instructions" linked on the Schenectady County Pistol Permit page.