# **Pistol Permit Filing Instructions**

Please read these instructions in their entirety to avoid any confusion.
Effective January 12, 2009, pistol permits in Wayne County will be processed by appointment only. Applicants can call #315-946-5790 and Press #1 to reach the Pistol Permit Section and request an appointment time to start the process. Appointments will be scheduled between 10:00 am and 3:30 pm M-F. Applicants must be 21 years old to apply and also must reside in Wayne County for at least 6 months.

- When you come in for your appointment you will need to bring $118.25. We ONLY accept CASH.

- You will also need a valid NYS Driver's License/NYS Non-Driver ID with your Wayne County address underlined printed on the front of it.

The Pistol Permit personnel will fingerprint and photograph you at the time of your appointment. Your fingerprints will be processed electronically and printed on your applications. You will be provided with an Instruction Packet and 2 copies of the application to complete in **black ink**. Both copies must be returned to the Wayne County Clerk's Office. You will have 1 year from the date of your appointment to return your paperwork. After 6 months, if you have not returned your application, a new photo will need to be taken at the Sheriff's Office for a fee of $10 Cash.

Before returning your applications:

- You must have four (4) character references complete the name, address and signature section. The character references MUST be Wayne County residents. They cannot be relatives or live in your household, they cannot work in law enforcement or be employed by the Wayne County Sheriff's Office. If you have not resided in Wayne County for the most recent 3 years you will need to provide additional references from the prior County you lived in.

- As of March 1st, 2020 you have an option to either list one gun or not on your application. If you plan on purchasing a gun, a receipt from a gun dealer with your name and address must be submitted. If you are using someone else's gun, a signed, notarized consent form must be completed. See attached Consent Form.

- Anyone applying after January 1st 2018 will be required to complete the 2 hour Safety Course given by the Wayne County Sheriff's Office.

Additional information will be provided on the above items at the time of your appointment.

# PISTOL PERMIT CONSENT FORM



I _____,_____, _____

              Permit Holder                    Permit #            Date of Issue

_____, do hereby give permission to

       County of Issue

_____ to list my gun on his/her permit as follows

<u>MAKE</u>       <u>CALIBER</u>      <u>SERIAL #</u>     <u>MODEL</u>      <u>REV OR AUTO</u>

_____                 Permit Holder's

Signature

Subscribed and sworn to before me

This _____ day of _____, 20___

_____

      NOTARY PUBLIC