**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

OMB No. 1140-0004 (12/31/2022)

## Interstate Firearms Shipment Theft /Loss Report

| | Name and FFL# | Address | Telephone Number |
|---|---|---|---|
| Shipper/Transferor | | | |
| Consignee/Transferee | | | |
| Carrier | | | |

| Shipment Tracking Number | Carrier Claim Number *(if available)* | Date Shipped |
|---|---|---|
| | | |

Name of Reporting Company

| Full Name and Position of Person Making Report *(Please print)* | Telephone Number | Date |
|---|---|---|
| | | |

| Email Address of Shipper or Person Making Report | Signature of Person Making Report |
|---|---|
| | |

Firearm(s) Description *(Use ATF Form 3310.11A Continuation Sheet if additional space is needed)*

| Type | Manufacturer | Model | Caliber | Serial Number | Date Acquired |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

☐ Some or all of the stolen/missing inventory listed above falls within the purview of the National Firearms Act *(NFA)*.

**Shipment Description**

☐ Individual Parcel          ☐ Shrink Wrapped Pallet
☐ Pallet                     ☐ Other *(Describe)*: _____

Brief Summary of Incident:

---

Shipper/Transferor FFL is required by law to submit a theft/loss report to ATF. Completed forms can be mailed, emailed or faxed. For more information, call toll free: 888-930-9275

| MAIL THIS FORM TO: | U.S. DEPARTMENT OF JUSTICE<br>NTC - LESB - SFP<br>244 NEEDY RD.<br>MARTINSBURG, WV 25405 | E MAIL THIS FORM TO: | STOLENFIREARMS@atf.gov |
|---|---|---|---|
| | | FAX THIS FORM TO: | 304-260-3676 or 304-260-3671 |

**Paperwork Reduction Act Notice**

This request is in accordance with the Paperwork Reduction Act of 1995. The information collection documents reports of theft or loss of firearms experienced by common carriers in interstate shipment. ATF uses the information to investigate and perfect criminal cases. The information requested is voluntary.

The estimated average burden associated with this collection of information is 20 minutes per respondent or recordkeeper, depending on individual circumstances. Comments concerning the accuracy of this burden estimate and suggestions for reducing this burden should be addressed to Reports Management Officer, Document Services, Bureau of Alcohol, Tobacco, Firearms and Explosives, Washington, DC 20226.

An agency may not conduct or sponsor, and a person is not required to respond to, a collection of information unless it displays a currently valid OMB control number.

ATF Form 3310.6
Revised December 2019