# Paloma A. Capanna
## Attorney & Policy Analyst

| | |
|---|---|
| 106-B Professional Park Drive | P. O. Box 95 |
| Beaufort, North Carolina 28516 | Keene Valley, New York 12943 |
| (585) 377-7260 | |
| (315) 584-2929 mobile | |

*Admitted to practice in NY, N.D.N.Y., W.D.N.Y.,
2d & 4th Cir., U.S. Supreme Court*

---

November 16, 2022

U.S. Magistrate Judge Daniel J. Stewart
United States District Court
Northern District of New York
445 Broadway, Room 409        *via CM/ECF*
Albany, New York 12207

Re:   *Nadine Gazzola, et al. v. Gov. Kathleen Hochul, et al.*
       Case No. 1:22-cv-1134 (BKS/DJS)

To the Hon. Daniel J. Stewart:

With respect to this Court's "Civil Case Management Plan" [Dkt. No. 6], Counsel for the Parties jointly request to stay the Rule 16 conference and all related submissions/deadlines until after the Parties exhaust motions and rulings for Plaintiffs' request for immediate temporary relief and for any relief Defendants may request related to the Complaint.

Currently pending is Plaintiffs' "Motion for Temporary/Injunctive Relief." It is returnable December 1, 2022 before the Hon. Brenda K. Sannes on the Temporary Restraining Order request. [Dkt. No. 13] It is anticipated that this Plaintiffs' Motion will involve a second stage, specifically, for the Preliminary Injunction request, in January 2023.

Any responsive pleading to the Complaint is also stayed, pending disposition of this Motion. [Text Minute Entry 11/10/2022.]

This case was originally scheduled for conference on January 30, 2023 at 9:00 a.m. before Magistrate Judge Christian F. Hummel. The case was reassigned to Judge Sannes and to you. Will you please advise as to your response to this joint request?

Respectfully submitted,

*Paloma A. Capanna*

Paloma A. Capanna

c.:   Aimee Cowan, Esq., NYS Office of the Attorney General (**via CM/ECF**)
       Timothy Mulvaney, Esq., NYS Office of the Attorney General (**via CM/ECF**)