IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

---

**Nadine Gazzola**, individually, and as co-owner, President, and as BATFE Federal Firearms Licensee Responsible Person for **Zero Tolerance Manufacturing, Inc.**;

**Seth Gazzola**, individually, and as co-owner, Vice President, and as BATFE FFL Responsible Person for **Zero Tolerance Manufacturing, Inc.**;

**John A. Hanusik**, individually, and as owner and as BATFE FFL Responsible Person for d/b/a "**AGA Sales**";

**Jim Ingerick**, individually, and as owner and as BATFE FFL Responsible Person for **Ingerick's, LLC,** d/b/a **"Avon Gun & Hunting Supply"**;

**Christopher Martello**, individually, and as owner and as BATFE FFL Responsible Person for **Performance Paintball, Inc.**, d/b/a "**Ikkin Arms**,";

**Michael Mastrogiovanni**, individually, and as owner and as BATFE FFL Responsible Person for "**Spur Shooters Supply**";

**Robert Owens**, individually, and as owner and as BATFE FFL Responsible Person for "**Thousand Islands Armory**";

**Craig Serafini**, individually, and as owner and as BATFE FFL Responsible Person for **Upstate Guns and Ammo, LLC**; and,

**Nick Affronti**, individually, and as BATFE FFL Responsible Person for "East Side Traders LLC"; and,

**Empire State Arms Collectors, Inc.**;

    Plaintiffs

    v.

**KATHLEEN HOCHUL**, in her Official Capacity as Governor of the State of New York;

**STEVEN A. NIGRELLI**, in his Official Capacity as the Acting Superintendent of the New York State Police;

<u>Civ. No.: 1:22-cv-1134 (BKS/DJS)</u>

<u>NOTICE OF APPEPAL</u>

**ROSSANA ROSADO**, in her Official Capacity as the Commissioner of the Department of Criminal Justice Services of the New York State Police; and,

**LETICIA JAMES**, in her Official Capacity as the Attorney General of the State of New York,

    **Defendants**

_____

## NOTICE OF APPEAL

PLEASE TAKE NOTICE that Nadine Gazzola, Seth Gazzola, Zero Tolerance Manufacturing, Inc.; John A. Hanusik, "AGA Sales"; Jim Ingerick, Ingerick's, LLC, d/b/a "Avon Gun & Hunting Supply"; Christopher Martello, Performance Paintball, Inc., d/b/a "Ikkin Arms"; Michael Mastrogiovanni, "Spur Shooters Supply"; Robert Owens, "Thousand Islands Armory"; Craig Serafini, Upstate Guns and Ammo, LLC; Nick Affronti; and, Empire State Arms Collectors, Inc. ("Plaintiffs") hereby appeal to the United States Court of Appeals for the Second Circuit from the "Text Order" entered in this matter on December 2, 2022 (ECF No. 37).

*Respectfully submitted this 8th day of November 2022,*

                                                Attorney for the Plaintiffs

                                                *Paloma A. Capanna*

                                                Paloma A. Capanna, Attorney

                                                N.D.N.Y. Bar Roll No.: 703996
106-B Professional Park Drive
Beaufort, North Carolina 28516
(315) 584-2929 mobile
(585) 377-7260
pcapanna@yahoo.com