*Paloma A. Capanna*

*Attorney & Policy Analyst*

| | |
|---|---|
| 106-B Professional Park Drive | P. O. Box 495 |
| Beaufort, North Carolina 28516 | Keene Valley, New York 12943 |
| (585) 377-7260 | |
| (315) 584-2929 mobile | |

*\*Admitted to practice in NY, N.D.N.Y., W.D.N.Y.,*
*2d & 4th Cir., U.S. Supreme Court*

January 30, 2024

Hon. Brenda K. Sannes
United States District Court
Northern District of New York
100 South Clinton Street                    *via CM/ECF*
Syracuse, New York 13261


Re:     *Nadine Gazzola, et al. v. Gov. Kathleen Hochul, et al.*
        Case No. 1:22-cv-1134 (BKS/DJS)


To the Hon. Brenda K. Sannes:

    This letter notifies the Court that Plaintiffs will not be amending their Complaint at this time.  Ms. Cowan and I request Your Honor schedule the responsive pleading for February 29.  This slightly exceeds FRCP 12(a)(1)(A)(i), but will accommodate Ms. Cowan's schedule.

    I will be submitting our fourth (and final) appeal to the U.S. Supreme Court on our Motion for Preliminary Injunction by March 8, 2024.  My own scheduling request would simply be that any disclosure and conference scheduling calculate after this date.

    Ms. Cowan and I were in communication last week into this week.  This letter is submitted without objection.

Respectfully submitted,

*Paloma A. Capanna*

Paloma A. Capanna


c.:  Aimee Cowan, Esq., NYS Office of the Attorney General (via CM/ECF)
     Timothy Mulvaney, Esq., NYS Office of the Attorney General (via CM/ECF)