# Paloma A. Capanna
## Attorney & Policy Analyst

| | |
|---|---|
| 106-B Professional Park Drive | P. O. Box 95 |
| Beaufort, North Carolina 28516 | Keene Valley, New York 12943 |
| (585) 377-7260 | |
| (315) 584-2929 mobile | |

*Admitted to practice in NY, N.D.N.Y., W.D.N.Y., 2d & 4th Cir., U.S. Supreme Court*

---

February 5, 2024

U.S. Magistrate Judge Daniel J. Stewart
United States District Court
Northern District of New York
445 Broadway, Room 409            *via CM/ECF*
Albany, New York 12207

Re:   *Nadine Gazzola, et al. v. Gov. Kathleen Hochul, et al.*
      Case No. 1:22-cv-1134 (BKS/DJS)

To the Hon. Daniel J. Stewart:

This letter is a joint request from Counsel in response to Text Order [70]. We request to shift the schedule for this case, as follows: (1.) Counsel to confer by Friday, March 29, 2024; and, (2.) Magistrate conference call week of April 8, 2024 or later.

*Inter alia,* Ms. Cowan is preparing the responsive pleading by February 29, 2024 [69] and I am preparing our fourth (and final) appeal to the U.S. Supreme Court on the Motion for Preliminary Injunction by March 8, 2024.

Ms. Cowan and I look forward to the opportunity to discuss discovery and to complete the questionnaire.

By shifting the schedule to accommodate these two points, our goal is to make best use of the Court's time at conference.

Thank you for your consideration of this request.

Respectfully submitted,

*Paloma A. Capanna*

Paloma A. Capanna

c.:   Aimee Cowan, Esq., NYS Office of the Attorney General (via CM/ECF)
      Timothy Mulvaney, Esq., NYS Office of the Attorney General (via CM/ECF)