

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF REGIONAL OFFICES
SYRACUSE REGIONAL OFFICE

February 28, 2024

Hon. Brenda K. Sannes
Chief U.S. District Judge
Federal Building and U.S. Courthouse
P.O. Box 7336
Syracuse NY 13261-7336

      Re:    *Gazzola, et al. v. Hochul, et al.*
             Index No.:  1:22-cv-1134

Dear Chief Judge Sannes:

      The deadline for the State Defendants' responsive pleadings is calendared for February 29, 2024. However, the State Defendants are still in the process of gathering data that they intend to include with their Answer and respectfully request a three-week extension to file their Answer.

      Plaintiff's attorney objects to this request. The State Defendants wish to note that the initial Rule 16 conference is scheduled for April 9, 2024, which allows for a responsive pleading well before the initial conference and mandatory disclosure deadlines. Further, the State Defendants have never objected to any of Plaintiff's several requests for extensions of time throughout the course of this litigation.

                                                                  Respectfully,

                                                              _s/Aimee Cowan_____

                                                              Aimee Cowan, Esq.
                                                              Assistant Attorney General

cc:     Paloma A. Capanna, Esq., *via CM/ECF*