

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF REGIONAL OFFICES
SYRACUSE REGIONAL OFFICE

March 13, 2024

The Honorable Brenda K. Sannes
Chief U.S. District Judge
Federal Building and U.S. Courthouse
P.O. Box 7336
Syracuse NY 13261-7336

Re:   *Gazzola, et al. v. Hochul, et al.*
      Index No.:  1:22-cv-1134

Dear Chief Judge Sannes:

On March 7, 2024, Plaintiff filed a petition for a writ of certiorari before the Supreme Court of the United States, requesting that the Supreme Court grant their petition and review this Court's decision to deny Plaintiffs' motion for preliminary injunctive relief. See, Gazzola, et al. v. Hochul, et al., 23-995. According to the docket, a response to Plaintiffs' petition is calendared for April 11, 2024.

In light of the proceedings pending before the Supreme Court, Defendants respectfully request that the District Court stay all further deadlines in this matter—including the responsive pleadings deadline, initial disclosures deadline, and Rule 16 conference—until the resolution of the pending petition. Opposing counsel has declined to consent and objects to any further extensions.

Respectfully,

_s/Aimee Cowan_____

Aimee Cowan, Esq.
Assistant Attorney General

cc:   Paloma A. Capanna, Esq., *via CM/ECF*