*Paloma A. Capanna*
*Attorney & Policy Analyst*

---

| | |
|---|---|
| 106-B Professional Park Drive | P. O. Box 495 |
| Beaufort, North Carolina 28516 | Keene Valley, New York 12943 |
| (252) 515-6737 | |
| (315) 584-2929 mobile | |

*Admitted to practice in NY, N.D.N.Y., W.D.N.Y.,*
*2d & 4th Cir., U.S. Supreme Court*

---

September 4, 2024

U.S. Magistrate Judge Daniel J. Stewart
United States District Court
Northern District of New York
445 Broadway, Room 409          *via CM/ECF*
Albany, New York 12207

Re:   Nadine Gazzola, et al. v. Gov. Kathleen Hochul, et al.
      Case No. 1:22-cv-1134 (BKS/DJS)

To the Hon. Daniel J. Stewart:

This letter is a joint counsel request for modification to one item in the Uniform Pretrial Scheduling Order (CM/ECF 90), specifically (1.) the initial written demands (as corrected by Text Order CM/ECF 93); and, (2.) the joinder of parties and pleading amendments.

Counsel jointly request (1.) initial written demands change from the date of September 13, 2024 to the date of Friday, October 4, 2024.  And, Counsel jointly request (2.) joinder of parties and pleading amendments change from October 30, 2024 to Wednesday, November 20, 2024.

This letter is submitted with pre-filing review and approval as to form of Ms. Cowan.  It adjusts to reflect our work recently completed on the Discovery Stipulation (CM/ECF doc. 98) and the Rule 26 exchange (also completed by Counsel on August 23, 2024).

Thank you for your anticipated courtesies to this request.


Respectfully submitted,

*Paloma A. Capanna*
Paloma A. Capanna


c.:   Aimee Cowan, Esq., NYS Office of the Attorney General (via CM/ECF)