

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES  
ATTORNEY GENERAL

DIVISION OF REGIONAL OFFICES  
SYRACUSE REGIONAL OFFICE

October 4, 2024

Hon. Daniel J. Stewart  
U.S. Magistrate Judge  
Federal Building and U.S. Courthouse  
445 Broadway, Room 409  
Albany, New York 12207

Re:   *Gazzola, et al. v. Hochul, et al.*  
       Index No.:  1:22-cv-1134

Dear Judge Stewart:

Defendants intend to file a motion to dismiss plaintiffs' complaint in its entirety pursuant to Fed. R. Civ. P. 12(c) early next week. Given the complexity of the 126-page complaint, and the depth of the issues presented, defendants respectfully request a 15-page enlargement for their memorandum of law, for a page limit not to exceed 40 pages. Plaintiffs' counsel has indicated via email that she does not consent to this request.

Respectfully,

_s/Aimee Cowan_____

Aimee Cowan, Esq.  
Assistant Attorney General

cc:   Paloma A. Capanna, Esq., *via CM/ECF*