UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

Nadine Gazzola, individually, and as co-owner, President, and as BATFE Federal Firearms Licensee Responsible Person for Zero Tolerance Manufacturing, Inc., et al;

                              *Plaintiffs*,

    -against-

KATHLEEN HOCHUL, in her official capacity as Governor of the State of New York; STEVEN A. NIGRELLI, in his Official Capacity as the Acting Superintendent of the New York State Police; ROSSANA ROSADO, in her Official Capacity as the Commissioner of the Department of Criminal Justice Services of the New York State Police; and LETITIA JAMES, in her official capacity as Attorney General of the State of New York.

                              *Defendants*.

**NOTICE OF MOTION**
1:22-cv-1134
(BKS/DJS)

| | |
|---|---|
| Motion By: | LETITIA JAMES<br>Attorney General of the State of New York<br>Attorney for Defendants<br><br>By: Aimee Cowan, Esq.<br>Assistant Attorney General, of Counsel<br>Bar Roll No. 516178 |
| Time and Place of Hearing: | _____, at 10:00 a.m. before Chief District Court Judge Brenda K. Sannes to be held at the United States District Courthouse in Syracuse, New York, **upon submission only** |
| Relief and Basis: | An Order pursuant to F.R.C.P. 12(b)(1) and 12(b)(c) dismissing Plaintiffs' complaint against Defendants in its entirety, with prejudice, and for such other and further relief as the Court deems just and proper. |

Supporting Papers:	Declaration of Attorney Aimee Cowan, with exhibits, and Defendants' Memorandum of Law.

Dated:	Syracuse, New York
October 25, 2024

		LETITIA JAMES
		Attorney General of the State of New York
		Attorney for Defendants
		300 S. State Street, Suite 300
		Syracuse, New York 13202
		By *s/Aimee Cowan*
		Aimee Cowan, Esq.
		Assistant Attorney General
		Bar Roll No. 516178
		Telephone:     (315) 448-4800
		Fax: (315) 448-4853
		Email: aimee.cowan@ag.ny.gov

To:	Paloma A. Capanna
	Attorney & Policy Analyst
	PO Box 495
	Keene Valley, New York 12943

2