An official website of New York State.
Here's how you know



# Department of State
### Division of Corporations

Entity Information

Return to Results    Return to Search

**Entity Details**

**ENTITY NAME:** ZERO TOLERANCE MANUFACTURING, INC.
**DOS ID:** 4410631
**FOREIGN LEGAL NAME:**
**FICTITIOUS NAME:**
**ENTITY TYPE:** DOMESTIC BUSINESS CORPORATION
**DURATION DATE/LATEST DATE OF DISSOLUTION:**
**SECTIONOF LAW:** 402 BCL - BUSINESS CORPORATION LAW
**ENTITY STATUS:** ACTIVE
**DATE OF INITIAL DOS FILING:** 05/30/2013
**REASON FOR STATUS:**
**EFFECTIVE DATE INITIAL FILING:** 05/30/2013
**INACTIVE DATE:**
**FOREIGN FORMATION DATE:**
**STATEMENT STATUS:** CURRENT
**COUNTY:** COLUMBIA
**NEXT STATEMENT DUE DATE:** 05/31/2025
**JURISDICTION:** NEW YORK, UNITED STATES
**NFP CATEGORY:**

ENTITY DISPLAY    NAME HISTORY    FILING HISTORY    MERGER HISTORY    ASSUMED NAME HISTORY

Service of Process on the Secretary of State as Agent

**The Post Office address to which the Secretary of State shall mail a copy of any process against the corporation served upon the Secretary of State by personal delivery:**

**Name:** NADINE GAZZOLA
**Address:** 370 ROUTE 217, HUDSON, NY, UNITED STATES, 12534

**Electronic Service of Process on the Secretary of State as agent: Not Permitted**

Chief Executive Officer's Name and Address

**Name:** NADINE GAZZOLA
**Address:** 1131 ROUTE 9H, GHENT, NY, UNITED STATES, 12075

Principal Executive Office Address

**Address:** 1131 ROUTE 9H, GHENT, NY, UNITED STATES, 12075

Registered Agent Name and Address

**Name:** TAL G. RAPPLEYEA, ESQ.

**Address:** 4 MAPLE LANE, PO BOX 793, VALATIE, NY, 12184

Entity Primary Location Name and Address

**Name:**

**Address:**

Farmcorpflag

**Is The Entity A Farm Corporation:** NO

Stock Information

| Share Value | Number Of Shares | Value Per Share |
|---|---|---|
| NO PAR VALUE | 150 | $0.00000 |

Agencies App Directory Counties Events Programs Services

**REGISTER TO VOTE**
Register to vote or update your voter information online.