An official website of New York State.
Here's how you know



# Department of State
## Division of Corporations

Entity Information

Return to Results    Return to Search

**Entity Details**

**ENTITY NAME:** INGERICK'S, LLC
**DOS ID:** 2724565
**FOREIGN LEGAL NAME:**
**FICTITIOUS NAME:**
**ENTITY TYPE:** DOMESTIC LIMITED LIABILITY COMPANY
**DURATION DATE/LATEST DATE OF DISSOLUTION:**
**SECTIONOF LAW:** 203 LLC - LIMITED LIABILITY COMPANY LAW
**ENTITY STATUS:** ACTIVE
**DATE OF INITIAL DOS FILING:** 01/29/2002
**REASON FOR STATUS:**
**EFFECTIVE DATE INITIAL FILING:** 01/29/2002
**INACTIVE DATE:**
**FOREIGN FORMATION DATE:**
**STATEMENT STATUS:** PAST DUE DATE
**COUNTY:** MONROE
**NEXT STATEMENT DUE DATE:** 01/31/2016
**JURISDICTION:** NEW YORK, UNITED STATES
**NFP CATEGORY:**

ENTITY DISPLAY    NAME HISTORY    FILING HISTORY    MERGER HISTORY    ASSUMED NAME HISTORY

**Service of Process on the Secretary of State as Agent**

**The Post Office address to which the Secretary of State shall mail a copy of any process against the corporation served upon the Secretary of State by personal delivery:**

**Name:** THE LLC

**Address:** AVON GUN AND HUNTING SUPPLY, 259 E MAIN ST, AVON, NY, UNITED STATES, 14414

**Electronic Service of Process on the Secretary of State as agent: Not Permitted**

**Chief Executive Officer's Name and Address**

**Name:**

**Address:**

**Principal Executive Office Address**

**Address:**

**Registered Agent Name and Address**

**Name:**

**Address:**

Entity Primary Location Name and Address

**Name:**

**Address:**

Farmcorpflag

**Is The Entity A Farm Corporation:** NO

Stock Information

| Share Value | Number Of Shares | Value Per Share |
| --- | --- | --- |

Agencies App Directory Counties Events Programs Services

**REGISTER TO VOTE**
Register to vote or update your voter information online.