An official website of New York State.
Here's how you know



# Department of State
## Division of Corporations

## Entity Information

Return to Results   Return to Search

### Entity Details

**ENTITY NAME:** EAST SIDE TRADERS LLC
**DOS ID:** 4781611
**FOREIGN LEGAL NAME:**
**FICTITIOUS NAME:**
**ENTITY TYPE:** DOMESTIC LIMITED LIABILITY COMPANY
**DURATION DATE/LATEST DATE OF DISSOLUTION:**
**SECTIONOF LAW:** 203 LLC - LIMITED LIABILITY COMPANY LAW
**ENTITY STATUS:** ACTIVE
**DATE OF INITIAL DOS FILING:** 06/29/2015
**REASON FOR STATUS:**
**EFFECTIVE DATE INITIAL FILING:** 06/29/2015
**INACTIVE DATE:**
**FOREIGN FORMATION DATE:**
**STATEMENT STATUS:** CURRENT
**COUNTY:** WAYNE
**NEXT STATEMENT DUE DATE:** 06/30/2025
**JURISDICTION:** NEW YORK, UNITED STATES
**NFP CATEGORY:**

ENTITY DISPLAY   NAME HISTORY   FILING HISTORY   MERGER HISTORY   ASSUMED NAME HISTORY

### Service of Process on the Secretary of State as Agent

**The Post Office address to which the Secretary of State shall mail a copy of any process against the corporation served upon the Secretary of State by personal delivery:**

**Name:**  BRUCE H. CAREY

**Address:**  959 PENFIELD ROAD, MACEDON, NY, UNITED STATES, 14502

**Electronic Service of Process on the Secretary of State as agent: Not Permitted**

### Chief Executive Officer's Name and Address

**Name:**

**Address:**

### Principal Executive Office Address

**Address:**

### Registered Agent Name and Address

**Name:**

**Address:**

Entity Primary Location Name and Address

**Name:**

**Address:**

Farmcorpflag

**Is The Entity A Farm Corporation:** NO

Stock Information

| Share Value | Number Of Shares | Value Per Share |
|---|---|---|

Agencies  App Directory  Counties  Events  Programs  Services

**REGISTER TO VOTE**
Register to vote or update your voter information online.