UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

Nadine Gazzola, individually, and as co-owner, President, and as BATFE Federal Firearms Licensee Responsible Person for Zero Tolerance Manufacturing, Inc., et al;

                *Plaintiffs*,

-against-

KATHLEEN HOCHUL, in her official capacity as Governor of the State of New York; STEVEN A. NIGRELLI, in his Official Capacity as the Acting Superintendent of the New York State Police; ROSSANA ROSADO, in her Official Capacity as the Commissioner of the Department of Criminal Justice Services of the New York State Police; and LETITIA JAMES, in her official capacity as Attorney General of the State of New York.

                *Defendants*.

**NOTICE OF MOTION**
1:22-cv-1134
(BKS/DJS)

| | |
|---|---|
| Motion By: | LETITIA JAMES<br>Attorney General of the State of New York<br>Attorney for Defendants<br><br>By: Aimee Cowan, Esq.<br>Assistant Attorney General, of Counsel<br>Bar Roll No. 516178 |
| Time and Place of Hearing: | _____, at 10:00 a.m. before Magistrate Judge Daniel J. Stewart to be held at the United States District Courthouse in Albany, New York, **upon submission only** |
| Relief and Basis: | An Order staying discovery in this matter until Defendants' pending motion to dismiss (ECF No. 104) has been resolved. |
| Supporting Papers: | Declaration of Attorney Aimee Cowan, with exhibits, and Defendants' Memorandum of Law. |

Dated: Syracuse, New York
November 1, 2024

        LETITIA JAMES
        Attorney General of the State of New York
        Attorney for Defendants
        300 S. State Street, Suite 300
        Syracuse, New York 13202
        By *s/Aimee Cowan*
        Aimee Cowan, Esq.
        Assistant Attorney General
        Bar Roll No. 516178
        Telephone: (315) 448-4800
        Fax: (315) 448-4853
        Email: aimee.cowan@ag.ny.gov

To: Paloma A. Capanna
    Attorney & Policy Analyst
    PO Box 495
    Keene Valley, New York 12943