| | |
|---|---|
| **From:** | Paloma A. Capanna |
| **To:** | Cowan, Aimee |
| **Subject:** | Checking in |
| **Date:** | Thursday, October 3, 2024 9:04:01 AM |

**[EXTERNAL]**

Good morning Aimee ~

I'm sending this brief e-mail to check in with you relative to our discovery schedule.

I anticipate tomorrow sending my initial document demands under Rule 34. I can email PDFs, if you wish. I do plan to also send hard copies by USPS Priority Mail.

I crafted the initial document demands basis the defendants and my understanding of their respective offices or authorities. I envision that as we progress document exchange that there may be specific persons who come to light where there may be a need for specific requests, but, at least at this onset, Plaintiffs and I do not have knowledge of the specific persons within, for example, the NYSP, responsible for the various documents.

I'm also going to mail you our fourth box of Tier 3 disclosure, this focused on Governor Hochul. The prior three boxes + this fourth box are an expression of the front half of our pleading/motion. It puts us in a position to thus respond to your anticipate document demands, which, from our perspective, relate to the balance of the pleading/motion.

I'm envisioning additional round(s) of document demands by each of us, as we review responses.

Over the course of the next 60 days, I will be actively working on our witness list, as well, to amend our Rule 26 list. My goal is to have you on relatively solid notice by end of year.

I am anticipating serving demands for depositions, with any accompanying demand to produce at deposition in January.

I am anticipating that you will first depose the plaintiffs, at least by my estimation, perhaps February. With that in mind, I'm working with the Plaintiffs against a year-end document production to stay timely (on 30-day rotations) to you, so that you can prepare after the 1st of 2025.

We are conscious that ours is a technically-driven industry, and it's our objective to provide the information to assist our conversation about the case. I wish to assure - and at the same time suggest - that you are always welcomed to contact me with any question about a demand I serve that may be unclear or objectionable. Similarly, if we provide a document that doesn't make sense or may not seem responsive based upon what you anticipated, please contact me.

Do we have any outstanding items to review?  I'm available today and tomorrow, if anything comes to mind.  As always, thank you for your many courtesies.

Best regards, Paloma

Ms. Paloma A. Capanna
Attorney & Policy Analyst
Beaufort, North Carolina
& Keene Valley, ADK, New York
(252) 515-6737 work
(315) 584-2929 mobile

The information transmitted (including attachments) is covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521, and is intended only for the person(s) or entity(ies) to which it is addressed and may contain confidential and/or privileged material.  Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient(s) is prohibited.  If you received this in error, please contact the sender and immediately destroy this material.