# NYS NICS
**New York State Police**

- Home
- Login
- Create Account
- Help
- Training Guides
- Appeals

## New York National Instant Criminal Background Check System Requests

New York's National Instant Criminal Background Check System is only for use by Firearm Dealers possessing a Federal Firearms License (FFL), Licensed Ammunition Sellers, Local Licensing Authority and Law Enforcement Agencies which are authorized to conduct business within New York.

### Getting Started

All non-government employees will be required to create a NY.gov Business Account in order to gain access to NICS Online Service. You will be required to enter both business information, and two different validating identifiers which could include : State Firearms License Number (SLN), Federal Firearms License Number (FFL), Ammunition Registration Number, and/or Tax-ID Number, and either a credit card or bank account information for a stored payment method.

[Login] [Create Account]

**Attention:** Per NYS Law, muzzle loading rifle and shotgun transfers require a state background check. The NYS NICS system has been updated to process these transactions, as well as muzzle loading pistol transactions. A rifle or shotgun should NOT be identified as a muzzle loader if it: (1) incorporates a firearm frame or receiver; or (2) is a firearm which is converted into a muzzle loading weapon; or (3) is a muzzle loading weapon which can be readily converted to fire fixed ammunition by replacing the barrel, bolt, breechblock, or any combination thereof.

Please be advised weekly maintenance windows are on Tuesdays and Thursdays between the hours of 6:00AM through 8:00AM. During this time there may be a delay in processing transactions, do not resubmit, pending transactions will be processed upon completion of the maintenance. If you are experiencing problems outside of this timeframe, please contact 1-877-NYS-NICS for further assistance.

You can now update Ammo Details:

- When Ammo Check is set to 'Proceed' or 'Proceed on Appeal' status, the Dealership will now be able to use "Update" action for the 'Ammunition Information' section on an application.
- This update action will allow a dealership to change any information in the Ammunition Information section, including changing the 'Number of Ammunition' field.
- This update feature is to be allowed for up to 30 days from the date the status was set to Proceed/Proceed on Appeal.
- Each transaction can only be updated once, after an initial update the update function will no longer appear as an option.