*Paloma A. Capanna*
*Attorney & Policy Analyst*

106-B Professional Park Drive                                     P. O. Box 495
Beaufort, North Carolina 28516                          Keene Valley, New York 12943
(252) 515-6737
(315) 584-2929 mobile

*Admitted to practice in NY, N.D.N.Y., W.D.N.Y.,
2d & 4th Cir., U.S. Supreme Court*

---

January 3, 2025

Hon. Brenda K. Sannes
United States District Court
Northern District of New York
100 South Clinton Street                                    *via CM/ECF*
Syracuse, New York 13261

Re:   Nadine Gazzola, et al. v. Gov. Kathleen Hochul, et al.
      Case No. 1:22-cv-1134 (BKS/DJS)

To the Hon. Brenda K. Sannes:

   This correspondence is written with approval of Counsel to request the following be "so ordered," as follows:

1. A change formally be made to "Steven G. James" as the Superintendent of the NYS Police in accordance with Fed. R. Civ. P. 25(d); and,

2. A correction be made to the spelling of the first name of the NY Attorney General in the caption, including of the Complaint (doc. 1). There is a one letter error. The correct spelling is "Letitia." (The error was a misspelling as "Leticia.")

   This would change the caption, going forward. Thank you for your assistance.

Respectfully submitted,
*Paloma A. Capanna*
Paloma A. Capanna

c.:   Aimee Cowan, Esq., NYS Office of the Attorney General (via CM/ECF)


SO ORDERED:

_____
Hon. Brenda K. Sannes