# *Paloma A. Capanna*
## *Attorney & Policy Analyst*

| | |
|---|---|
| 106-B Professional Park Drive | P. O. Box 495 |
| Beaufort, North Carolina 28516 | Keene Valley, New York 12943 |
| (252) 515-6737 | |
| (315) 584-2929 mobile | |

*Admitted to practice in NY, N.D.N.Y., W.D.N.Y.,
2d & 4th Cir., U.S. Supreme Court*

January 3, 2025

Hon. Brenda K. Sannes
United States District Court
Northern District of New York
100 South Clinton Street                *via CM/ECF*
Syracuse, New York 13261

     *Re:*     Nadine Gazzola, et al. v. Gov. Kathleen Hochul, et al.
              Case No. 1:22-cv-1134 (BKS/DJS)

To the Hon. Brenda K. Sannes:

     This correspondence is written with approval of Counsel in accordance with N.D.N.Y. L.R. 7.1(b)(1) to expand the number of pages of the Plaintiffs' "Memorandum of Law" from 25 to 60 pages. The additional pages are needed due to the nature of Defendant's motion to dismiss under Fed. R. Civ. P. 12(b)(1) and 12(c) and the length of Defendants' "Memorandum of Law" at forty (40) pages (ECF-103). Also, the Plaintiffs are going to file a cross-motion for partial summary judgment under Fed. R. Civ. P. 56 and for leave to serve a supplemental/amended complaint under Fed. R. Civ. P. 15.

     Thank you for your assistance.

Respectfully submitted,

*Paloma A. Capanna*
Paloma A. Capanna


c.:   Aimee Cowan, Esq., NYS Office of the Attorney General (via CM/ECF)