*Paloma A. Capanna*

*Attorney & Policy Analyst*

---

106-B Professional Park Drive                                                                                          P. O. Box 495
Beaufort, North Carolina 28516                                                                        Keene Valley, New York 12943
(252) 515-6737
(315) 584-2929 mobile

*\*Admitted to practice in NY, N.D.N.Y., W.D.N.Y.,*
 *2d & 4th Cir., U.S. Supreme Court*

---

January 8, 2025


Hon. Brenda K. Sannes
United States District Court
Northern District of New York
100 South Clinton Street                                                        *via CM/ECF*
Syracuse, New York 13261


    *Re:*    *Nadine Gazzola, et al. v. Gov. Kathleen Hochul, et al.*
           Case No. 1:22-cv-1134 (BKS/DJS)


To the Hon. Brenda K. Sannes:

    This correspondence is written with approval of Counsel to request the following be "so ordered," as follows:

    1. Withdrawal of one claim by Plaintiff, Mr. Nick Affronti/East Side Traders LLC, specifically as relates to the sale of body vests, as specified in the attached Stipulation.

    Attached is the "Stipulation of Voluntary Dismissal" by this Plaintiff pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). All other Plaintiffs and claims continue, as recently updated. We placed the "so ordered" block on the Stipulation at page 2. Thank you for your assistance.

Respectfully submitted,
*Paloma A. Capanna*
Paloma A. Capanna


c.: Aimee Cowan, Esq., NYS Office of the Attorney General (via CM/ECF)

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Nadine Gazzola, individually, and as co-owner, President, and as BATFE Federal Firearms Licensee Responsible Person for Zero Tolerance Manufacturing, Inc., *et al.*<br><br>*Plaintiffs*,<br><br>-against-<br><br>KATHLEEN HOCHUL, in her official capacity as Governor of the State of New York; STEVEN G. JAMES, in his Official Capacity as the Superintendent of the New York State Police; ROSSANA ROSADO, in her Official Capacity as the Commissioner of the Department of Criminal Justice Services of the New York State Police; and LETITIA JAMES, in her official capacity as Attorney General of the State of New York.<br><br>*Defendants*. | **STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**<br><br>1:22-cv-1134<br>(BKS/DJS) |

To the Clerk of the Court and all parties of record:

Pursuant to Rule 41(a)(l)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Nick Affronti, for East Side Traders, LLC, by and through its counsel in this matter, Paloma A. Capanna, and Defendants, by and through their counsel, Letitia James, Attorney General of the State of New York, give notice of a stipulation that Plaintiff "East Side Traders LLC" does hereby voluntarily dismiss its one (1) claim pertaining to the sale of body vests, under NY Pen §270.22, *read with* NY Exec §144-a (originated NY S.9407-B, p. 2, eff. June 30, 2022) (ECF-1, ¶31(n), ¶156(i), ¶158 with subpara., ¶161), against Defendants with prejudice and without fees or costs to any party.

All other Plaintiffs, Defendants, and claims remain, including Nick Affronti, individually, and as BATE FFL Responsible Person for "East Side Traders LLC."

1

The parties hereby represent that no party hereto is an infant nor an incompetent.

Dated: Jan 6, 2025 , 2025

By: *Paloma A. Capanna*
box SIGN    1J5XX6Y9-19K622Y6
Paloma A. Capanna, Esq.
Attorney & Policy Analyst
106-B Professional Park Drive
Beaufort, North Carolina 28516
N.D.N.Y. Bar Roll No. 703996

Dated: _____, 2025

LETITIA JAMES
Attorney General of the State of New York
Attorney for Defendants

By: Aimee Cowan
Digitally signed by Aimee Cowan
Date: 2025.01.08 09:03:32 -05'00'
Aimee Cowan, Esq.
Office of the Attorney General
300 S. State Street, Suite 300
Syracuse, New York 13202
N.D.N.Y. Bar Roll No. 516178

Dated: Jan 6, 2025 , 2025

By: *Nick affronti*
box SIGN    4W6Z89P3-4KPLRRK7
Nick Affronti
for East Side Traders LLC

SO ORDERED:

_____
Brenda K. Sannes,
Chief U.S. District Court Judge

2