

**Office of the New York State Attorney General**　　　　　　　　　　　　**Letitia James
Attorney General**

February 5, 2025

Hon. Brenda K. Sannes
Chief U.S. District Judge
Federal Building and U.S. Courthouse
P.O. Box 7336
Syracuse NY 13261-7336

      Re:   *Gazzola, et al. v. Hochul, et al.*
             Index No.: 1:22-cv-1134

Dear Chief Judge Sannes:

    Defendants' deadline to reply to Plaintiffs' opposition to Defendants' motion for judgment on the pleadings and Plaintiffs' request for leave to amend/supplement the Complaint, and Defendants' deadline to oppose Plaintiffs' motion for partial summary judgment is calendared for February 18, 2025. *See* ECF No. 124.

    However, given that Plaintiffs' submissions include a 60-page memorandum of law, ten declarations, and a 189-paragaph Statement of Material Facts submitted pursuant to N.D.N.Y. L.R. 56.1(a), Defendants respectfully request a 30-day extension[1] to reply to/oppose Plaintiffs' submissions. Plaintiffs' counsel has graciously consented to the request, on the condition that they be allotted a similar extension for their reply to Defendants' opposition to their partial motion for summary judgment.

                                                      Sincerely,

                                                      *s/ Aimee Cowan*
                                                      Aimee Cowan
                                                      Assistant Attorney General

---

[1] Defendants note that Plaintiffs were granted multiple extensions to file their opposition submissions. *See* ECF Nos. 118, 119, 120, 121, 123, 124.

Bar Roll No. 516178

cc: Paloma A. Capanna, Esq., *via CM/ECF*