

**Office of the New York State Attorney General**

**Letitia James Attorney General**

March 14, 2025

Hon. Brenda K. Sannes
Chief U.S. District Judge
Federal Building and U.S. Courthouse
P.O. Box 7336
Syracuse NY 13261-7336

Re:   *Gazzola, et al. v. Hochul, et al.*
        Index No.: 1:22-cv-1134

Dear Chief Judge Sannes:

Defendants' deadline to reply to Plaintiffs' opposition to Defendants' motion for judgment on the pleadings and Plaintiffs' request for leave to amend/supplement the Complaint, and Defendants' deadline to oppose Plaintiffs' motion for partial summary judgment is calendared for March 20, 2025. ECF No. 127.

Given that Defendants' memorandum of law must include a reply to Plaintiffs' 60-page memorandum of law, a reply to Plaintiffs' request for leave to amend/supplement the Complaint, and opposition to Plaintiffs' motion for summary judgement, Defendants respectfully request a 5-page enlargement for their memorandum of law, for a total of 30-pages. Plaintiffs' counsel has graciously consented to the request.

Sincerely,

_s/Aimee Cowan_____
Aimee Cowan
Assistant Attorney General
Bar Roll No. 516178

cc:   Paloma A. Capanna, Esq., *via CM/ECF*