Compilation of Codes, Rules and Regulations of the State of New York
  Title 9. Executive Department
    Subtitle K. New York State Police
      Part 482. Licensed Firearm Dealers and Gunsmiths
        Subpart 482-2. Licensed Firearm Dealer and Gunsmith Business Practices (Rule 23 of the New York State Police)

NYCRR T. 9, Subt. K, Pt. 482, Subpt. 482-2, Refs & Annos

Currentness

Current with amendments included in the New York State Register, Volume XLVII, Issue 10, dated March 12, 2025. Some sections may be more current, see credits for details.

**End of Document**  © 2025 Thomson Reuters. No claim to original U.S. Government Works.

Compilation of Codes, Rules and Regulations of the State of New York
 Title 9. Executive Department
  Subtitle K. New York State Police
   Part 482. Licensed Firearm Dealers and Gunsmiths (Refs & Annos)
    Subpart 482-2. Licensed Firearm Dealer and Gunsmith Business Practices (Rule 23 of the New York State Police) (Refs & Annos)

9 NYCRR 482-2.1

Section 482-2.1. Purpose and Scope. (Rule 23.1)

Currentness

(a) Pursuant to Article 39-BB of the New York General Business Law, the Division of State Police is responsible for promulgating rules and regulations related to certain business practices of dealers in firearms and gunsmiths.

(b) This Subpart shall implement the provisions of sections 875-b, 875-e, 875-f, 875-g, and 875-h of the New York General Business Law.

**Credits**
Adopted through Information Notice in the Feb. 7, 2024 Register eff. Dec. 6, 2022 (Register dated Feb. 7, 2024).

Current with amendments included in the New York State Register, Volume XLVII, Issue 10, dated March 12, 2025. Some sections may be more current, see credits for details.

N.Y. Comp. Codes R. & Regs. tit. 9, § 482-2.1, 9 NY ADC 482-2.1

End of Document    © 2025 Thomson Reuters. No claim to original U.S. Government Works.

Compilation of Codes, Rules and Regulations of the State of New York
　Title 9. Executive Department
　　Subtitle K. New York State Police
　　　Part 482. Licensed Firearm Dealers and Gunsmiths (Refs & Annos)
　　　　Subpart 482-2. Licensed Firearm Dealer and Gunsmith Business Practices (Rule 23 of the New York State Police) (Refs & Annos)

9 NYCRR 482-2.2

Section 482-2.2. Definitions. (Rule 23.2)

Currentness

As used in this Subpart (Rule 23), the following terms are defined as follows:

(a) "*Dealer*" means a gunsmith or dealer in firearms licensed pursuant to section 400.00 of the New York Penal Law.

(b) "*Employee*" means a person hired by a dealer or agent of the dealer who works for the dealer in return for compensation, financial or otherwise.

(c) "*Firearm*" has the same meaning as that term is defined in subdivision three of section 265.00 of the New York Penal Law.

(d) "*Rifle*" has the same meaning as that term is defined in subdivision eleven of section 265.00 of the New York Penal Law.

(e) "*Shotgun*" has the same meaning as that term is defined in subdivision twelve of section 265.00 of the New York Penal Law.

**Credits**
Adopted through Information Notice in the Feb. 7, 2024 Register eff. Dec. 6, 2022 (Register dated Feb. 7, 2024).

Current with amendments included in the New York State Register, Volume XLVII, Issue 10, dated March 12, 2025. Some sections may be more current, see credits for details.

N.Y. Comp. Codes R. & Regs. tit. 9, § 482-2.2, 9 NY ADC 482-2.2

**End of Document**　　　© 2025 Thomson Reuters. No claim to original U.S. Government Works.

Compilation of Codes, Rules and Regulations of the State of New York
  Title 9. Executive Department
    Subtitle K. New York State Police
      Part 482. Licensed Firearm Dealers and Gunsmiths (Refs & Annos)
        Subpart 482-2. Licensed Firearm Dealer and Gunsmith Business Practices (Rule 23 of the New York State Police) (Refs & Annos)

9 NYCRR 482-2.3

Section 482-2.3. Minimum Standards for Security Alarm Systems. (Rule 23.3)

Currentness

Security alarm systems installed and maintained on a dealer's business premises pursuant to the requirements of subdivision two of section 875-b of the New York General Business Law must satisfy the following minimum standards:

(a) The alarm system must be installed and maintained by a security alarm operator who is properly licensed pursuant to Article 6-D of the New York General Business Law;

(b) The alarm system must be monitored by a central station;

(c) The alarm system shall, at a minimum, monitor and provide protection at each point of entry into areas containing firearms, rifles, shotguns, and/or ammunition, including doorways and windows; and

(d) The alarm system shall provide motion detection within other areas of the premises containing firearms, rifles, shotguns, and/or ammunition, as deemed appropriate by the licensed installer.

**Credits**
Adopted through Information Notice in the Feb. 7, 2024 Register eff. Dec. 6, 2022 (Register dated Feb. 7, 2024).

Current with amendments included in the New York State Register, Volume XLVII, Issue 10, dated March 12, 2025. Some sections may be more current, see credits for details.

N.Y. Comp. Codes R. & Regs. tit. 9, § 482-2.3, 9 NY ADC 482-2.3

**End of Document**

© 2025 Thomson Reuters. No claim to original U.S. Government Works.

Compilation of Codes, Rules and Regulations of the State of New York
  Title 9. Executive Department
    Subtitle K. New York State Police
      Part 482. Licensed Firearm Dealers and Gunsmiths (Refs & Annos)
        Subpart 482-2. Licensed Firearm Dealer and Gunsmith Business Practices (Rule 23 of the New York State Police) (Refs & Annos)

9 NYCRR 482-2.4

Section 482-2.4. Minimum Standards for Employee Training Records. (Rule 23.4)

Currentness

Records documenting the successful completion of the employee training required by section 875-e of the New York General Business Law must be maintained by dealers for at least five (5) years following the completion of such training by each employee.

**Credits**
Adopted through Information Notice in the Feb. 7, 2024 Register eff. Dec. 6, 2022 (Register dated Feb. 7, 2024).

Current with amendments included in the New York State Register, Volume XLVII, Issue 10, dated March 12, 2025. Some sections may be more current, see credits for details.

N.Y. Comp. Codes R. & Regs. tit. 9, § 482-2.4, 9 NY ADC 482-2.4

**End of Document**    © 2025 Thomson Reuters. No claim to original U.S. Government Works.

Compilation of Codes, Rules and Regulations of the State of New York
  Title 9. Executive Department
    Subtitle K. New York State Police
      Part 482. Licensed Firearm Dealers and Gunsmiths (Refs & Annos)
        Subpart 482-2. Licensed Firearm Dealer and Gunsmith Business Practices (Rule 23 of the New York State Police) (Refs & Annos)

9 NYCRR 482-2.5

Section 482-2.5. Minimum Standards for Firearm, Rifle, and Shotgun Transaction Records. (Rule 23.5)

Currentness

Records documenting the acquisition, disposition, tracing, or other transactions involving firearms, rifles and shotguns required by subdivisions one through four of section 875-f of New York General Business Law must be maintained by dealers for at least twenty (20) years following such transaction.

**Credits**
Adopted through Information Notice in the Feb. 7, 2024 Register eff. Dec. 6, 2022 (Register dated Feb. 7, 2024).

Current with amendments included in the New York State Register, Volume XLVII, Issue 10, dated March 12, 2025. Some sections may be more current, see credits for details.

N.Y. Comp. Codes R. & Regs. tit. 9, § 482-2.5, 9 NY ADC 482-2.5

**End of Document**    © 2025 Thomson Reuters. No claim to original U.S. Government Works.

Compilation of Codes, Rules and Regulations of the State of New York
　Title 9. Executive Department
　　Subtitle K. New York State Police
　　　Part 482. Licensed Firearm Dealers and Gunsmiths (Refs & Annos)
　　　　Subpart 482-2. Licensed Firearm Dealer and Gunsmith Business Practices (Rule 23 of the New York State Police) (Refs & Annos)

9 NYCRR 482-2.6

Section 482-2.6. Compliance Program. (Rule 23.6)

Currentness

(a) The annual compliance certification required by paragraph b of subdivision 1 of section 875-g of the New York General Business Law must be submitted to the Division of State Police no later than the thirtyfirst [1] day of January each year.

(b) Such certification shall identify the dealer's name, address, and telephone number; a primary contact person for such dealer; e-mail addresses for the dealer and the primary contact person; the dealer or gunsmith license number; and the county in which the dealer is licensed. The certification shall be signed by a person duly authorized to act on behalf of the dealer, and must include the following certification language:

> "By signing this document I hereby certify that I am authorized to endorse and submit this certification on behalf of the dealer in firearms and/or gunsmith identified herein, and that to the best of my knowledge such dealer in firearms and/or gunsmith is in full compliance with all of the requirements contained within Article 39-BB of the New York General Business Law."

(c) Pursuant to paragraph a of subdivision 2 of section 875-g of the New York General Business Law, every dealer is subject to periodic inspection by the Division of State Police at least once every three years to determine whether such dealer is in compliance with the requirements contained within Article 39-BB of the New York General Business Law. The Division of State Police will provide notice of at least one business day prior to conducting such inspection, which will occur during the dealer's regular and usual business hours. Dealers will be notified by the State Police of any compliance violations discovered during such inspections.

**Credits**
Adopted through Information Notice in the Feb. 7, 2024 Register eff. Dec. 6, 2022 (Register dated Feb. 7, 2024).

Current with amendments included in the New York State Register, Volume XLVII, Issue 10, dated March 12, 2025. Some sections may be more current, see credits for details.

**Footnotes**

1       So in original.

N.Y. Comp. Codes R. & Regs. tit. 9, § 482-2.6, 9 NY ADC 482-2.6

**End of Document**                                       © 2025 Thomson Reuters. No claim to original U.S. Government Works.