

New York State General Business Law Article 39-BB directs the New York State Police to prepare an annual report on the number of dealers inspected annually for compliance with the requirements of Article 39-BB, the number of dealers in compliance with such requirements, and the number of dealers failing to comply with such requirements.

| TOTAL 2023 NYS INSPECTIONS BY NEW YORK STATE POLICE |
| :---: |
| **55** |

| NEW YORK STATE GUN DEALERS IN FULL COMPLIANCE WITH ARTICLE 39-BB |
| :---: |
| **40** |

| NEW YORK STATE GUN DEALERS <u>NOT</u> IN FULL COMPLIANCE WITH ARTICLE 39-BB |
| :---: |
| **15** |

The attached gun dealer inspection criteria lists all the requirements of Article 39-BB that must be evaluated during dealer inspections. Dealers that have met every requirement are reported as being in full compliance with Article 39-BB. Failure to meet any individual requirement results in a designation of not being in full compliance with Article 39-BB.

# GUN DEALER INSPECTION CRITERIA

- A security plan for securing firearms, rifles, and shotguns is implemented by the dealer.

- All firearms, rifles, and shotguns are secured, other than during business hours, in a locked fireproof safe or vault on the dealer's business premises or in a secured and locked area on the dealer's business premises.

- Ammunition is stored separately from firearms, rifles, and shotguns, and out of reach of customers.

- The dealer's business premises are secured by a security alarm system that is installed and maintained by a properly licensed security alarm operator.

- The security alarm system is capable of being monitored by a central station.

- The security system provides complete protection and monitoring for all accessible openings into areas containing firearms, rifles, shotguns, and/or ammunition, including doorways and windows.

- The security system provides partial motion and sound detection at certain other areas of the premises containing firearms, rifles, shotguns, and/or ammunition, as deemed appropriate by the licensed installer.

- The dealer is equipped with a video recording device at each point of sale and each entrance and exit to the premises, which shall be recorded from both the indoor and outdoor vantage point.

- The dealer maintains recordings for a minimum of two years.*

- The dealer excludes all persons under 18 years of age from areas where firearms, rifles, shotguns, or ammunition are stocked or sold, unless such person is accompanied by a parent or guardian.

- The dealer sells or otherwise disposes of firearms, rifles, and shotguns only at the location listed on the dealer's federal firearms license or at gun shows.

- The dealer provides training to all new employees within 30 days of employment.

- All existing employees completed training published by the New York State Police before March 3, 2023.

- Records documenting the successful completion of the required employee training are maintained for at least five years following the completion of such training by each employee.*

- All employees complete the required training annually.

- Only dealer employees or agents who are 21 years of age or older participate in the sale or disposition of firearms, rifles, or shotguns.

- All employees or agents receive training before participating in the sale or disposition of firearms, rifles, or shotguns.

- The dealer maintains a record book or electronic-based record of purchase, sale, inventory, and other records at the dealer's place of business.

- The dealer submits a copy of such records to the Division of State Police every April and October.*

# GUN DEALER INSPECTION CRITERIA

- Such records include the make, model, caliber or gauge, manufacturer's name, and serial number of all firearms, rifles, and shotguns that are acquired or disposed of not later than one business day after their acquisition or disposition.

- Monthly backups of paper records are maintained in a secure container designed to prevent loss by fire, theft, or flood.

- If the dealer chooses to maintain an electronic-based record system, those records are backed up on an external server or over the Internet at the close of business each day.

- The dealer records the date, name, age, occupation, and residence of any person from whom a firearm is received or to whom a firearm is delivered, and the caliber, make, model, manufacturer's name and serial number, or if none, any other distinguishing number or identification mark on such firearm.

- All firearms, rifles, and shotguns are accounted for through an inventory check prepared once each month and maintained in a secure location.

- Sold firearm, rifle, and shotgun disposition information, including serial numbers, dates of sale, and identity of purchasers, is maintained and available at any time to law enforcement agencies and to the manufacturer of the weapon or its designee.

- Records documenting the acquisition, disposition, tracing, and other transactions involving firearms, rifles, and shotguns are maintained for at least 20 years following each transaction.*

- The dealer maintains records of criminal firearm, rifle and shotgun traces initiated by the ATF.

- ATF Form 4473 transaction records are retained on the dealer's business premises in a secure container designed to prevent loss by fire, theft, or flood.

- Sufficient internal compliance procedures to ensure compliance with Article 39-BB of the General Business Law are implemented and maintained by the dealer.

- The dealer annually certifies to the Division of State Police, by January 31 of each year, that the dealer has complied with all requirements of Article 39-BB of the General Business Law.*

- The dealer provides the Division of State Police full access to the dealer's premises for periodic inspections.

    * Note: Certain requirements, which either impose future retention requirements which cannot yet be verified or which require certain actions that could not be fulfilled during the initial implementation year, will be inspected and evaluated for compliance in the future as applicable.