

**KATHY HOCHUL**
Governor

STEVEN A. NIGRELLI
Acting Superintendent

**To:** **New York State Firearm Dealers and Ammunition Sellers**

Pursuant to Executive Law § 228, New York has been designated a Point of Contact state for the purpose of processing National Instant Background Check ("NICS") transactions. This means that starting on September 13, 2023, background check requests for firearm, rifle, shotgun, and ammunition purchases will be submitted to the New York State Police, and dealers will no longer submit requests directly to FBI NICS.

As a dealer, you and your staff will be required to register on the NYSNICS.ny.gov web application in advance of New York becoming a Point of Contact State. Instructions on the registration process will be posted on the https://NYSNICS.ny.gov site.

Effective September 13, 2023, prior to transferring a firearm, rifle, shotgun, or ammunition to a purchaser, you must go to https://NYSNICS.ny.gov to complete the background check process.

An Interactive Voice Response (IVR) telephone solution will be implemented as well so you may call in a background check request to 1-877-NYS-NICS should the online system be unavailable. To use this functionality, you must have already set up your business's online profile and have a saved payment method on file in the NYSNICS application which you can register and login to at https://NYSNICS.ny.gov.

Please visit https://NYSNICS.ny.gov for more details about Point of Contact.

New York State Police
NYS NICS Unit
1-877-NYS-NICS
NYSNICS@troopers.ny.gov