PPB-3 (Rev 12/24)     **Complete the form in its entirety. Fields that are not fillable must be hand written/signed.**

# State of New York
Pistol/Revolver License Application
Semi-Automatic Rifle License Application

## THIS SECTION TO BE COMPLETED BY LICENSING OFFICE

| NYSID # | License # | County of Issue |
|---|---|---|
| | | |

| Date of Issue | Expiration Date (If Applicable) | |
|---|---|---|
| | | |

*In accordance with the Federal Privacy Act of 1974, you are hereby notified that your Social Security Number is not mandated by law. It is required by the Pistol Permit Bureau as part of the standard for recording Firearms. Failure to disclose your Social Security Number will prohibit your transaction from being recorded. The State Police will release your Social Security Number only for reasons required by law or with your written consent.*

## Personal Information

| Last Name | First Name | Middle Name | Suffix |
|---|---|---|---|
| | | | |

| Street Name (Physical Address) | Apt # | City | State | Zip |
|---|---|---|---|---|
| | | | | |

| Mailing Address (If Different than Physical) | Apt # | City | State | Zip |
|---|---|---|---|---|
| | | | | |

| Sex: | DOB: | Height: ft  in | Weight: | Hair: | Eyes: |
|---|---|---|---|---|---|

| Social Security Number: | Ethnicity: | Race: | Citizen of U.S. |
|---|---|---|---|

| Driver's License # (or Non-Driver ID) | License State | Primary Phone # | Secondary Phone # | Email Address |
|---|---|---|---|---|

| Employed By | Current Occupation | Nature of Business |
|---|---|---|
| | | |

| Business Address | Apt # | City | State | Zip |
|---|---|---|---|---|
| | | | | |

I hereby apply for a Pistol/Revolver License to: (Check only one)   ☐ Carry Concealed   ☐ *Possess on Premises   ☐ *Possess/Carry During Employment

(*) Premise Address or Employer Name and Address must be provided below:

| Employer Name (If Carry During Employment) | Address or Other Location (Street #, Street Name, Apartment Number, City, State, Zip Code) |
|---|---|
| | |

I hereby apply for a Semi-Automatic Rifle License: (Check Yes or No)   ☐ Yes   ☐ No

**Give four character references who by their signature attest to your good moral character**

| Last, First, MI | Street Address (Street #, Name, Apartment #, City, State, Zip Code) | Signature |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

# State of New York
## Pistol/Revolver License Application
## Semi-Automatic Rifle License Application

## Marital Status and Relationships-*THIS SECTION ONLY APPLIES TO CARRY CONCEALED*

### CURRENT MARRIAGE OR RELATIONSHIP

**What is the Applicant's current relationship status?**

*If applicable, provide the requested information regarding the Applicant's current relationship below.*

| Last Name | First Name | M.I. | Maiden Name (If Applicable) | DOB |
|---|---|---|---|---|
|  |  |  |  |  |

| Phone Number | |
|---|---|
|  |  |

**Do minors reside within the residence?**  ☐ Yes  ☐ No   If, yes: ☐ Part Time  ☐ Full Time

### ADULTS RESIDING IN HOME, INCLUDING ADULT CHILDREN

| Last Name | First Name | M.I. | Maiden Name (If Applicable) | DOB |
|---|---|---|---|---|
|  |  |  |  |  |

| Phone Number | |
|---|---|
|  |  |

| Last Name | First Name | M.I. | Maiden Name (If Applicable) | DOB |
|---|---|---|---|---|
|  |  |  |  |  |

| Phone Number | |
|---|---|
|  |  |

| Last Name | First Name | M.I. | Maiden Name (If Applicable) | DOB |
|---|---|---|---|---|
|  |  |  |  |  |

| Phone Number | |
|---|---|
|  |  |

# State of New York
Pistol/Revolver License Application
Semi-Automatic Rifle License Application

**Have you ever been arrested, summoned, charged or indicted anywhere for any offense, including DWI (except traffic infractions)? Sealed arrests must be included. *Refer to Executive Law §296(16)**

☐ Yes ☐ No      **If yes, furnish the following information:**

| Arrest Date | Police Agency | Charge | Disposition Date | Disposition Court | Disposition |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| Question | | |
|---|---|---|
| **Are you a fugitive from justice?** | ☐ Yes | ☐ No |
| **Are you an unlawful user of or addicted to any controlled substance as defined in section 21 U.S.C. 802?** | ☐ Yes | ☐ No |
| **Are you an alien illegally or unlawfully in the United States?** | ☐ Yes | ☐ No |
| **Are you an alien admitted to the United States who does not qualify for the exceptions under 18 U.S.C. 922 (y)(2)?** | ☐ Yes | ☐ No |
| **Have you been discharged from the Armed Forces under dishonorable conditions?** | ☐ Yes | ☐ No |
| **Have you ever renounced your United States citizenship?** | ☐ Yes | ☐ No |
| **Have you ever suffered any mental illness?** | ☐ Yes | ☐ No |
| **Have you ever been involuntarily committed to a mental health facility?** | ☐ Yes | ☐ No |
| **Have you ever had a pistol / revolver / semi-automatic rifle license revoked?** | ☐ Yes | ☐ No |
| **Are you under any firearms suspension or ineligibility order issued pursuant to the provisions of section 530.14 of the criminal procedure law or section eight hundred forty-two-a of the family court act?** | ☐ Yes | ☐ No |
| **Have you had a guardian appointed for you pursuant to any provision of state law, based on a determination that as a result of marked subnormal intelligence, mental illness, incapacity, condition or disease you lack the mental capacity to contract or manage your own affairs?** | ☐ Yes | ☐ No |
| **Have you been convicted of Assault 3rd, Misdemeanor DWI, or Menacing 3rd within the previous five years?** *THIS QUESTION ONLY APPLIES TO CARRY CONCEALED* | ☐ Yes | ☐ No |
| **Are you prohibited from possessing firearms under federal law, including having been convicted in any court of a misdemeanor crime of domestic violence or being under indictment for a crime punishable by imprisonment for a term exceeding one year?** | ☐ Yes | ☐ No |

**If the answer to any of the questions above is YES, explain here:**

*For applicants under twenty-one years of age only:*

**Have you been honorably discharged from the United States Army, Navy, Marine Corps, Air Force or Coast Guard, or the National Guard of the State of New York?**    ☐ Yes ☐ No

PPB-3 (Rev 12/24)　　　　　　　　　　　　　　　New York State Police

# State of New York
## Pistol/Revolver License Application
## Semi-Automatic Rifle License Application

**Photograph Of Applicant Taken Within 30 Days**

**Full Face Only**

**Knowingly providing false information will be sufficient cause to deny this application and constitutes a crime punishable by fine, imprisonment, or both. I am aware that the following conditions affect any license which may be issued to me:**

1. No license issued as a result of this application is valid in the City of New York.
2. Any pistol/revolver license issued as a result of this application will be valid only for a pistol or revolver specifically described in the license properly issued by the licensing officer.
3. If I permanently change my address, notice of such change and my new address must be forwarded to the Superintendent of the State Police and in Nassau County and Suffolk County, to the licensing officer of that county, within 10 days of such change.
4. Any license issued as a result of this application is subject to revocation at any time by the licensing officer or any judge or justice of a court of record.

**Jurat:**
**Signed and sworn to me before**

**This** _____ **day of** _____ **, 20** _____

**at** _____ **, New York**

_____　　_____　　_____
Signature of Applicant　　　Signature of Officer Administering Oath　　Title of Officer

*APPLICATION NOT VALID UNLESS SWORN*

---

**Fingerprints submitted electronically by:**

Name _____　Rank _____　Organization _____

Date Submitted _____

---

**Investigation Report – All information provided by this applicant has been verified:**

Name _____　Rank _____　Organization _____

_____
Signature of Investigating Officer

---

**This application is** ☐ **Approved** ☐ **Disapproved**　　**The following restriction(s) is (are) applicable to this license:**

_____
Title and Signature of Licensing Officer

---

**If Licensing Officer authorizes the possession of a pistol, revolver or single shot firearm(s) at the time of issue of original license, furnish the following information:**

***List handguns only, do not list semi-automatic rifles.**

| Manufacturer | Pistol/Revolver/ Single Shot | Model | Frame Only | Caliber(s) | Serial Number | Property of |
|---|---|---|---|---|---|---|
|  |  |  | ☐ |  |  |  |
|  |  |  | ☐ |  |  |  |
|  |  |  | ☐ |  |  |  |
|  |  |  | ☐ |  |  |  |

**Duplicate of this application must be filed with the Superintendent of State Police within 10 days of issuance as required by Penal Law Section 400.00 SUBD.5**.

This form is approved by the Superintendent of the State Police as required by Penal Law section 400.00, SUBD. 3.