

*Issued August 23, 2022*

## MINIMUM STANDARDS FOR NEW YORK STATE
## CONCEALED CARRY FIREARM SAFETY TRAINING

---

### I.     PURPOSE, AUTHORITY, AND SCOPE

The New York State Division of Criminal Justice Services ("DCJS") and the Division of State Police ("DSP") established the following statewide minimum standards to guide Duly Authorized Instructors in administering concealed carry firearms safety training courses as required by New York Penal Law § 400.00(19). Course materials and qualified instructors that satisfy all the minimum standards defined herein will be deemed approved by DCJS and DSP.

These standards are promulgated pursuant to New York Executive Law §§ 837(23)(a) and 235(1).

These standards apply to Duly Authorized Instructors, as defined in New York Penal Law § 265.00(19), who provide instruction for the concealed carry firearms safety training required by New York Penal Law § 400.00(19). Instructors authorized by New York Penal Law § 265.00(19) are deemed approved to instruct the concealed carry firearms safety training course.

Licensing officers are responsible for ensuring that concealed carry firearm license applicants have received the required training from a Duly Authorized Instructor prior to license issuance or renewal, as applicable. For concealed carry firearm license applicants who have completed a firearm safety training course within the five years preceding September 1, 2022, the respective licensing officer may give credit for such prior training to satisfy some or all of the training requirements set forth in New York Penal Law § 400.00(19), as the licensing officer deems appropriate.

### II.    MINIMUM STANDARDS FOR CLASSROOM TRAINING CURRICULUM

Concealed carry firearm safety training must include 16 hours of in-person live classroom instruction conducted by a Duly Authorized Instructor. The curriculum must include the following topics:

1.     General firearm safety, including an overview of firearm and ammunition functions and operation, firearm cleaning and maintenance, safe handling practices, range safety rules, and proper holster considerations and retention strategies for safe concealed carry. (2 hours minimum)


2.    Firearm safe storage requirements, as defined in Penal Law §§ 265.45 and 265.50, and general firearm secure storage and transportation best practices. (1 hour minimum)

3.    State and federal gun laws, including the possession disqualifiers under 18 U.S.C. § 922(g) and New York State law, restrictions on the private sale or transfer of firearms under New York General Business Law § 898, and requirements for keeping firearm license information up to date, properly registering pistols and revolvers, and license recertification and, if applicable, renewal requirements, including but not limited to the provision set forth in Articles 265 and 400 of the Penal Law. (2 hours minimum)

4.    Concealed carry situational awareness of surroundings, including firearm display and concealment.

5.    Conflict de-escalation tactics that include verbal and non-verbal strategies, including retreating, that are intended to reduce the intensity of a conflict or crises encountered.

6.    Adverse effects of alcohol and drug use as it pertains to firearm safety.

7.    Best practices when encountering law enforcement (e.g., a traffic stop), including how to communicate throughout the encounter, considerations for disclosing concealed carry status and displaying a valid firearm license, obeying all commands given by the officer(s), and best practices for handling a firearm and self-identification as a lawful concealed carry licensee if the firearm is visible when an officer responds to an incident.

8.    The statutorily defined sensitive places listed in Penal Law § 265.01-e and the restrictions on firearm possession in restricted places under Penal Law § 265.01-d.

9.    Conflict management.

10.   Use of deadly physical force, including the circumstances in which deadly physical force may be considered justified, and when there is the duty to retreat pursuant to Penal Law § 35.15(2).

11.   Suicide prevention including recognizing signs of suicide risk and resources to obtain assistance, including a suicide hotline (e.g., 988 Suicide and Crisis Lifeline).



*Issued August 23, 2022*

12.     Basic principles of marksmanship, including stance, grip, sight alignment, sight picture, breathing, and trigger control. (1 hour minimum)


## III.     MINIMUM STANDARDS FOR WRITTEN PROFICIENCY TEST

Following completion of the 16-hour in-person classroom instruction each student must demonstrate proficiency by achieving a minimum correct answer score of 80% on a written test covering the course curriculum. Duly Authorized Instructors must develop or use and administer a written proficiency test that evaluates the student's understanding of each of the minimum standards defined above.

Duly Authorized Instructors must maintain records of student performance on the written examination for at least five (5) years and shall make such records available upon request by the licensing officer or their designee.


## IV.     MINIMUM STANDARDS FOR LIVE-FIRE TRAINING CURRICULUM

Concealed carry firearm safety training must include 2 hours of live-fire training conducted by a Duly Authorized Instructor. The curriculum must include instruction on the following topics, for which proficiency will be evaluated during a live-fire assessment:

1.     Range safety.

2.     Safe drawing, target acquisition, and re-holstering.

3.     Dry firing.

4.     Safe loading and unloading of ammunition.

5.     Performing a firearm condition check, and how to achieve and verify a safe and empty firearm condition.

6.     Safely discharging the firearm.


## V.     MINIMUM STANDARDS FOR LIVE-FIRE PROFICIENCY ASSESSMENT

Following completion of the 2-hour live-fire training, each student must demonstrate proficiency by successfully completing a live-fire assessment. To complete the live-fire assessment, the student must:

1.  Perform a firearm condition check and demonstrate that the firearm is in a safe and empty condition.

2.  Without any ammunition loaded, safely draw the firearm from concealment, acquire a target, and safely re-holster.

3.  Safely load the firearm with five rounds of ammunition. Not holster the loaded firearm. Maintain a ready position with the firearm safely pointed downrange.

4.  On the Instructor's command to fire, aim at the target and fire all five rounds from a standing position, from a distance of 4 yards. The target must be a 25 ½ inch by 11-inch paper target. At least four out of the five rounds must be on target.

5.  Perform a firearm condition check and verify that the firearm is in a safe and empty condition.

Duly Authorized Instructors may allow the live-fire proficiency assessment to be completed using either live ammunition or non-lethal training ammunition, which includes marking cartridges and other forms of simulated ammunition training cartridges that eject a projectile by action of an explosive.

Duly Authorized Instructors must maintain records of student performance on the live-fire proficiency assessment for at least five (5) years and shall make such records available upon request by the licensing officer or their designee.

###