*Paloma A. Capanna*
*Attorney & Policy Analyst*

---

106-B Professional Park Drive  P. O. Box 495
Beaufort, North Carolina 28516  Keene Valley, New York 12943
(252) 515-6737
(315) 584-2929 mobile

*Admitted to practice in NY, N.D.N.Y., W.D.N.Y.,
 2d & 4th Cir., U.S. Supreme Court*

---

April 8, 2025

Hon. Brenda K. Sannes
United States District Court
Northern District of New York
100 South Clinton Street                    *via CM/ECF*
Syracuse, New York 13261


Re:    Nadine Gazzola, et al. v. Gov. Kathleen Hochul, et al.
       Case No. 1:22-cv-1134 (BKS/DJS)


To the Hon. Brenda K. Sannes:

    Plaintiffs request leave to enlarge their reply memorandum of law by five pages to a total of fifteen (15) pages. There are ten statutory provisions at issue on the cross-motion, and the Defendants responded to each and with exhibits. Defendants' Counsel has graciously consented to this request.


Respectfully submitted,
*Paloma A. Capanna*
Paloma A. Capanna


c.:  Aimee Cowan, Esq., NYS Office of the Attorney General (via CM/ECF)