UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

| | |
|---|---|
| Nadine Gazzola, individually, and as co-owner, President, and as BATFE Federal Firearms Licensee Responsible Person for Zero Tolerance Manufacturing, Inc., et al;<br><br>           *Plaintiffs*,<br><br> -against-<br><br>STEVEN G. JAMES, in his Official Capacity as the Superintendent of the New York State Police; and LETITIA JAMES, in her official capacity as Attorney General of the State of New York.<br><br>           *Defendants*. | **NOTICE OF MOTION**<br>1:22-cv-1134<br>(BKS/DJS) |

| | |
|---|---|
| Motion By: | LETITIA JAMES<br>Attorney General of the State of New York<br>Attorney for Defendants<br><br>By: Aimee Cowan, Esq.<br>Assistant Attorney General, of Counsel<br>Bar Roll No. 516178 |
| Time and Place of Hearing: | _____, at 10:00 a.m. before Chief District Court Judge Brenda K. Sannes to be held at the United States District Courthouse in Syracuse, New York, **upon submission only** |
| Relief and Basis: | An Order pursuant to F.R.C.P. 12(c) for judgment on the pleadings, dismissing the remaining claims in Plaintiffs' complaint against Defendants in its entirety, with prejudice, and for such other and further relief as the Court deems just and proper. |
| Supporting Papers: | Declaration of Attorney Aimee Cowan, with exhibits; Declaration of New York State |

                Police Division Counsel Michael Deyo; and
                Defendants' Memorandum of Law.

Dated:  Syracuse, New York
      December 22, 2025

                LETITIA JAMES
                Attorney General of the State of New York
                Attorney for Defendants
                300 S. State Street, Suite 300
                Syracuse, New York 13202
                By _s/ Aimee Cowan_____
                Aimee Cowan, Esq.
                Assistant Attorney General
                Bar Roll No. 516178
                Telephone: (315) 448-4800
                Fax: (315) 448-4853
                Email: aimee.cowan@ag.ny.gov

To:  Paloma A. Capanna
   Attorney & Policy Analyst
   PO Box 495
   Keene Valley, New York 12943