

**Office of the New York State**  
**Attorney General**

**Letitia James**  
**Attorney General**

December 30, 2025

The Honorable Brenda K. Sannes  
Chief U.S. District Judge  
Federal Building and U.S. Courthouse  
P.O. Box 7336  
Syracuse NY 13261-7336

Re:   *Gazzola, et al. v. James, et al.*  
      Index No.:  1:22-cv-1134

Dear Chief Judge Sannes:

Defendants timely submitted a motion for judgment on the pleadings pursuant to Fed. R. Civ. P. 12(c) on December 22, 2025. See ECF No. 144. In support of their motion, New York State Police Counsel Michael Deyo submitted a declaration that included database information with respect to new firearm licenses issued throughout the State between September 13, 2023, and March 4, 2025, which included the authority to purchase/possess semiautomatic rifles, and information regarding firearm license amendment transactions that involved licenses which included the authority to purchase/possess semiautomatic rifles. See ECF No. 144-21 ¶ 50.

As noted in his declaration, the exact current figures were unavailable to Mr. Deyo as of the date of his declaration. However, those figures have since become available to him. Defendants respectfully request that the Court consider with their motion for judgment on the pleadings the attached supplemental declaration from Mr. Deyo, which includes updated information from March 4, 2025, through December 23, 2025.  See **Exhibit "A."**

As noted in the supplemental declaration, it was recently reported to him that between September 4, 2022, and approximately December 23, 2025, there were approximately 40,714 new firearm licenses issued throughout the State that include the authority to purchase/possess semiautomatic rifles, and during the same time period there were approximately 75,947 firearm license amendment transactions throughout the State that involve licenses which include the authority to purchase/possess semiautomatic rifles. See Ex. A ¶ 6. As compared to the data included

in Mr. Deyo's original declaration, this means that in only the approximately nine and one half months between March 4, 2025 and December 23, 2025, 14,597 firearm licenses were issued throughout the State that include the authority to purchase/possess semiautomatic rifles, and 28,072 firearm license amendment transactions were issued throughout the State that involve licenses which include the authority to purchase/possess semiautomatic rifles.

These updated statistics further bolster Defendants' position that there simply is no plausible allegation "that New York citizens" or any Plaintiff "will be meaningfully constrained – or, for that matter, constrained at all" in obtaining a semiautomatic rifle permit or buying a semiautomatic rifle with one.

In the event the Court deems the database information in the supplemental declaration from Mr. Deyo to be outcome-determinative but not subject to judicial notice, Defendants do not object to the motion being converted to one for summary judgment pursuant to Fed. R. Civ. 12(d), without prejudice to filing a summary judgment motion at the close of discovery, if necessary.

Respectfully,

_s/Aimee Cowan_____
Aimee Cowan
Assistant Attorney General
Bar Roll No. 516178

cc:   Paloma A. Capanna, Esq., *via CM/ECF*