UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
NADINE GAZZOLA, individually, and as co-owner, President, and as BATFE Federal Firearms Licensee Responsible Person for ZERO TOLERANCE MANUFACTURING, INC., *et al.*,

                      Plaintiffs,

                      -against-

KATHLEEN HOCHUL, in her Official Capacity as Governor of the State of New York, *et al.*,

                      Defendants.
-----------------------------------------------------------------------X

**Declaration of Michael W. Deyo**

**Case No.: 1:22-CV-01134**

Hon. Brenda K. Sannes

MICHAEL W. DEYO, pursuant to § 1746 of Title 28 of the United States Code, declares the following to be true and correct under penalty of perjury under the laws of the United States of America:

1.    I am Counsel for the New York State Police ("NYSP"). This Declaration is based upon my personal knowledge and my review of documents and databases maintained by the NYSP in the normal course of business.

2.    I submitted a prior Declaration to this Court, dated December 22, 2025, and now submit this supplemental declaration to provide updated figures regarding the number of firearm licenses statewide that include authority to purchase/possess semiautomatic rifles.

3.    The NYSP maintains a database that contains information reported by firearm licensing officers throughout the State of New York of individuals who have been issued licenses for the purchase and possession of pistols, revolvers, and/or semiautomatic rifles within the State pursuant to Penal Law § 400.00 (the "statewide license database").

4.    On December 11, 2025, I directed that a search of the statewide license database be conducted to determine how many licenses authorizing the purchase/possession of a semiautomatic rifle,

1

pursuant to Penal Law § 400.00, have been issued throughout the State since the semiautomatic rifle licensing requirement took effect on September 4, 2022.

5. My understanding is that a work request was then submitted by the NYSP Pistol Permit Bureau to the New York State Office of Information Technology Services ("ITS"), to run the data search described above.

6. Based upon the results of the data search run by ITS, it has been reported to me that between September 4, 2022, and approximately December 23, 2025, there were approximately 40,714 new firearm licenses issued throughout the State that include the authority to purchase/possess semiautomatic rifles, and during the same time period there were approximately 75,947 firearm license amendment transactions throughout the State that involve licenses which include the authority to purchase/possess semiautomatic rifles.

7. I declare under penalty of perjury that to the best of my knowledge the foregoing is true and correct.

Dated: Albany, New York
       December 30, 2025

*Michael W. Deyo* (signature)
Michael W. Deyo