

## UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

## <u>FIRST SUPPLEMENTAL ELECTRONIC CLERK'S CERTIFICATION</u>

Dear Clerk of the Court,

Please take notice that on October 24, 2025 the court received a notice of appeal. This notice serves to inform you of the pending appeal and provides you with the information needed to process the appeal.

I, JOHN M. DOMURAD, CLERK, U.S. District Court for the Northern District of New York, DO, HEREBY CERTIFY that the foregoing docket entries, with the exception of the documents listed below, are maintained electronically on the court's CM/ECF system and constitute the Record on Appeal in the below listed action.

The following documents *are not* available electronically. Please notify the Utica Clerk's Office if you need any of the following documents:

Docket No.(s):  104-2 and 104-5

IN TESTIMONY WHERE OF, I have hereunto set my hand and caused the Seal of said Court to be hereto affixed at the City of Utica, New York, this 24th day of March, 2026.

Clerk of Court

By:     s/Susan Evans
        Deputy Clerk

## <u>Case Information</u>

Case Name & Case No.        <u>Nadine Gazzola, et al. v. Kathleen Hochul, et al. 1:22-CV-1134 </u>
Docket No. of Appeal:        <u>    139    </u>
Document Appealed:        <u>    136    </u>  (MDO)

Fee Status:    Paid <u> X </u>

NOTE:  <u>A Memorandum-Decision & Order and Judgment was filed on 3/24/2026 dismissing the complaint in this case</u>.