UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

# ELECTRONIC NOTICE OF CIVIL APPEAL & CLERK'S CERTIFICATION

Dear Clerk of the Court,

Please take notice that on April 22, 2026 the court received a notice of appeal. This notice serves to inform you of the pending appeal and provides you with the information needed to process the appeal.

I, JOHN M. DOMURAD, CLERK, U.S. District Court for the Northern District of New York, DO, HEREBY CERTIFY that the foregoing docket entries, with the exception of the documents listed below, are maintained electronically on the court's CM/ECF system and constitute the Record on Appeal in the below listed action.

The following documents *are not* available electronically. Please notify the Syracuse Clerk's Office if you need any of the following documents:

Docket No.(s): [104-2] Exhibit A and [104-5] Exhibit D to the [104] Motion to Dismiss

IN TESTIMONY WHERE OF, I have hereunto set my hand and caused the Seal of said Court to be hereto affixed at the City of Syracuse, New York, this 22nd day of April, 2026.

Clerk of Court

By: Olivia Amoia
Deputy Clerk

## Case Information

Case Name & Case No. Nadine Gazzola, et al. v. Kathleen Hochul, et al. 1:22-cv-1134 (BKS/DJS)

Docket No. of Appeal: [159] Notice of Appeal with [160] Certificate of Service

Document Appealed: [156] Memorandum Decision and Order and [157] Judgment

Fee Status: Paid _X_ Due ___ Waived (IFP/CJA) ___ IFP revoked ___

Application Attached ___ IFP pending before USDJ ___

Counsel: Retained _X_ Pro Se ___

Time Status: Timely _X_ Untimely ___

**$605.00 Appeal Fee received on 4/22/2026. Receipt number: ANYNDC-7564834**